AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02232 |
| Deutsche Telekom AG, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sprint Corporation.

Date:   7/26/2019

/s/ Steven C. Sunshine
*Attorney's signature*

Steven C. Sunshine, DC Bar No. 450078
*Printed name and bar number*

1440 New York Avenue N.W.
Washington, DC 20005
*Address*

steve.sunshine@skadden.com
*E-mail address*

202-371-7860
*Telephone number*

202-661-0560
*FAX number*