# **CERTIFICATE OF SERVICE**

I, Frederick S. Young, hereby certify that on July 26, 2019 I caused a copy of the foregoing Notice of Designation of Related Civil Cases Pending in This or Any Other United Sates Court to be served on counsel for Defendants in this matter in the manner set forth below:

By electronic mail:

Counsel for Defendants Deutsche Telekom AG and T-Mobile US, Inc.:
Mark W. Nelson
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: 202-974-1622

Counsel for Defendant SoftBank Group Corp.:
David L. Meyer
Morrison & Foerster LLP
2000 Pennsylvania Avenue NW, Suite 6000
Washington, DC 20006-1888
Tel: 202-887-1519

Counsel for Defendant Sprint Corporation:
Steven C. Sunshine
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
steve.sunshine@skadden.com
Tel: 202-371-7860

/s/   Frederick S. Young
Frederick S. Young
D.C. Bar No. 421285
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 7000
Washington, DC  20530
Tel:  202-307-2869