AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02232 |
| Deutsche Telekom AG, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Deutsche Telekom AG and T-Mobile US, Inc.

Date: 07/26/2019

/s/ Mark W. Nelson
*Attorney's signature*

Mark W. Nelson (DC 442461)
*Printed name and bar number*

Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
*Address*

mnelson@cgsh.com
*E-mail address*

(202) 974-1500
*Telephone number*

(202) 974-1999
*FAX number*