# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs*, | |
| v. | No. 19-cv-02232 |
| DEUTSCHE TELEKOM AG, *et al.*, | |
| *Defendants.* | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## T-MOBILE US, INC.

I, the undersigned counsel of record for T-Mobile US, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of T-Mobile US, Inc. which have outstanding securities in the hands of the public.

1.  Deutsche Telekom AG

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 26, 2019
       Washington, DC

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Mark W. Nelson*
Mark W. Nelson (DC 442461)
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
mnelson@cgsh.com

*Counsel for Defendants Deutsche Telekom AG and
T-Mobile US, Inc.*