AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02232 |
| Deutsche Telekom AG, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DISH Network Corporation.

Date: 07/26/2019

/s/ Pantelis Michalopoulos
*Attorney's signature*

Pantelis Michalopoulos, DC Bar No. 453179
*Printed name and bar number*

1330 Connecticut Avenue NW
Washington, DC 20036
*Address*

pmichalopoulos@steptoe.com
*E-mail address*

(202) 429-6494
*Telephone number*

(202) 429-3902
*FAX number*