AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02232 |
| DEUTSCHE TELEKOM AG, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DISH Network Corporation   .

Date:   07/29/2019

/s/ Bradley P. Smith
*Attorney's signature*

Bradley P. Smith (D.C. Bar No. 468060)
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
*Address*

smithBR@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*