UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          *Plaintiff*,

    v.

DEUTSCHE TELEKOM AG, *et al.*,

          *Defendants*.

Case No.   1:19-cv-02232

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION FOR ADMISSION
*PRO HAC VICE* OF STEVEN L. HOLLEY**

Upon consideration of the Unopposed Motion for Admission *Pro Hac Vice* of Steven L. Holley in the above-captioned matter, and the Declaration of Steven L. Holley in support thereof, it is this ____ day of _____, 2019, hereby

**ORDERED**, that the Unopposed Motion for Admission *Pro Hac Vice* of Steven L. Holley be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Steven L. Holley be allowed to appear *pro hac vice* as counsel for defendant DISH Network Corporation in court proceedings in the above-captioned matter.

                                                   United States District Judge

The following are entitled to be notified of the entry of this Order:

Frederick S. Young
Antitrust Division
U.S. Department of Justice
450 5th Street, N.W.
Washington, DC 20530
Telephone: (202) 514-5621
Facsimile: (202) 514-6381
Email: Federick.Young@usdoj.gov

Derek Schmidt
Attorney General
State of Kansas
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: (785) 296-2215

Douglas J. Peterson
Attorney General
State of Nebraska
2115 State Capitol
Lincoln, Nebraska 68509
Telephone: (402) 471-3811

Dave Yost
Attorney General
State of Ohio
150 E. Gay St., 22nd Floor
Columbus, Ohio 43215
Telephone: (614) 466-4328

Mike Hunter
Attorney General of Oklahoma
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105-4894
Telephone: (405) 521-3921

Jason R. Ravnsborg
Attorney General
State of South Dakota
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215

Mark W. Nelson
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1622
Facsimile: (202) 974-1999
Email: mnelson@cgsh.com

David L. Meyer
Morrison & Foerster LLP
2000 Pennsylvania Avenue NW,
Suite 6000
Washington, DC 20006-1888
Telephone: (202) 887-1888
Facsimile: (202) 887-0763
Email: dmeyer@mofo.com

Steven C. Sunshine  
Skadden, Arps, Slate, Meagher & Flom LLP  
1440 New York Avenue NW  
Washington, DC 20005  
Telephone: (202) 371-7860  
Facsimile: (202) 661-0560  
Email: steve.sunshine@skadden.com  

Pantelis Michalopoulos  
Steptoe & Johnson LLP  
1330 Connecticut Avenue NW  
Washington, DC 20036  
Telephone: (202) 429-6494  
Facsimile: (202) 429-3902  
Email: pmichalopoulos@steptoe.com  

Bradley P. Smith  
Sullivan & Cromwell LLP  
125 Broad Street  
New York, NY 10004  
Telephone: (212) 558-1660  
Facsimile: (212) 558-3588  
Email: smithBR@sullcrom.com