AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:19-CV-02232-TJK |
| DEUTSCHE TELEKOM AG, ET AL., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SoftBank Group Corp. and Sprint Corporation                                                   .

Date:   07/29/2019

/s/ David L. Meyer
*Attorney's signature*

David L. Meyer, DC Bar No. 414420
*Printed name and bar number*

MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW Suite 6000
Washington DC  20006-1888

*Address*

DMeyer@mofo.com
*E-mail address*

(202) 887-1500
*Telephone number*

(202) 887-0763
*FAX number*