# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEUTSCHE TELEKOM AG, *et al.* <br><br> *Defendants*. | Case No. 1:19-cv-02232-TJK |

## DEFENDANT SOFTBANK GROUP CORP.'S
## CORPORATE DISCLOSURE STATEMENT

I, the undersigned counsel of record for SoftBank Group Corp., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of SoftBank Group Corp. which have outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  July 29, 2019
        Washington, DC

MORRISON & FOERSTER LLP

/s/ David L. Meyer
David L. Meyer (DC 414420)
2000 Pennsylvania Avenue, NW Suite 6000
Washington, DC 20006-1888
Tel: (202) 887-1500
Fax: (202) 887-0763
E-mail:  dmeyer@mofo.com

*Counsel for Defendants SoftBank Group Corp.
 and Sprint Corporation*