AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA, ET AL., | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:19-CV-02232-TJK |
| DEUTSCHE TELEKOM AG, ET AL., | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SoftBank Group Corp. and Sprint Corporation.

Date:   07/29/2019

/s/ Bradley S. Lui
*Attorney's signature*

Bradley S. Lui, DC Bar No. 425033
*Printed name and bar number*

MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW Suite 6000
Washington DC  20006-1888

*Address*

BLui@mofo.com
*E-mail address*

(202) 887-1500
*Telephone number*

(202) 887-0763
*FAX number*