UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Case No. 1:19-cv-2322 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
SPRINT CORPORATION**

I, the undersigned counsel of record for Sprint Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Sprint Corporation which have any outstanding securities in the hands of the public.

1.　　SoftBank Group Corp.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 29, 2019　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Steven C. Sunshine
　　　　　　　　　　　　　　　　　Steven C. Sunshine (DC Bar # 450078)
　　　　　　　　　　　　　　　　　Julia K. York (DC Bar # 478001)
　　　　　　　　　　　　　　　　　Skadden, Arps, Slate, Meagher & Flom LLP
　　　　　　　　　　　　　　　　　1440 New York Avenue NW
　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　Telephone:  (202) 371-7860
　　　　　　　　　　　　　　　　　Fax:  (202) 661-0560
　　　　　　　　　　　　　　　　　Email:  steve.sunshine@skadden.com

　　　　　　　　　　　　　　　　　*Counsel for Defendant Sprint Corporation*

/s/ David L. Meyer
David L. Meyer (DC Bar # 414420)
Bradley S. Lui (DC Bar # 425033)
Morrison & Foerster LLP
2000 Pennsylvania Avenue NW, Suite 6000
Washington, DC 20006
Telephone:  (202) 887-1500
Fax:  (202) 887-0763
E-mail:  dmeyer@mofo.com

*Counsel for Defendants SoftBank Group Corp. and Sprint Corporation*