IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:19-cv-02232 |
| | ) |
| DEUTSCHE TELEKOM AG, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**UNOPPOSED MOTION FOR ADMISSION**
*PRO HAC VICE* **OF ANDREW M. GOLODNY**

1. Movant Pantelis Michalopoulos, on behalf of defendant DISH Network Corporation, respectfully moves this Court, pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, for the entry of an Order admitting Andrew M. Golodny as attorney *pro hac vice* for purposes of representing DISH Network Corporation in this action.

2. Mr. Golodny is Of Counsel at the firm Steptoe & Johnson LLP. He is a member in good standing of the bars of the State of New York and the District of Columbia. Mr. Golodny has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against him. In the past two years, Mr. Golodny has not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

3. Mr. Michalopoulos is admitted to practice before this Court.

4. Counsel for DISH Network Corporation have conferred with counsel for the United States in this action. The United States does not oppose this motion.

Date: July 29, 2019                              Respectfully submitted,

          <u>/s/  Pantelis Michalopoulos</u>
          Pantelis Michalopoulos (D.C. Bar. No. 453179)
          **STEPTOE & JOHNSON LLP**
          1330 Connecticut Avenue NW
          Washington, D.C.  20036
          Telephone: (202) 429-6494
          Facsimile: (202) 429-3902
          pmichalopoulos@steptoe.com
          *Counsel for Defendant DISH Network Corporation*