# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:19-cv-02232 |
| | ) |
| DEUTSCHE TELEKOM AG, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF ANDREW M. GOLODNY IN SUPPORT OF UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I declare:

1. My name is Andrew M. Golodny, counsel for Defendant DISH Network Corporation. I am Of Counsel at the law firm Steptoe & Johnson LLP.

2. My office address is 1330 Connecticut Avenue NW, Washington, D.C., 20036, telephone number 202-429-1357.

3. I have been admitted to and am a member in good standing of the bars of the State of New York and the District of Columbia.

4. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6. I practice in the District of Columbia and am a member in good standing with the District of Columbia bar.

7. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 29, 2019                                    Respectfully submitted,

                                                                     /s/ Andrew Golodny
                                                       Andrew M. Golodny
                                                       **STEPTOE & JOHNSON LLP**
                                                       1330 Connecticut Avenue NW
                                                       Washington, D.C. 20036
                                                       Telephone: (202) 429-1357
                                                       Facsimile: (202) 429-3902
                                                       agolodny@steptoe.com
                                                       *Counsel for Defendant DISH Network Corporation*