# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:19-cv-02232 |
| DEUTSCHE TELEKOM AG, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ADMISSION <u>*PRO HAC VICE* OF ANDREW M. GOLODNY</u>

Upon consideration of the Unopposed Motion for Admission *Pro Hac Vice* of Andrew M. Golodny in the above-captioned matter, and the Declaration of Andrew M. Golodny in support thereof, it is this ____ day of _____, 2019, hereby

**ORDERED**, that the Unopposed Motion for Admission *Pro Hac Vice* of Andrew M. Golodny, and the same hereby, is **GRANTED**; and it is

**FURTHER ORDERED**, that Andrew M. Golodny be allowed to appear *pro hac vice* as counsel for defendant DISH Network Corporation in court proceedings in the above-captioned matter.

Dated: _____, 2019

_____
United States District Judge

The following are entitled to be notified of the entry of this Order:

Frederick S. Young
Antitrust Division
U.S. Department of Justice
450 5th Street, N.W.
Washington, DC 20530
Telephone: (202) 514-5621
Facsimile: (202) 514-6381
Email: Federick.Young@usdoj.gov

Derek Schmidt
Attorney General
State of Kansas
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: (785) 296-2215

Mike Hunter
Attorney General of Oklahoma
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105-4894
Telephone: (405) 521-3921

Jason R. Ravnsborg
Attorney General
State of South Dakota
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215

Douglas J. Peterson
Attorney General
State of Nebraska
2115 State Capitol
Lincoln, Nebraska 68509
Telephone: (402) 471-3811

Dave Yost
Attorney General
State of Ohio
150 E. Gay St., 22nd Floor
Columbus, Ohio 43215
Telephone: (614) 466-4328

Mark W. Nelson
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1622
Facsimile: (202) 974-1999 Email:
mnelson@cgsh.com

David L. Meyer
Morrison & Foerster LLP
2000 Pennsylvania Avenue NW,
Suite 6000
Washington, DC 20006-1888
Telephone: (202) 887-1888
Facsimile: (202) 887-0763
Email: dmeyer@mofo.com

Steven C. Sunshine
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7860
Facsimile: (202) 661-0560
Email: steve.sunshine@skadden.com

Bradley P. Smith
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-1660
Facsimile: (212) 558-3588
Email: smithBR@sullcrom.com

Pantelis Michalopoulos
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-6494
Facsimile: (202) 429-3902
Email: pmichalopoulos@steptoe.com