AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02232 |
| DEUTSCHE TELEKOM AG, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DISH Network Corporation.

Date: 07/30/2019

/s/ Steven L. Holley
*Attorney's signature*

Steven L. Holley (pro hac vice)
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
*Address*

HolleyS@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*