**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* <br><br> v. <br><br> DEUTSCHE TELEKOM AG, *et al.* | Case No. 1:19-cv-02232 |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DISH NETWORK CORPORATION

I, the undersigned counsel of record for DISH Network Corporation, certify that, to the best of my knowledge and belief, based solely on a review of Form 13D and 13G filings with the Securities and Exchange Commission, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of DISH Network Corporation which have outstanding securities in the hands of the public.

1. Dodge & Cox
2. The Vanguard Group, Inc.

These representations are made so that judges of this Court may determine the need for recusal.

Dated: July 30, 2019
Washington, DC

Respectfully,

By: /s/ *Pantelis Michalopoulos*
Pantelis Michalopoulos (DC 453179)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Tel: (202) 429-6494
E-mail: PMichalopoulos@steptoe.com

*Counsel for Defendant DISH Network Corporation*