AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA et al.<br>*Plaintiff*<br>v.<br>DEUTSCHE TELEKOM AG et al.<br>*Defendant* | Case No. 1:19-cv-02232-TJK |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 08/02/2019

/s/ Jared A. Hughes
*Attorney's signature*

Jared A. Hughes
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7000
Washington, DC 20530
*Address*

jared.hughes@usdoj.gov
*E-mail address*

(202) 598-2311
*Telephone number*

(202) 514-6381
*FAX number*