UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>    v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>        *Defendants*. | Case No.  1:19-cv-02232 (TJK) |

**DEFENDANT DISH NETWORK CORPORATION'S DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING THE PROPOSED FINAL JUDGMENT AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g)**

In conformity with Section 2(g) of the Antitrust Procedures and Penalties Act ("APPA"), 15 U.S.C. § 16(g), defendant DISH Network Corporation ("DISH") respectfully submits the following description of communications by or on behalf of DISH "with any officer or employee of the United States concerning or relevant to" the Proposed Final Judgment filed in this action on July 26, 2019.  Consistent with the requirements of the APPA, this description excludes "communications made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

To the best of DISH's knowledge, after appropriate inquiry, DISH had numerous telephone discussions, meetings and written exchanges with counsel for the United States relating to the Proposed Final Judgment during the weeks immediately before it was filed with the Court.  These communications all related to aspects of the Proposed Final Judgment and the divestiture transaction contemplated by the Proposed Final Judgment.  Listed below are the representatives of DISH who participated in one or more of those discussions, and the representatives of other

Defendants in this action who participated in certain of those discussions, to the extent that DISH is aware of their participation:

1. Charlie Ergen, DISH
2. Thomas Cullen, DISH
3. Paul Orban, DISH
4. John Swieringa, DISH
5. Kyle Bemis, DISH
6. Jason Kiser, DISH
7. Mariam Sorond, DISH
8. Siddhartha Chenumolu, DISH
9. Kristopher Reese, DISH
10. John Legere, T-Mobile USA, Inc. ("T-Mobile")
11. Mike Sievert, T-Mobile
12. Marcelo Claure, Sprint Corporation
13. Ziad Ojakli, SoftBank Corporation

DISH certifies that, with this submission, it has complied with the requirements of 15 U.S.C. § 16(g) and that this submission is a true and complete description of such communications known to DISH.

Dated: August 5, 2019  
       New York, New York

Respectfully submitted,

/s/ Steven L. Holley  
Steven L. Holley (admitted *pro hac vice*)  
Bradley P. Smith (D.C. Bar No. 468060)  
Sullivan & Cromwell LLP  
125 Broad Street  
New York, New York  10004-2498  
Telephone:  (212) 558-4000  
Facsimile:  (212) 558-3588

holleys@sullcrom.com
smithbr@sullcrom.com

Pantelis Michalopoulos (D.C. Bar No. 453179)
Andrew Golodny
  (D.C. Bar No. 998151, admitted *pro hac vice*)
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC  20036
Telephone:  (202) 429-6494
Facsimile:  (202) 429-3902
pmichalopoulos@steptoe.com
agolodny@steptoe.com

*Counsel for Defendant DISH Network Corporation*