UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                          *Plaintiffs*,<br><br>      v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>                          *Defendants.* | No. 1:19-cv-02232-TJK |

**FILING AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g)
BY DEUTSCHE TELEKOM AG AND T-MOBILE US, INC.**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendants Deutsche Telekom AG ("Deutsche Telekom") and T-Mobile US, Inc. ("T-Mobile") by their attorneys, submit this filing regarding all written or oral communications by or on behalf of Deutsche Telekom and/or T-Mobile with any officer or employee of the Executive Branch of the United States concerning or relevant to the Proposed Final Judgment in this action. In accordance with Section 2(g), this filing does not include communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

To the best of Deutsche Telekom and T-Mobile's knowledge, after appropriate inquiry, Defendants had numerous telephone discussions and meetings with employees of the Antitrust Division of the U.S. Department of Justice ("DOJ") relating to the Proposed Final Judgment during the weeks prior to its filing by the DOJ in this action on July 26, 2019. All of those discussions related to negotiation of a potential settlement in the general form contained in the Proposed Final Judgment. Listed below are the representatives of Defendants who participated in one or more of those discussions:

   John Legere, T-Mobile
   G. Michael Sievert, T-Mobile
   Peter Ewens, T-Mobile
   David Carey, T-Mobile
   David Miller, T-Mobile
   Broady Hodder, T-Mobile
   Manus Cooney, American Continental Group, Inc., Consultant to T-Mobile
   Mark Nelson, Cleary Gottlieb Steen & Hamilton LLP, Counsel to Deutsche Telekom and T-Mobile
   Linden Bernhardt, Cleary Gottlieb Steen & Hamilton LLP, Counsel to Deutsche Telekom and T-Mobile
   David Allinson, Latham & Watkins LLP, Counsel to T-Mobile
   Marcelo Claure, SoftBank Group Corp. ("SoftBank"), and Sprint Corporation ("Sprint")
   Michel Combes, Sprint
   Ziad Ojakli, SoftBank
   Jeff Jaeckel, Sprint and Morrison & Foerster LLP, Counsel to SoftBank and Sprint
   David Meyer, Morrison & Foerster LLP, Counsel to SoftBank and Sprint
   Brandon Parris, Morrison & Foerster LLP, Counsel to SoftBank and Sprint
   Charles Ergen, DISH Network Corporation ("DISH")
   Thomas Cullen, DISH

Deutsche Telekom and T-Mobile hereby certify that this filing is the filing required by 15 U.S.C. § 16(g) and that this filing is a true and complete description of relevant communications known to Deutsche Telekom and T-Mobile or of which Deutsche Telekom and T-Mobile reasonably should have known.

Dated: August 5, 2019      Respectfully submitted,
    Washington, DC

                /s/ Mark W. Nelson
                Mark W. Nelson
                mnelson@cgsh.com
                CLEARY GOTTLIEB STEEN & HAMILTON LLP
                2112 Pennsylvania Avenue, N.W.
                Washington, D.C. 20037
                T: 202-974-1500
                F: 202-974-1999

                *Attorney for Defendants Deutsche Telekom AG and T-Mobile US, Inc.*