**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-02232-TJK |

**FILING AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g)
BY SOFTBANK GROUP CORP. AND SPRINT CORPORATION**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendants SoftBank Group Corp. ("SoftBank") and Sprint Corporation ("Sprint") by their attorneys, submit this filing regarding all written or oral communications by or on behalf of SoftBank and/or Sprint with any officer or employee of the Executive Branch of the United States concerning or relevant to the Proposed Final Judgment in this action.  In accordance with Section 2(g), this filing does not include communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

To the best of SoftBank and Sprint's knowledge, after appropriate inquiry, Defendants had numerous telephone discussions and meetings with employees of the Antitrust Division of the U.S. Department of Justice ("DOJ") relating to the Proposed Final Judgment during the weeks prior to its filing by the DOJ in this action on July 26, 2019.  All of those discussions related to negotiation of a potential settlement in the general form contained in the Proposed Final Judgment.  Listed below are the representatives of Defendants who participated in one or more of those discussions:

      Marcelo Claure, SoftBank and Sprint
      Michel Combes, Sprint
      Ziad Ojakli, SoftBank
      Jeff Jaeckel, Sprint and Morrison & Foerster LLP, Counsel to SoftBank and Sprint
      David Meyer, Morrison & Foerster LLP, Counsel to SoftBank and Sprint
      Brandon Parris, Morrison & Foerster LLP, Counsel to SoftBank and Sprint
      John Legere, T-Mobile US, Inc. ("T-Mobile")
      G. Michael Sievert, T-Mobile
      David Carey, T-Mobile
      Peter Ewens, T-Mobile
      David Miller, T-Mobile
      Broady Hodder, T-Mobile
      Mark Nelson, Cleary Gottlieb Steen & Hamilton LLP, Counsel to Deutsche Telekom AG ("Deutsche Telekom") and T-Mobile
      Linden Bernhardt, Cleary Gottlieb Steen & Hamilton LLP, Counsel to Deutsche Telekom and T-Mobile
      David Allinson, Latham & Watkins LLP, Counsel to T-Mobile
      Manus Cooney, American Continental Group, Inc., on behalf of T-Mobile
      Charles Ergen, DISH Network Corporation ("DISH")
      Thomas Cullen, DISH

SoftBank and Sprint hereby certify that this filing is the filing required by 15 U.S.C. § 16(g) and that this filing is a true and complete description of relevant communications known to SoftBank and Sprint or of which SoftBank and Sprint reasonably should have known.

Dated: August 5, 2019
       Washington, D.C.

Respectfully submitted,

/s/ David L. Meyer
David L. Meyer (DC 414420)
dmeyer@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W., Suite 6000
Washington, D.C. 20006
T: 202-887-1500
F: 202-785-7599

*Attorney for Defendants SoftBank Group Corp. and Sprint Corporation*