UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA *et al.*,

*Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, *et al.*,

*Defendants*.

Civil Action No. 1:19-cv-02232-TJK

## STIPULATION

WHEREAS, plaintiffs, the United States of America and the States of Kansas, Nebraska, Ohio, Oklahoma, and South Dakota, filed their Complaint, Stipulation and Order, and other documents on July 26, 2019;

AND WHEREAS, the State of Louisiana would like to join as a plaintiff in this matter;

AND WHEREAS, the United States will bring an unopposed motion for leave to file an Amended Complaint to join Louisiana as a plaintiff in this matter;

NOW THEREFORE, Louisiana hereby stipulates as follows:

Louisiana joining as a plaintiff does not change the status of this matter, as it agrees to the settlement. Louisiana also stipulates that a Final Judgment in the form attached to the July 26 Complaint as Exhibit A may be filed with and entered by the Court, upon the motion of any party or upon the Court's own motion, at any time after compliance with the requirements of the Antitrust Procedures and Penalties Act (15 U.S.C. § 16), and without further notice to any party or other proceedings, provided that the United States has not withdrawn its consent, which it may


do at any time before the entry of the proposed Final Judgment by serving notice thereof on Defendants and by filing that notice with the Court.

Dated: August 15, 2019

**FOR PLAINTIFF STATE OF LOUISIANA:**

JEFF LANDRY
ATTORNEY GENERAL
STATE OF LOUISIANA

B*y: s/ Patricia H. Wilton*
Patricia H. Wilton (LA Bar # 18049)
Assistant Attorney General
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, LA 70802
(225) 326-6000 (tel)
(225) 326-6098 (fax)
wiltonp@ag.louisiana.gov