UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEUTSCHE TELEKOM AG, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

**[PROPOSED] ORDER**

The Court GRANTS the United States' Consent Motion for Leave to File Amended Complaint. The Clerk shall separately docket the Amended Complaint attached to the United States' Motion.

IT IS SO ORDERED by the Court, this ___ day of _____.

_____
United States District Judge