AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02232-TJK |
| DEUTSCHE TELEKOM AG et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Oklahoma                                                                                                  .

Date:   09/05/2019                                       /s/ Mithun Mansinghani
                                                                         *Attorney's signature*

                                                              Mithun Mansinghani (DC Bar #1010818)
                                                              *Printed name and bar number*

                                                              Office of the Attorney General
                                                              State of Oklahoma
                                                              313 NE 21st Street
                                                              Oklahoma City, OK 73105
                                                              *Address*

                                                              mithun.mansinghani@oag.ok.gov
                                                              *E-mail address*

                                                              (405) 522-4392
                                                              *Telephone number*

                                                              (405) 521-4518
                                                              *FAX number*