AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| UNITED STATES OF AMERICA, ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-CV-02232-TJK |
| DEUTSCHE TELEKOM AG, ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Nebraska.

Date:   09/05/2019

/s/ Meghan E. Stoppel
*Attorney's signature*

Meghan E. Stoppel, #26290
*Printed name and bar number*

Nebraska Attorney General
2115 State Capitol
Lincoln, NE  68509
*Address*

meghan.stoppel@nebraska.gov
*E-mail address*

(402) 471-2811
*Telephone number*

(402) 471-2957
*FAX number*