AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-02232-TJK |
| Deutsche Telekom AG, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Kansas.

Date:   09/11/2019

Lynette R. Bakker
*Attorney's signature*

Lynette R. Bakker, KS Bar # 22104
*Printed name and bar number*

120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597

*Address*

lynette.bakker@ag.ks.gov
*E-mail address*

(785) 368-8451
*Telephone number*

(785) 291-3699
*FAX number*