UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

**CONSENT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Local Civil Rule 7(i), the United States respectfully requests that the Court grant plaintiffs leave to file a Second Amended Complaint in order to add the State of Florida as a plaintiff.  A copy of the proposed Second Amended Complaint is attached hereto, as required by Local Civil Rule 15.1.  The United States has met and conferred with the plaintiff states and defendants in this matter, and all parties have consented to this motion in writing.

Plaintiffs the United States of America and the States of Kansas, Nebraska, Ohio, Oklahoma, and South Dakota, filed their Complaint, a Stipulation and Order, and other documents on July 26, 2019.  Dkt. Nos. 1-2.  On July 29, 2019, the Court signed and entered the Stipulation and Order.  Dkt. No. 16.  On July 30, 2019, the United States filed a Competitive Impact Statement.  Dkt. No. 20.  On August 15, 2019, the United States filed a motion for leave to amend the Complaint to add the State of Louisiana as a plaintiff.  Dkt. No. 26.  The court granted this motion and entered the Amended Complaint on August 16, 2019.  Dkt. No. 28.  Since then, the State of Florida has asked to join this matter as a plaintiff as well.

Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, a party may amend its pleading if the opposing party consents to the amendment in writing.  Fed. R. Civ. P. 15(a)(2); *see also Parker v. John Moriarty & Assocs.*, 320 F.R.D. 95, 97 (D.D.C. 2017) (Under Rule 15(a)(2), leave to amend "should be freely given unless there is a good reason to the contrary.") (citing *Willoughby v. Potomac Elec. Power Co.*, 100 F.3d 999, 1003 (D.C. Cir. 1996)).  Courts in this district routinely grant motions to amend complaints when defendants consent to such amendments.  *E.g.*, Minute Order, *Boykin v. United States of America*, No. 17-2569 (May 25, 2018) (granting consent motion to amend complaint); Minute Order, *Davis v. Purdue*, No. 17-245 (Apr. 7, 2017) (same).

The only difference between the Amended Complaint and the Second Amended Complaint is that the State of Florida has joined as a plaintiff.  This amendment does not change the status of this matter; the State of Florida has agreed to the proposed settlement, as shown by the Stipulation attached hereto.  Therefore, the United States respectfully requests that the Court grant plaintiffs leave to file the Second Amended Complaint.  A proposed order is attached.

Dated: October 2, 2019                                     Respectfully submitted,

                                                                            /s/
                                                                            _____
                                                                            Frederick S. Young
                                                                            D.C. Bar No. 421285
                                                                            Trial Attorney
                                                                            Telecommunications and Broadband Section
                                                                            Antitrust Division
                                                                            U.S. Department of Justice
                                                                            450 Fifth Street NW, Suite 7000
                                                                            Washington, D.C. 20530
                                                                            Telephone: (202) 307-2869

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2019 I caused a copy of the foregoing Consent Motion for Leave to File Second Amended Complaint, along with the Second Amended Complaint, Stipulation, and Proposed Order attached thereto, to be served by ECF on all counsel who have appeared in this matter and by electronic mail on:

**Counsel for Plaintiff State of Florida:**

Lizabeth A. Brady
Chief, Multistate Enforcement
Office of the Attorney General of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Phone: (850) 414-3300
Fax: (850) 488-9134

                                              /s/   Frederick S. Young
                                              Frederick S. Young
                                              D.C. Bar No. 421285
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Antitrust Division
                                              450 5th Street, NW, Suite 7000
                                              Washington, DC  20530
                                              Tel:  202-307-2869