## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA *et al.*,

*Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, *et al.*,

*Defendants*.

Civil Action No. 1:19-cv-02232-TJK

## **STIPULATION**

WHEREAS, plaintiffs, the United States of America and the States of Kansas, Nebraska, Ohio, Oklahoma, and South Dakota, filed their Complaint, Stipulation and Order, and other documents on July 26, 2019;

AND WHEREAS, plaintiffs filed an Amended Complaint on August 15, 2019 adding the State of Louisiana as a plaintiff, along with a stipulation;

AND WHEREAS, the State of Florida would like to join as a plaintiff in this matter;

AND WHEREAS, the United States will bring an unopposed motion for leave to file a Second Amended Complaint to join the State of Florida as a plaintiff in this matter;

NOW THEREFORE, the State of Florida hereby stipulates as follows:

The State of Florida joining as a plaintiff does not change the status of this matter, as it agrees to the proposed settlement.  The State of Florida also stipulates that a Final Judgment in the form attached to the United States' July 26 Explanation of Consent Decree Procedures may be filed with and entered by the Court, upon the motion of any party or upon the Court's own

motion, at any time after compliance with the requirements of the Antitrust Procedures and

Penalties Act (15 U.S.C. § 16), and without further notice to any party or other proceedings,

provided that the United States has not withdrawn its consent, which it may do at any time before

the entry of the proposed Final Judgment by serving notice thereof on Defendants and by filing

that notice with the Court.


Dated:  October 2, 2019


**FOR PLAINTIFF STATE OF FLORIDA:**


ASHLEY MOODY
Attorney General

PATRICIA A. CONNERS
Chief Associate Deputy Attorney General
LIZABETH A. BRADY
Chief, Multistate Enforcement
CHRISTOPHER R. HUNT
Assistant Attorney General
RACHEL S. BRACKETT
Assistant Attorney General
Office of the Attorney General of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Phone: (850) 414-3300
Fax: (850) 488-9134