**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

**[PROPOSED] ORDER**

The Court GRANTS the United States' Consent Motion for Leave to File Second Amended Complaint. The Clerk shall separately docket the Second Amended Complaint attached to the United States' Motion.

IT IS SO ORDERED by the Court, this ___ day of _____.


_____
United States District Judge