UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEUTSCHE TELEKOM AG, *et al.*, <br><br> *Defendants*. | 1:19-cv-02232-TJK <br><br> MOTION TO FILE BRIEF AS AMICI CURIAE |

The attorneys general of seventeen states and the District of Columbia (the "States")[1] have sued to enjoin T-Mobile US, Inc.'s ("T-Mobile") acquisition of Sprint Corporation ("Sprint") in *State of New York et al. v. Deutsche Telekom AG et al.*, Case No. 1:19-cv-05434-VM (S.D.N.Y. filed June 11, 2019) (the "Merger Litigation"),[2] on grounds that the combination violates Section 7 of the Clayton Act, 15 U.S.C. § 18.

The States respectfully move to file the lodged brief as *amici curiae*. Pursuant to Local Civil Rule 7(o)(1), the States are not required to obtain the consent of the parties or leave of Court to file an *amicus* brief.

---

[1] The currently litigating states are: New York, California, Texas, Colorado, Connecticut, Hawaii, Illinois, Maryland, Michigan, Minnesota, Mississippi, Nevada, Oregon, and Wisconsin, the commonwealths of Massachusetts, Pennsylvania, and Virginia, and the District of Columbia. On October 9, 2019, Mississippi requested court approval to withdraw its claims.

[2] On June 11, 2019, the States filed a complaint (as amended, the "States' Complaint") in the United States District Court for the Southern District of New York, alleging that the merger of T-Mobile and Sprint would constitute a violation of Section 7 of the Clayton Act, 15 U.S.C. § 18, by eliminating competition between Sprint and T-Mobile, substantially lessening competition, raising prices, lowering quality, and stifling innovation in markets for retail mobile wireless telecommunications services both nationwide, as well as in numerous local geographic markets for retail mobile wireless telecommunications services.

Dated: October 9, 2019
      New York, NY

                        Respectfully submitted,

                          /s/ Beau Buffier
                       BEAU BUFFIER
                       Beau.Buffier@ag.ny.gov
                       Chief, Antitrust Bureau
                       New York State
                       Office of the Attorney General
                       28 Liberty Street
                       New York, New York 10005
                       Tel. (212) 416-8282

                       *Counsel for the State of New York*

## **CERTIFICATE OF SERVICE**

I, Beau Buffier, hereby certify that on October 9, 2019, I caused a copy of the foregoing document to be served upon Plaintiffs United States of America, State of Florida, State of Kansas, State of Nebraska, State of Ohio, State of Oklahoma, and State of South Dakota, and Defendants Deutsche Telekom AG, T-Mobile US, Inc., Softbank Group Corp., and Sprint Corporation.

Dated: October 9, 2019
       New York, NY

By:    */s/ Beau Buffier*
      BEAU BUFFIER
      *Counsel for the State of New York*