AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:19-cv-02232-TJK |
| DEUTSCHE TELEKOM AG et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                           .

Date:    10/18/2019                                    /s/ Matthew R. Jones
                                                          *Attorney's signature*

                                        Matthew R. Jones (D.C. Bar #1006602)
                                                  *Printed name and bar number*

                                                  U.S. Department of Justice
                                                     Antitrust Division
                                               450 Fifth Street NW, Suite 7000
                                                   Washington, DC 20530
                                                          *Address*

                                                 matthew.jones3@usdoj.gov
                                                       *E-mail address*

                                                      (202) 598-8369
                                                     *Telephone number*

                                                      (202) 514-6381
                                                        *FAX number*