AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-02232-TJK |
| DEUTSCHE TELEKOM AG, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DISH Network Corporation                                    .

Date:   10/23/2019

/s/ Jared R. Butcher
*Attorney's signature*

Jared R. Butcher (DC Bar #986287)
*Printed name and bar number*
Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036

*Address*

jbutcher@steptoe.com
*E-mail address*

(202) 429-6266
*Telephone number*

(202) 429-3902
*FAX number*