UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA *et al.*,

*Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, *et al.*,

*Defendants*.

Civil Action No. 1:19-cv-02232-TJK

**CONSENT MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Local Civil Rule 7(i), the United States respectfully requests that the Court grant plaintiffs leave to file a Third Amended Complaint in order to add the State of Colorado as a plaintiff. A copy of the proposed Third Amended Complaint is attached hereto, as required by Local Civil Rule 15.1. The United States has met and conferred with the plaintiff states and defendants in this matter, and all parties have consented to this motion in writing.

Plaintiffs, the United States of America and the States of Kansas, Nebraska, Ohio, Oklahoma, and South Dakota, filed their Complaint, a Stipulation and Order, and other documents on July 26, 2019. Dkt. Nos. 1-2. On July 29, 2019, the Court signed and entered the Stipulation and Order. Dkt. No. 16. On July 30, 2019, the United States filed a Competitive Impact Statement. Dkt. No. 20. On August 15, 2019, the United States filed a motion for leave to amend the Complaint to add the State of Louisiana as a plaintiff. Dkt. No. 26. The court granted this motion and entered the Amended Complaint on August 16, 2019. Dkt. No. 28. On

October 2, 2019, the United States filed a motion for leave to amend the Complaint to add the State of Florida as a plaintiff. Dkt. No. 33. Since then, the State of Colorado has asked to join this matter as a plaintiff as well.

Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, a party may amend its pleading if the opposing party consents to the amendment in writing. Fed. R. Civ. P. 15(a)(2); *see also Parker v. John Moriarty & Assocs.*, 320 F.R.D. 95, 97 (D.D.C. 2017) (Under Rule 15(a)(2), leave to amend "should be freely given unless there is a good reason to the contrary.") (citing *Willoughby v. Potomac Elec. Power Co.*, 100 F.3d 999, 1003 (D.C. Cir. 1996)). Courts in this district routinely grant motions to amend complaints when defendants consent to such amendments. *E.g.*, Minute Order, *Boykin v. United States of America*, No. 17-2569 (May 25, 2018) (granting consent motion to amend complaint); Minute Order, *Davis v. Purdue*, No. 17-245 (Apr. 7, 2017) (same).

The only difference between the proposed Second Amended Complaint and the proposed Third Amended Complaint is that the State of Colorado has joined as a plaintiff. This amendment does not change the status of this matter; the State of Colorado has agreed to the proposed settlement, as shown by the Stipulation attached hereto. Therefore, the United States respectfully requests that the Court grant plaintiffs leave to file the Third Amended Complaint. A proposed order is attached.

Dated: October 28, 2019                         Respectfully submitted,

                                                /s/
                                                _____
                                                Frederick S. Young
                                                D.C. Bar No. 421285
                                                Trial Attorney

                              2

Antitrust Division
U.S. Department of Justice
Telecommunications and Broadband Section
450 Fifth Street NW, Suite 7000
Washington, D.C. 20530
Telephone: (202) 307-2869

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019 I caused a copy of the foregoing Consent Motion for Leave to File Third Amended Complaint, along with the Third Amended Complaint, Stipulation, and Proposed Order attached thereto, to be served by ECF on all counsel who have appeared in this matter and by electronic mail on:

**Counsel for Plaintiff State of Colorado:**

Devin Laiho
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, Seventh Floor
Denver, Colorado 80203
Phone: (720) 508-6219
Fax: (720) 508-6040

        /s/   Frederick S. Young
        Frederick S. Young
        D.C. Bar No. 421285
        Trial Attorney
        U.S. Department of Justice
        Antitrust Division
        450 5th Street, NW, Suite 7000
        Washington, DC  20530
        Tel:  202-307-2869