UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA *et al.*,

*Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, *et al.*,

*Defendants*.

Civil Action No. 1:19-cv-02232-TJK

**STIPULATION**

WHEREAS, plaintiffs, the United States of America and the States of Kansas, Nebraska, Ohio, Oklahoma, and South Dakota, filed their Complaint, Stipulation and Order, and other documents on July 26, 2019;

AND WHEREAS, an Amended Complaint and stipulation were filed on August 15, 2019 (Dkt. 26, 28) adding the State of Louisiana as a plaintiff;

AND WHEREAS, plaintiffs filed a motion for leave to file a Second Amended Complaint on October 2, 2019 adding the State of Florida as a plaintiff (Dkt. 31);

AND WHEREAS, the United States will bring an unopposed motion for leave to file a Third Amended Complaint to join the State of Colorado as a plaintiff in this matter;

NOW THEREFORE, the State of Colorado hereby stipulates as follows:

The State of Colorado joining as a plaintiff does not change the status of this matter, as it agrees to the proposed settlement.  The State of Colorado also stipulates that a Final Judgment in the form attached to the United States' July 26 Explanation of Consent Decree Procedures may

be filed with and entered by the Court, upon the motion of any party or upon the Court's own motion, at any time after compliance with the requirements of the Antitrust Procedures and Penalties Act (15 U.S.C. § 16), and without further notice to any party or other proceedings, provided that the United States has not withdrawn its consent, which it may do at any time before the entry of the proposed Final Judgment by serving notice thereof on Defendants and by filing that notice with the Court.

Dated:  October 28, 2019

                STATE OF COLORADO
                OFFICE OF THE ATTORNEY GENERAL

                NATALIE HANLON LEH
                Chief Deputy Attorney General

                JENNIFER H. HUNT
                First Assistant Attorney General

*/s/ Devin M. Laiho*
_____
Devin Laiho
Senior Assistant Attorney General
Colorado Department of Law
Devin.Laiho@coag.gov
1300 Broadway, Seventh Floor
Denver, Colorado 80203
Tel: 720-508-6000

Attorneys for Plaintiff State of Colorado