**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| UNITED STATES OF AMERICA *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:19-cv-02232-TJK |
| DEUTSCHE TELEKOM AG, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER**

The Court GRANTS the United States' Consent Motion for Leave to File Third Amended Complaint. The Clerk shall separately docket the Third Amended Complaint attached to the United States' Motion.

IT IS SO ORDERED by the Court, this ___ day of _____.


_____
United States District Judge