# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

        *Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, *et al.*,

        *Defendants.*

Case No. 1:19-cv-02232-TJK

## [PROPOSED] ORDER

Having reviewed the Unopposed Motion of the United States to Excuse *Federal Register* Publication of Comments, the Court finds that the expense of publication of such comments in the *Federal Register* exceeds the public interest benefit to be gained from such publication and therefore GRANTS the Motion and AUTHORIZES, as an alternative method of dissemination, publication in the *Federal Register* of a link to the United States Department of Justice website, where the comments can be viewed and downloaded.

IT IS SO ORDERED by the Court, this _____ day of _____, 2019.

_____
United States District Judge