# Exhibit 2

CLOSED,TYPE-A

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:18-cv-2340-RJL

UNITED STATES OF AMERICA et al v. CVS HEALTH CORPORATION et al
Assigned to: Judge Richard J. Leon
Cause: 15:1 Antitrust Litigation

Date filed: 10/10/2018
Date Terminated: 09/04/2019
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: U.S. Government Plaintiff

| Date Entered | # | Docket Text |
|---|---|---|
| 02/01/2019 | 49 | Unopposed MOTION for Order *to Excuse Federal Register Publication of Comments* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Text of Proposed Order)(Owen, Jay) (Entered: 02/01/2019) |
| 02/09/2019 |  | MINUTE ORDER. Upon consideration of the United States' unopposed 49 Motion to Excuse Federal Register Publication of Comments, and based on the Court's finding that the expense of publication of the comments in the Federal Register exceeds the public-interest benefit to be gained from the publication, it is hereby ORDERED that the motion is GRANTED. The Court authorizes, as an alternative method of dissemination, publication in the Federal Register of a link to the U.S. Department of Justice website, where the comments can be viewed and downloaded. SO ORDERED. Signed by Judge Richard J. Leon on 2/9/2019. (lcrjl2) (Entered: 02/09/2019) |