UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               *Plaintiff*,<br><br>   v.<br><br>BAYER AG,<br>MONSANTO COMPANY, and<br>BASF SE,<br><br>               *Defendants.* | Civil Action No. 1:18-cv-01241 (JEB) |

[~~PROPOSED~~] ORDER

Having reviewed the United States' Unopposed Motion to Excuse *Federal Register* Publication of Comments, the Court finds that the expense of publication of such comments in the *Federal Register* exceeds the public interest benefit to be gained from such publication, and therefore GRANTS the Motion and AUTHORIZES, as an alternative method of dissemination, publication in the Federal Register of a link to the United States Department of Justice website, where the comments can be viewed and downloaded.

IT IS SO ORDERED by the Court, this  2nd  day of  Jan.  , 2019.

_____
United States District Judge
J. Boasberg