# Exhibit 4

CLOSED,TYPE-A

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:16-cv-01483-EGS

UNITED STATES OF AMERICA v. ANHEUSER-BUSCH InBEV SA/NV et al
Assigned to: Judge Emmet G. Sullivan
Cause: 15:1 Antitrust Litigation

Date Filed: 07/20/2016
Date Terminated: 10/22/2018
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: U.S. Government Plaintiff

| Date Entered | # | Docket Text |
|---|---|---|
| 01/13/2017 | 16 | RESPONSE TO PUBLIC COMMENTS in Antitrust Case by UNITED STATES OF AMERICA. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Certificate of Service)(Seltzer, Michelle) (Entered: 01/13/2017) |
| 01/19/2017 | | MINUTE ORDER granting 15 unopposed motion for authorization to excuse Federal Register publication of comments and attachments. The Court authorizes, as an alternative method of dissemination, publication in the Federal Register of a link to the United States Department of Justice website, where the comments and attachments can be viewed and downloaded. Signed by Judge Emmet G. Sullivan on 1/19/2017. (lcegs4) (Entered: 01/19/2017) |