# Exhibit 5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ANHEUSER-BUSCH InBEV SA/NV, et al., *Defendants*. | Civil Action No. 13-127 (RWR) |

### [~~PROPOSED~~] ORDER

Upon reviewing the United States's Unopposed Motion and Supporting Memorandum for Authorization to Excuse *Federal Register* Publication of Comments and Attachments, the Court finds that the expense of publication of such comments and attachments in the *Federal Register* exceeds the public interest benefit to be gained from such publication, and therefore GRANTS the motion and AUTHORIZES, as an alternative method of dissemination, publication in the *Federal Register* of a link to the United States Department of Justice website, where the comments and attachments can be viewed and downloaded.

_____
United States District Judge

Dated: 8/2/13