# Exhibit 6

CLOSED

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:12-cv-01230-KBJ

UNITED STATES OF AMERICA v. UNITED TECHNOLOGIES CORPORATION et al
Assigned to: Judge Ketanji Brown Jackson
Cause: 15:1 Antitrust Litigation

Date Filed: 07/26/2012
Date Terminated: 05/29/2013
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: U.S. Government Plaintiff

| Date Entered | # | Docket Text |
|---|---|---|
| 03/21/2013 | 33 | Unopposed MOTION for Order *Excusing Federal Register Publication* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit GPO Circular 851, # 2 Text of Proposed Order Proposed Order)(Quin, Kevin) (Entered: 03/21/2013) |
| 03/21/2013 | 34 | Unopposed MOTION for Order *for Leave to File Public Comments Under Seal* by UNITED STATES OF AMERICA (Attachments: # 1 Supplement Redacted Comments, # 2 Text of Proposed Order)(Quin, Kevin) (Entered: 03/21/2013) |
| 03/25/2013 |  | MINUTE ORDER Upon consideration of the plaintiff's consent motion to be excused from publishing in the Federal Register the attachments to the Comment of Mr. Jefferis 33 , it is hereby ORDERED that the motion is GRANTED. SO ORDERED. Signed by Judge Rudolph Contreras on 3/25/13. (TA) (Entered: 03/25/2013) |

| Billable Pages: | | | |
|---|---|---|---|
| | | | |