**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, *Plaintiffs*, v. DEUTSCHE TELEKOM AG, *et al.*, *Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

**STIPULATION**

WHEREAS, plaintiffs, the United States of America and the States of Kansas, Nebraska, Ohio, Oklahoma, and South Dakota, filed their Complaint, Stipulation and Order, and other documents on July 26, 2019;

AND WHEREAS, plaintiffs filed an Amended Complaint on August 15, 2019, adding the State of Louisiana as a plaintiff (Dkt. 26, 28), along with a Stipulation;

AND WHEREAS, plaintiffs filed a Second Amended Complaint on October 2, 2019 adding the State of Florida as a plaintiff (Dkt. 31), along with a Stipulation, which remains pending;

AND WHEREAS, plaintiffs filed a Third Amended Complaint on October 28, 2019 adding the State of Colorado as a plaintiff (Dkt. 40), along with a Stipulation, which remains pending;

AND WHEREAS, the United States will bring an unopposed motion for leave to file a Fourth Amended Complaint to join the State of Arkansas as a plaintiff in this matter;

NOW THEREFORE, the State of Arkansas hereby stipulates as follows:

The State of Arkansas joining as a plaintiff does not change the status of this matter, as it agrees to the proposed settlement.  The State of Arkansas also stipulates that a Final Judgment in the form attached to the United States' July 26 Explanation of Consent Decree Procedures may be filed with and entered by the Court, upon the motion of any party or upon the Court's own motion, at any time after compliance with the requirements of the Antitrust Procedures and Penalties Act (15 U.S.C. § 16), and without further notice to any party or other proceedings, provided that the United States has not withdrawn its consent, which it may do at any time before the entry of the proposed Final Judgment by serving notice thereof on Defendants and by filing that notice with the Court.

Dated:  November 8, 2019

        STATE OF ARKANSAS
        OFFICE OF THE ATTORNEY GENERAL
        LESLIE RUTLEDGE

        */s/ Johnathan R. Carter*
        Johnathan R. Carter
        Assistant Attorney General
        Office of the Arkansas Attorney General
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone:  501.682.8063
        Fax:  501.682.8118

        Attorneys for Plaintiff State of Arkansas