UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

*Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, *et al.*,

*Defendants*.

Civil Action No. 1:19-cv-02232-TJK

**UNOPPOSED MOTION OF THE UNITED STATES
TO APPOINT MONITORING TRUSTEE**

Pursuant to the Stipulation and Order entered by this Court on July 29, 2019 (Dkt. No. 16) and the proposed Final Judgment filed with the Court on July 26, 2019 (Dkt. No. 2-2), Plaintiff United States, after consultation with the Plaintiff States, hereby moves this Court for entry of an order approving the appointment of Theodore W. Ullyot, Esq., as Monitoring Trustee. In support of this motion, the United States files herewith the Memorandum of Points and Authorities in Support of Unopposed Motion of the United States to Appoint Monitoring Trustee and a proposed Order.

Dated: December 9, 2019

Respectfully submitted,

/s/
Frederick S. Young
D.C. Bar. No. 421285
Trial Attorney
Antitrust Division, U.S. Department of Justice
450 Fifth Street NW, Suite 7000
Washington, D.C. 20530
Telephone: (202) 307-2869

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019 I caused a copy of the foregoing Unopposed Motion of the United States to Appoint Monitoring Trustee, along with the memorandum in support and accompanying materials, to be served by ECF on all counsel who have appeared in this matter.

/s/   Frederick S. Young
Frederick S. Young
D.C. Bar. No. 421285
Trial Attorney
Antitrust Division, U.S. Department of Justice
450 Fifth Street NW, Suite 7000
Washington, D.C. 20530
Telephone: (202) 307-2869

2