# TED ULLYOT

Current
      -- Private investor and advisor.
      -- Distinguished Adjunct Professor, Scalia Law School (2019-20 academic year), and Lecturer, Stanford Law School (2018-19 academic year) (technology and corporate law).

Andreessen Horowitz
      -- Partner in venture capital firm, 2015 to 2018.
      -- Headed the firm's Policy & Regulatory Affairs group, which helps the firm and its portfolio companies anticipate and manage tech-related policy and regulatory challenges.

Facebook, Inc.
      -- General Counsel, 2008 to 2013.
      -- Built and led Facebook's legal team and security team from early-stage private company through IPO. Responsible for all worldwide legal matters, including litigation, government/regulatory investigations, corporate governance and securities, intellectual property and open source, employment, real estate, commercial deals, and corporate transactions. Responsible for developing legal and security department budgets and for hiring, managing, and coordinating outside counsel. Member of Facebook's core management team, helping develop company strategy and policies. Also served as corporate secretary, with extensive and close interaction with Board of Directors.

AutoZone, Inc.
      -- Member, Board of Directors, 2006 to 2011.

Kirkland & Ellis LLP (Washington, DC)
      -- May to October 2008 (before leaving to join Facebook), and October 1996 to October 2000 (first law job after clerkships).
      -- Specialized in litigation (including trial-level matters and appellate matters before the U.S. Supreme Court, Federal courts of appeals, and state appellate courts); telecommunications, regulatory, and administrative law; and antitrust (U.S. and EU).

ESL Investments, Inc.
      -- EVP & General Counsel, October 2005 to April 2008.
      -- Responsibilities included overseeing and managing legal and regulatory matters (including litigation and SEC filings); press relations and governmental relations; and compliance programs.

Administration of President George W. Bush
      -- 2003-2005. Served in White House as Associate Counsel and then Deputy Staff Secretary; and then at Department of Justice as Chief of Staff to the Attorney General.

<u>AOL Time Warner Inc.</u> (New York, NY and London, UK)
       -- SVP & General Counsel, AOL Time Warner Europe (2002-03).
       -- VP & Associate General Counsel, AOL Time Warner Inc. (2001-02).
       -- Responsibilities included EU legal & regulatory matters and US appellate litigation. Represented the AOL Time Warner group before the European Commission and EU member-states, including as lead liaison with EC and outside monitor on merger conditions.

<u>Kirkland & Ellis LLP (Washington, DC)</u>
       -- 1996-2000 (see above).

<u>Judicial Clerkships</u>
       -- Law Clerk to Justice Antonin Scalia, U.S. Supreme Court (1995-96).
       -- Law Clerk to Judge J. Michael Luttig, U.S. Court of Appeals for the Fourth Circuit (1994-95).

## EDUCATION

<u>University of Chicago Law School</u> (J.D., with honors, 1994)
       John M. Olin Prize for Law & Economics
       Topics & Comments Editor, University of Chicago Law Review
       Order of the Coif

<u>Institut d'Etudes Politiques de Paris</u> (France) (C.E.P., with honors, 1991)

<u>Harvard College</u> (A.B., magna cum laude, 1990)

## OTHER

-- Board Member, George W. Bush Presidential Center and Library
-- Co-Chair, Board of Visitors, The Federalist Society
-- Member, Law School Council, University of Chicago Law School
-- Member, Advisory Board, Scalia Law School National Security Institute
-- Board Member, U.S. Supreme Court Historical Society
-- Founders Circle, Economic Innovation Group