**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEUTSCHE TELEKOM AG, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

**[PROPOSED] ORDER**

The Court GRANTS the Unopposed Motion of the United States to Appoint Monitoring Trustee and hereby appoints Theodore W. Ullyot, Esq., as Monitoring Trustee.

IT IS SO ORDERED by the Court, this ___ day of _____.

                                                                                             _____
                                                                                             United States District Judge