# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.,

    *Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, et al.,

    *Defendants*.

Civil Action No. 1:19-cv-02232-TJK

## NOTICE OF FILING OF STATEMENT OF INTEREST IN RELATED CASE

When the United States of America and its co-plaintiff States filed their Complaint in this action, the United States identified as a related case the lawsuit captioned *State of New York, et al., v. Deutsche Telekom AG, et al.*, Civ. No. 1:19-cv-05434 (S.D.N.Y. 2019) ("S.D.N.Y. Litigation").  *See* Dkt. No. 4 (Notice of Related Case, July 26, 2019).  In the S.D.N.Y. Litigation, the Litigating States seek a nationwide injunction to block the proposed merger of T-Mobile US, Inc. and Sprint Corporation, notwithstanding the conclusions of the Department of Justice's Antitrust Division, the Federal Communications Commission ("FCC"), and a number of state Attorneys General that consumers would benefit from this transaction, with the divestitures and other relief to protect competition and promote the public interest, as reflected in the Antitrust Division's proposed Final Judgment and the FCC's Memorandum Opinion and Order.

Today, the Department of Justice and the Federal Communications Commission filed a Statement of Interest of the United States of America in the S.D.N.Y. Litigation, which is

attached as Exhibit 1 to this Notice. This Statement of Interest (a) explains that to obtain the nationwide injunction they seek the Litigating States must prove that this relief is both necessary and in the public interest, and (b) respectfully submits that this inquiry should take into account the Antitrust Division's and the FCC's findings, decisions and relief.

Dated: December 20, 2019

                                                Respectfully submitted,

                                                    /s/
                                            _____
                                            Frederick S. Young
                                            D.C. Bar No. 421285
                                            Trial Attorney
                                            Telecommunications and Broadband Section
                                            Antitrust Division
                                            U.S. Department of Justice
                                            450 Fifth Street NW, Suite 7000
                                            Washington, D.C. 20530
                                            Telephone: (202) 307-2869