AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:19-cv-02232-TJK |
| DEUTSCHE TELEKOM AG, et al., | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Plaintiff State of Florida                                                                                            .

Date:     01/10/2020                                           /s/ Rachel S. Brackett
                                                                          *Attorney's signature*

                                                              Rachel S. Brackett FL Bar No. 109775
                                                              *Printed name and bar number*

                                                              Office of the Attorney General of Florida
                                                              PL-01, The Capitol
                                                              Tallahassee, FL 32399-1050

                                                              *Address*

                                                              Rachel.Brackett@myfloridalegal.com
                                                              *E-mail address*

                                                              (850) 414-3300
                                                              *Telephone number*

                                                              (850) 488-9134
                                                              *FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2020, I electronically filed the foregoing "Appearance of Counsel" via the Court's CM/ECF filing system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF:

/s/ Rachel S. Brackett
Rachel S. Brackett (FL Bar No. 109775)
Assistant Attorney General
Office of the Attorney General of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Phone: (850) 414-3300
Facsimile: (850) 488-9134
E-mail: Rachel.Brackett@myfloridalegal.com

*Attorney for the State of Florida*