AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-cv-02232-TJK |
| Deutsche Telekom AG, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

         I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America                                                                                    .

Date:      1/10/2020

/s/ Makan Delrahim
*Attorney's signature*

Makan Delrahim, DC Bar #457795
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave. NW, Room 3109
Washington, DC 20530
*Address*

makan.delrahim@usdoj.gov
*E-mail address*

(202) 514-2401
*Telephone number*

(202) 616-2645
*FAX number*