UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **DEUTSCHE TELEKOM AG,** *et al.*, <br><br> *Defendants*. | Case No. 1:19-cv-02232-TJK |

### MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

NTCH, Inc. ("NTCH"),[1] pursuant to Local Civil Rule 7(o), hereby requests leave of the Court to file a brief as *amicus curiae* in the above-captioned case. Through its brief of *amicus curiae*, NTCH seeks to inform the Court regarding several proceedings currently pending before the United States Court of Appeals for the District of Columbia Circuit ("D.C. Circuit"), to which NTCH is a party: *NTCH, Inc. v. FCC*, Case Nos. 18-1241, 18-1242, and 18-1243. The D.C. Circuit's decision in these cases will directly impact this Court's decision in this case whether to approve T-Mobile US, Inc.'s ("T-Mobile") proposed acquisition of Sprint Corporation ("Sprint") pursuant to the U.S. Department of Justice's ("DOJ") *Proposed Final Judgment* as they pertain to DISH Network Corporation's ("DISH") wireless licenses which are essential to DISH's compliance with its obligations under the *Proposed Final Judgment*.[2]

---

[1] NTCH is a Delaware corporation. No publicly held company owns 10% or more of its stock. A company called Ally Finance Corporation owns 92.77% of its equity in the form of non-voting stock. NTCH is a licensee and operator of wireless radio systems licensed by the FCC in different parts of the United States and is also involved in the construction and leasing of cellular towers.

[2] *See* Proposed Final Judgment at 23, *United States v. Deutsche Telekom AG*, 1:19-cv-02232-TJK (D.D.C., July 26, 2019).

The matters at issue in these appeals are: (1) the lawfulness of the Federal Communications Commission's ("FCC") conversion of DISH's satellite license into a much more valuable terrestrial license without giving other parties an opportunity to bid on the newly created terrestrial spectrum; and (2) the lawfulness of the FCC's entry into an unprecedented and surreptitious deal whereby DISH would be awarded certain valuable rule waivers and extensions of time to construct its facilities if it bid at least $1.5 billion in the auction for 10 MHz of spectrum adjacent to its new terrestrial license. If the relief requested in the appeals is granted, DISH would lose spectrum rights which are the foundation for the "fourth national competitor" which the Department of Justice is relying on to maintain competition in the wireless market.

Given the crucial part that these licenses play in the DOJ's *Proposed Final Judgment*, NTCH respectfully requests that the Court assess the impact of the D.C. Circuit's pending decisions in Case Nos. 18-1241, 18-1242, and 18-1243 on the present case. Oral argument in these cases was held before the D.C. Circuit on October 8, 2019. Typically, the D.C. Circuit releases its decisions within three months of oral argument. Therefore, decisions in these cases should be imminent.

For the foregoing reasons, NTCH respectfully requests that this Court grant its motion for leave to file a brief as *amicus curiae* in order to assist this Court in arriving at a just and fully informed resolution of the above-captioned case. Should the Court grant this motion, and order NTCH to file its *amicus* brief, NTCH shall do so within the timeframe prescribed by the Court. Alternatively, NTCH requests that this Court waive NTCH's obligation to file a brief as *amicus curiae* as doing so would be unnecessary and redundant as the matters NTCH seeks to bring to the Court's attention in its brief regarding the D.C. Circuit's pending decisions in Case Nos. 18-1241, 18-1242, and 18-1243 have already been succinctly stated herein.

January 23, 2020

        Respectfully submitted,

        /s/ Thomas F. Urban II
        THOMAS F. URBAN II, D.C. Bar No. 432127
        DONALD J. EVANS
        KEENAN P. ADAMCHAK
        Fletcher, Heald & Hildreth, PLC
        1300 N 17th Street, Suite 1100
        Arlington, VA  22209
        T:    (703) 812-0400
        F:    (703) 812-0486
        urban@fhhlaw.com
        evans@fhhlaw.com
        adamchak@fhhlaw.com

        *Counsel for NTCH, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2020, I electronically filed a copy of the foregoing Motion to File Brief as *Amicus Curiae* using the CM/ECF system for the United States District Court for the District of Columbia, which will send notification of that filing to all counsel of record in this litigation.

        /s/ Thomas F. Urban II
        THOMAS F. URBAN II, D.C. Bar No. 432127

        *Counsel for NTCH, Inc.*