**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **UNITED STATES**, *et al.*, |
| *Plaintiffs*, |
| **v.** |
| **DEUTSCHE TELEKOM AG,** *et al.*, |
| *Defendants*. |

**Case No. 1:19-cv-02232-TJK**

**[PROPOSED] ORDER**

On considering the Motion of NTCH, Inc. ("NTCH") for leave to file a brief as *amicus curiae*, the Court holds that the motion should be granted.

For the foregoing reasons, it is hereby **ORDERED** that the Motion for Leave to File is GRANTED, and it is **FURTHER ORDERED** that NTCH's obligation to file its *amicus* brief is waived.

DATED:        _____, 2020

_____
UNITED STATES DISTRICT JUDGE