**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  1:19-cv-02232-TJK |
| | ) |
| DEUTSCHE TELEKOM AG, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER**

Upon consideration of INCOMPAS' Unopposed Motion for Leave to File *Amicus Curiae*

Brief ("Motion"), it is hereby **ORDERED** that INCOMPAS' Motion is Granted; it is

**FURTHER ORDERED** that the *Amicus Curiae* brief attached as Exhibit A to

INCOMPAS' Motion is deemed filed with this Court upon entry of this Order.

Dated: _____, 2020

                                 _____
                                   Hon. Timothy J. Kelly
                                   United States District Judge