# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Department of Justice, Antitrust Division<br>450 5th Street, N.W.<br>Washington, D.C. 20530<br><br>STATE OF KANSAS,<br>120 S.W. 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612-1597<br><br>STATE OF NEBRASKA,<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br><br>STATE OF OHIO,<br>150 East Gay Street, 22nd Floor<br>Columbus, Ohio 43215<br><br>STATE OF OKLAHOMA,<br>313 N.E. 21st Street<br>Oklahoma City, Oklahoma 73105-4894<br><br>and<br><br>STATE OF SOUTH DAKOTA,<br>1302 E. Highway 14, Suite 1<br>Pierre, South Dakota 57501-8501<br><br>            Plaintiffs,<br><br>   v.<br><br>DEUTSCHE TELEKOM AG,<br>Friedrich-Ebert-Allee 140<br>Bonn, Germany 53113<br><br>T-MOBILE US, INC.,<br>12920 SE 38th Street<br>Bellevue, Washington 98006<br><br>SOFTBANK GROUP CORP.<br>1-9-1 Higashi-shimbashi, Minato-ku,<br>Tokyo, Japan 105-7303 | Case No.: 1:19-cv-02232-TJK |

and

SPRINT CORPORATION
6200 Sprint Parkway,
Overland Park, Kansas 66251-4300

           Defendants.

## MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF BY NICHOLAS ECONOMIDES, JOHN KWOKA, THOMAS PHILIPPON, ROBERT SEAMANS, HAL SINGER, MARSHALL STEINBAUM, AND LAWRENCE J. WHITE IN SUPPORT OF PLAINTIFFS

Pursuant to the Court's January 10, 2020 Order and Local Civil Rule 7(o), Nicholas Economides, John Kwoka, Thomas Philippon, Robert Seamans, Hal Singer, Marshall Steinbaum, and Lawrence J. White (the "Proposed Amici") respectfully move for leave to file the accompanying Amici Curiae Brief in support of Plaintiffs. In support of their Motion, Amici state as follows:

        1.      Proposed Amici are seven economists with significant experience in competition and regulatory matters. The Proposed Amici affiliations are as follows: Nicholas Economides, Professor of Economics, NYU Stern School of Business; John Kwoka, Neal F. Finnegan Distinguished Professor of Economics, College of Social Sciences and Humanities, Northeastern University; Thomas Philippon, Max L. Heine Professor of Finance, NYU Stern School of Business; Robert Seamans, Associate Professor of Management and Organizations, NYU Stern School of Business; Hal Singer, Managing Director at Econ One, Adjunct Professor at Georgetown McDonough School of Business; Marshall Steinbaum, Assistant Professor, Economics Department, University of Utah; and Lawrence J. White, Robert Kavesh Professor of Economics, NYU Stern School of Business. Each of the Proposed Amici are scholars and experts in competition, industrial organization, and the economic analysis of antitrust issues.

2.       Proposed Amici have a special interest in the issues raised in this litigation and can offer their unique perspective as scholars in this field as the Court considers key economic issues. Proposed Amici seek to ensure that this Court proceeds based on a correct understanding of the economic, competitive effects flowing from the proposed merger of Sprint Corporation ("Sprint") and T-Mobile US, Inc. ("T-Mobile") (the "Merger"), as recognized by the United States Department of Justice's (the "DOJ") Complaint[1] and inclusive of the DOJ's proposed remedy (in the DOJ's "Proposed Final Judgment"). Accordingly, Proposed Amici submit this Amici Curiae Brief to explain how the Merger—even with the remedy that the DOJ has advanced in its Proposed Final Judgment—will have unambiguous anticompetitive effects.

3.       Proposed Amici's position is not adequately presented by any party. As economists, Proposed Amici are uniquely positioned to set forth a position in support of Plaintiffs on important questions of antitrust law raised in this case, and to describe the consequences of the Court's disposition of this matter for the United States economy and competition in the United States.

4.       Proposed Amici have previously filed an amici curiae brief before another federal court in a related case. *See, e.g. State of New York et al. v. Deutsche Telekom AG et al.*, Case No. 1:19-cv-05434-VM (S.D.N.Y. June 11, 2019). Proposed Amici have also previously addressed the competitive effects flowing from the Merger in Comments that were filed with the DOJ on October 10, 2019.[2]

---

[1]   Department of Justice Complaint, *United States et al v. Deutsche Telekom AG, T-Mobile Us, Inc., Softbank Group Corp., and Sprint Corporation,* No. 1:19-cv-02232, at 3 (D.D.C. July 26, 2019) (the "DOJ Complaint").

[2]   Nicholas Economides, John Kwoka, Thomas Philippon, Robert Seamans, Hal Singer, Marshall Steinbaum, and Lawrence J. White, Economists' Tunney Act Comments on the DOJ's Proposed Remedy in the Sprint/T-Mobile Merger Proceeding, filed with the U.S. Department of Justice, October 10, 2019; available as Exhibit 12 in https://www.justice.gov/atr/case-document/file/1215711/download.

5. In light of the magnitude of the unique insight and perspective Proposed Amici can offer the Court, granting Proposed Amici leave to file an amici curiae brief would not unduly delay the Court's ability to rule on any pending matters.

6. Counsel for Proposed Amici were unable to contact counsel for the Plaintiffs and Defendants in this Action before the filing deadline set forth by the Court. Counsel for Proposed Amici will continue to attempt to contact counsel.

7. The Amici Curiae Brief that Proposed Amici requests the Court consider is attached as Exhibit 1, along with supporting materials.

For the foregoing reasons, Proposed Amici respectfully request that their Motion for Leave to File Amici Curiae Brief be granted. A proposed Order is attached as Exhibit 2.

Dated: January 24, 2020

    New York, New York

Respectfully submitted,

BEINS AXELROD

/s/ Jonathan G. Axelrod

Jonathan G. Axelrod (D.C. Bar No. 210245)
1717 K Street, NW
Washington, DC 20006
212-328-7222
jaxelrod@beinsaxelrod.com

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP

Fred T. Isquith
Veronica Bosco

270 Madison Avenue
New York, New York 10016
212-545-4600
isquith@whafh.com
bosco@whafh.com

*Counsel for Amici Curiae*


Lawrence J. White
Nicholas Economides
John Kwoka
Thomas Philippon
Robert Seamans
Hal Singer
Marshall Steinbaum
44 West Fourth Street, 7-65
New York, NY 10012
212-998-0880
lwhite@stern.nyu.edu

*Amici Curiae*

**CERTIFICATE OF SERVICE**

    I certify that on this day, I filed the foregoing Motion for Leave to File Amici Curiae Brief with the Court via its Electronic Case Filing (ECF) system, which will send notification of filing to the counsel of record as identified on the Notice of Electronic Filing (NEF).

                                            /s/ Jonathan G. Axelrod
                                            Jonathan G. Axelrod