# EXHIBIT C

1243

JCGTSTA1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
STATE OF NEW YORK, *et al.*,

                    Plaintiffs,        New York, N.Y.

          v.                           19 Civ. 5434(VM)

DEUTSCHE TELEKOM AG, *et al.*,

                    Defendants.
------------------------------x

                                       December 16, 2019
                                       9:05 a.m.

Before:

                    HON. VICTOR MARRERO,

                                       District Judge


                         APPEARANCES


MUNGER, TOLLES & OLSON LLP
     Attorneys for Plaintiffs State of California
BY:  GLENN POMERANTZ
     KURUVILLA JOSEPH OLASA
     KYLE W. MACH

STATE OF CALIFORNIA
Department of Justice
Office of the Attorney General
     Attorneys for  State of California
BY:  PAULA L. BLIZZARD

STATE OF NEW YORK
Office of the Attorney General
     Attorneys for State of New York
BY:  ELINOR R. HOFFMANN
     BEAU W. BUFFIER

JCGPSTA4                    Claure - Cross

Department of Justice has determined would be acceptable, correct?

A.   Correct, with a lot of remedies.

Q.   Okay.  And when DISH did -- sorry.  When Sprint had assessed DISH's ability in the past to set up a wireless network, it concluded that it would be very hard for DISH to become a strong national retail competitor, correct?

A.   Correct.

Q.   And you testified just before that you have met Charlie Ergen, correct?

A.   Correct.

Q.   And at your DOJ deposition, do you remember that you testified that Mr. Ergen's latest trick is to build this really, really thin network to say he's built a network" -- let's just put up the DOJ testimony.  I think it would be easier.  It's at page 367, line 15 to 368, line 6.

        All right.  The question was:  "And isn't he under the gun to do something with his spectrum by 2020?"

        And you said:  "I'm sure he's going to find -- his latest trick is to build this really, really thin network to say that he's built a network;" do you see that?

A.   Yes.

Q.   And further, you were asked:  "Do you think he can do it?"

        And you answer:  "A meaningless thin network so that he doesn't get in trouble with the FCC.  He's a master at that.

1347

JCGPSTA4                    Claure - Cross

He's a master of band spectrum when he's not a carrier.  I mean, everybody knows Charlie, what his game plan is."

        Do you see that?

A.  Yes.

Q.  And that was based on your prior familiarity or experience with Charlie as a businessman, correct?

A.  That was public, what Charlie intended to do, to build a thin network to satisfy the needs of the FCC.

Q.  And can we look at 368, line 17 through 369, line 6.  The question -- can we look at the question, first.

        "But given the fact that he hasn't yet built out a network, don't you think this would give Sprint leverage to get a good price?"

        And you answer:  "Again, Charlie Ergen, his plan, I think he's basically somebody who holds spectrum for the value to continue to go up, and he'll build -- I think his latest thing, he's going to spend a billion dollars to build a nationwide network so that he can claim he has a network.  As long as he connects one device or five devices or ridiculous amounts of low devices, then he's out of -- he's out of trouble with the FCC."

        Do you see that?

A.  Sure.

Q.  And you were talking then about the termination of your prior negotiations with DISH, correct?