UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

Plaintiffs,

v.

DEUTSCHE TELEKOM AG, *et al.*,

Defendants.

Case No. 1:19-cv-02232-TJK

## MOTION OF PREPAID WIRELESS GROUP, LLC TO FILE BRIEF AS *AMICUS CURIAE*

Prepaid Wireless Group, LLC ("PWG") respectfully requests leave in accordance with Local Civil Rule 7(o)(1) and the Court's January 10, 2020 Minute Order to file an *amicus* brief addressing the benefits that T-Mobile US, Inc.'s ("T-Mobile") acquisition of Sprint Corporation ("Sprint") would have on the wireless wholesale and retail mobile wireless services markets. Pursuant to Local Civil Rule 7(o) and the Court's January 10, 2020 Minute Order, PWG must obtain consent of the Court to file an *amicus* brief and describe "why an amicus brief is desirable, why the movant's position is not adequately represented by a party, and why the matters asserted are relevant to the disposition of the case."[1]

### I.     INTEREST OF THE *AMICUS CURIAE*

PWG connects Mobile Virtual Network Operators ("MVNOs") to the extra capacity of the nationwide wireless networks run by facilities-based carriers, including AT&T, Verizon, T-Mobile, and Sprint. Through PWG's partnerships, nationwide facilities-based carriers compete

---

[1] LCvR 7(o)(2).

to sell their excess capacity to MVNOs, which then offer affordable prepaid and other innovative wireless services and compete head-to-head for customers.

## II. ARGUMENT

By this motion, PWG seeks the opportunity to provide its distinct views concerning the effect of the merger on the wireless wholesale market and retail mobile wireless services. PWG has substantial interest in the outcome of this litigation because it contracts with every national wireless carrier in the United States and likely would continue to do so in the event the merger between Sprint and T-Mobile is finalized. In addition, because PWG contracts both with the national carriers and the MVNOs that purchase their wireless services through PWG, PWG is able to provide a unique perspective on the merger between T-Mobile and Sprint. If this motion is granted, PWG's *amicus* brief will explain in greater detail why the current terms and conditions of the Department of Justice's Proposed Final Judgment concerning the Sprint-T-Mobile merger would be in the public's interest.

For these reasons, PWG respectfully requests that the court grant it leave to file an *amicus* brief in this matter. Pursuant to Local Civil Rule 7(o)(2), this motion is accompanied by a Proposed Order.

Respectfully submitted,

/s/ Steven A. Augustino

Steven A. Augustino
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
saugustino@kelleydrye.com
D.C. Bar No. 439987

*Counsel for Prepaid Wireless Group, LLC*

January 24, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2020, I electronically filed a copy of the foregoing Motion of Prepaid Wireless Group, LLC to File Brief as *Amicus Curiae* using the CM/ECF system for the United States District Court for the District of Columbia, which will send notification of that filing to all counsel of record in this litigation.

Steven A. Augustino
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
saugustino@kelleydrye.com

*Counsel for Prepaid Wireless Group, LLC*

January 24, 2020