**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

    *Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, *et al.*,

    *Defendants*.

Case No. 1:19-cv-02232-TJK

### [PROPOSED] ORDER

On considering the Motion of Prepaid Wireless Group, LLC to File Brief as *Amicus Curiae* filed on January 24, 2020, the Court holds that the motion should be granted.

For the foregoing reasons, it is hereby **ORDERED** that the Motion of Prepaid Wireless Group, LLC to File Brief as *Amicus Curiae* be **GRANTED**.

DATED: _____, 2020

_____

UNITED STATES DISTRICT JUDGE