**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF KANSAS, STATE OF NEBRASKA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF SOUTH DAKOTA, STATE OF LOUISIANA, STATE OF FLORIDA, STATE OF COLORADO, STATE OF ARKANSAS, and STATE OF TEXAS<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DEUTSCHE TELEKOM AG, T-MOBILE US, INC., SOFTBANK GROUP CORP., and SPRINT CORPORATION<br><br>　　　　　Defendants. | No. 1:19-cv-02232-TJK |

**MOTION FOR LEAVE TO PARTICIPATE AS AMICI CURIAE**
**BY THE RURAL WIRELESS ASSOCIATION, INC., NEW AMERICA'S**
**OPEN TECHNOLOGY INSTITUTE, AND CONSUMER REPORTS**

Pursuant to 15 U.S.C. § 16(f)(3), Local Rule 7(o), and the Court's January 10, 2020 Minute Order, the Rural Wireless Association, Inc. ("RWA"), New America's Open Technology Institute ("OTI"), and Consumer Reports (collectively, the "Movants") respectfully move this Court for leave to participate and file a brief as *amici curiae* in this Tunney Act proceeding for the limited purpose of assisting the Court in its public interest determination of the Proposed Final Judgement entered into by Plaintiff United States and T-Mobile US, Inc. ("T-Mobile"), Sprint Corp. ("Sprint"), and DISH Network Corp. ("DISH") (collectively, the "Defendants"). The proposed *amici curiae* brief and associated exhibits are attached to this Motion.

In support of this Motion, Movants state as follows:

1.      RWA is a 501(c)(6) trade association dedicated to promoting wireless opportunities for rural telecommunications companies who serve rural consumers and those consumers traveling to rural America. RWA's members are small businesses serving or seeking to serve secondary, tertiary, and rural markets. Each of RWA's member companies serves fewer than 100,000 subscribers. An important function of RWA is to represent the interest of its members before Congress, the Executive Branch, and the Courts. In offering low-cost, reliable wireless and broadband services to their rural consumers, RWA's member companies are profoundly affected by the actions and operations undertaken by the nation's four current nationwide wireless providers, including T-Mobile, Sprint, and DISH. Thus, RWA has a strong interest in the Proposed Final Judgement entered into by Plaintiff United States and Defendants and in seeing its members' interests represented before this Court.

2.      OTI is a 501(c)(3) public interest organization dedicated to closing the digital divide and ensuring that all Americans have equitable access to open and secure communications networks. OTI advocates for competitive markets and has participated as a public interest advocate in the instant proposed merger review and several other merger proceedings that involved the Defendants. Moreover, OTI has worked with the Federal Communications Commission ("FCC") and the U.S. Department of Justice ("DOJ") on numerous regulatory matters pertaining to the wireless industry. OTI has a strong interest in the Proposed Final Judgement entered into by the United States and Defendants and in seeing its interests represented before this Court.

3.      Consumer Reports is an expert, independent, non-profit organization, founded in 1936, that works side by side with consumers for a fair, transparent, truthful, and safe

marketplace. It is the world's largest independent product-testing organization, using its dozens of labs, auto test centers, and survey research departments to rate thousands of products and services annually. It has been active for decades on a wide range of policy issues affecting consumers, including promoting competition in telecommunications and supporting sound antitrust enforcement. Thus, Consumer Reports has a strong interest in the Proposed Final Judgement entered into by the United States and Defendants and in seeing its interests represented before this Court.

4.      Given the above, and this Court's January 10, 2020 Minute Order, Movants respectfully request that this Court grant their Motion to appear as *amici curiae* and accept for the record the *amici curiae* brief and exhibits attached hereto.


Dated: January 24, 2020                        Respectfully submitted,

                                               */s/ Lela M. Ames*
                                               Lela M. Ames
                                               WOMBLE BOND DICKINSON (US) LLP
                                               1200 Nineteenth Street, NW
                                               Suite 500
                                               Washington, DC 20036
                                               Tel:     (202) 857-4427
                                               Email: Lela.Ames@wbd-us.com

                                               *Counsel for Amici Curiae Rural Wireless*
                                               *Association, Inc., New America's Open*
                                               *Technology Institute, and Consumer Reports*