**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs*, | |
| v. | No. 1:19-cv-02232-TJK |
| DEUTSCHE TELEKOM AG, *et al.*, | |
| *Defendants.* | |

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF BY**
**HAROLD FURCHTGOTT-ROTH**

Dr. Harold Furchtgott-Roth respectfully requests leave to file an *amicus* brief addressing

the benefits that T-Mobile US, Inc.'s ("T-Mobile") acquisition of Sprint Corporation ("Sprint")

would have on the retail mobile wireless services market, and addressing certain comments made

under the Tunney Act.  Pursuant to Local Civil Rule 7(o)(1), Dr. Furchtgott-Roth must obtain

consent of the Court to file an *amicus* brief and describe "why an amicus brief is desirable, why

the movant's position is not adequately represented by a party, and why the matters asserted are

relevant to the disposition of the case."[1]

## I.    INTEREST OF THE AMICUS CURIAE

Dr. Furchtgott-Roth is an economist and former commissioner of the Federal

Communications Commission ("FCC").  He is an expert in antitrust issues in communications

mergers.  In his capacity as an economist and former commissioner, he has reviewed nearly

every merger before the FCC in the last twenty-five years.  Dr. Furchtgott-Roth has a substantial

interest in continuing to see competition flourish in the market for retail mobile wireless services,

---

[1]    LCvR 7(o)(2).  *See also* January 10, 2020 Minute Order (establishing the procedure for the submission of amicus briefs in this matter).

and can offer a unique perspective to this Court as the Court considers the public interest benefits of the Proposed Final Judgment.

## II.   ARGUMENT

By this motion, Dr. Furchtgott-Roth seeks the opportunity to brief the Court on the relevant public interest benefits of the proposed acquisition and the Proposed Final Judgment, the importance of mergers in the communications industry, and the flaws in certain arguments raised in comments submitted pursuant to the Tunney Act.

For these reasons, Dr. Furchtgott-Roth respectfully requests that the Court grant him leave to file an *amicus* brief in this matter.

Dated:  January 24, 2019

Respectfully submitted,

Hogan Lovells US LLP

_____/s/_____
Robert Toll
390 Madison Avenue
New York, NY 10017
(212)918-3807
robert.toll@hoganlovells.com

*Counsel for Amicus Curiae*

Harold Furchtgott-Roth
Furchtgott-Roth Economic Enterprises
1800 M Street, NW
Suite 800N
Washington, DC 20036
(301) 219-3904
hfr@furchtgott-roth.com

*Amicus Curiae*

**CERTIFICATE OF SERVICE**

I, Robert Toll, hereby certify that on January 24, 2020, I caused the foregoing to be filed with the Court's ECF filing system.

Respectfully submitted,

_____/s/_____

Robert Toll
390 Madison Avenue
New York, NY 10017
(212)918-3807
robert.toll@hoganlovells.com