**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

*Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, *et al.*,

*Defendants.*

No. 1:19-cv-02232-TJK

**[PROPOSED] ORDER**

Upon consideration of Harold Furchtgott-Roth's Motion for Leave to File *Amicus Curiae*

Brief ("Motion"), it is hereby **ORDERED** that Dr. Furchtgott-Roth's Motion is Granted; it is

**FURTHER ORDERED** that the *amicus* brief attached to the Motion is deemed filed

with this Court upon entry of this Order.

Dated: _____

_____
Hon. Timothy J. Kelly
United States District Judge