# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

_____

United States of America, *et al.,*　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)  Case No. 1:19-cv-02232-TJK
　　　　　　　　　　　　　　　　　　　　　　　)
Deutsche Telekom AG, *et al.,*　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
_____)

## MOTION OF ROBERT E. WHEELER, MAJOR GENERAL, USAF (RET.) FOR LEAVE TO FILE AMICUS CURIAE

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.

Robert G. Kidwell
D.C. Bar # 468084
701 Pennsylvania, Ave., NW, Suite 900
Washington, D.C. 20004
(202) 661-8752
RGKidwell@mintz.com

*Counsel for Amicus Curiae*

Pursuant to Local Rule 7(o), Robert Wheeler, Major General, United States Air Force (Retired) respectfully requests leave of the Court to file a brief as *amicus curiae* in the above-captioned case.

Proposed *amicus*, Robert E. Wheeler, Major General, United States Air Force (Retired), is the former deputy Department of Defense Chief Information Officer, having responsibility for all networks in the U.S. military.  He also served as a subject matter expert on the T-Mobile/Sprint U.S. National Security Agreement for T-Mobile.

Proposed *amicus* moves to file this brief to offer the Court his unique perspective, based on his years of experience in the military and his specific experience as a subject matter expert on the T-Mobile/Sprint U.S. National Security Agreement, on the public interest benefits and increased competitiveness that would result from a T-Mobile/Sprint merger.

This Court has recognized that district courts have "inherent authority" from Rule 29 of the Federal Rules of Appellate Procedure to "appoint or deny *amici.*"  *Jin v. Ministry of State Sec.,* 557 F. Supp. 2d 131, 136 (D.D.C. 2008) (citation omitted).  "Accordingly, it is solely within the discretion of the Court to determine the fact, extent, and manner of participation by the amicus."  *Cobell v. Norton,* 246 F. Supp. 2d 59, 62 (D.D.C. 2003).  An *amicus curiae* brief is appropriate at the trial court level when *amicus* participation is beneficial to the Court.  *See Cobell,* 246 F. Supp. 2d at 62 ("An *amicus curiae*, defined as 'friend of the court,'... does not represent the parties but participates only for the benefit of the Court.") (citation omitted).  This Court has recognized that *amici* submitting briefs that are "helpful and of interest to the Court in the instant litigation" should be given leave to file.  *Cobell,* 246 F. Supp. 2d at 62; *see also Ellsworth Assocs., Inc. v. United States,* 917 F. Supp. 841, 846 (D.D.C. 1996) ("[A] court may grant leave to appear as an *amicus* if the information offered is timely and useful.") (citation and

(internal quotations omitted).  Furthermore, a court may approve a motion to file an *amicus curiae* brief "when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide."  *Jin,* 557 F. Supp. 2d at 137 (citation omitted).

This Motion seeking leave to file the attached *amicus curiae* brief in support of Defendants, is filed in a timely manner consistent with this Court's Minute Order entered January 10, 2020.

Proposed *amicus* therefore respectfully requests leave to file an *amicus brief* in the above-captioned case.

Dated: January 24, 2020

Respectfully submitted,

*/s/ Robert G. Kidwell*_____

Maj. Gen. Robert E. Wheeler, USAF (Ret.)
5602 Mendelmore Way
Haymarket, VA 20169
(571) 274-1600
robert@strategicconsultingunlimited.com

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.

Robert G. Kidwell
D.C. Bar # 468084
701 Pennsylvania, Ave., NW, Suite 900
Washington, D.C. 20004
(202) 661-8752
RGKidwell@mintz.com

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I, Robert G. Kidwell, hereby certify that on January 24, 2020, I caused the foregoing to be filed with the Court's ECF filing system.

*/s/ Robert G. Kidwell*

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.

Robert G. Kidwell
701 Pennsylvania, Ave., NW, Suite 900
Washington, D.C. 20004
(202) 661-8752
RGKidwell@mintz.com

*Counsel for Amicus Curiae*