## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

_____

United States of America, *et al.,*                )
                                                   )
    Plaintiffs,                )
                                                   )
                                                   )
v.                                                 )
                                                   ) Case No. 1:19-cv-02232-TJK
                                                   )
                                                   )
Deutsche Telekom AG, *et al.,*                     )
                                                   )
    Defendants,                )
                                                   )
_____)

### [PROPOSED] ORDER

On considering the Motion of Robert E. Wheeler, Major General, USAF (Ret.) ("Gen. Wheeler"), for leave to file a brief as *amicus curiae*, the Court holds that the motion should be granted.

For the foregoing reasons, it is hereby **ORDERED** that the Motion for Leave to File is **GRANTED**, and it is **FURTHER ORDERED** that Gen. Wheeler's obligation to file his *amicus* brief is waived.

DATED:  _____, 2020

_____

Hon. Timothy J. Kelly
UNITED STATES DISTRICT JUDGE