UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.,

*Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, et al.,

*Defendants*.

Civil Action No. 1:19-cv-02232-TJK

**RESPONSE OF PLAINTIFF THE UNITED STATES TO
MOTIONS FOR LEAVE TO FILE BRIEFS *AMICUS CURIAE***

In response to the Court's Minute Order of January 27, 2020, noting that certain motions for leave to file *amicus* briefs in this action did not reflect the positions of the parties, the United States responds that as a general matter, the Antitrust Division does not oppose *amicus* briefs in the district courts. The Court has broad discretion to determine the participation of *amici curiae*. *National Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007).

However, given that the two-week deadline for such briefs set by the Court's Minute Order of January 10, 2020, has already passed, the United States respectfully suggests that the Court order any proposed *amicus* who filed its motion for leave by the Court's January 24, 2020, deadline but did not file an accompanying brief to file its brief promptly, and in any event by January 30, 2020.

Dated: January 29, 2020

                                              Respectfully submitted,

                                                  /s/
                                        _____
                                        Frederick S. Young
                                        D.C. Bar No. 421285
                                        Trial Attorney
                                        Telecommunications and Broadband Section
                                        Antitrust Division
                                        U.S. Department of Justice
                                        450 Fifth Street NW, Suite 7000
                                        Washington, D.C. 20530
                                        Telephone: (202) 307-2869

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2020, I caused a copy of the foregoing Response of Plaintiff the United States to Motions for Leave to File Briefs *Amicus Curiae* to be served by ECF on all counsel who have appeared in this matter, and by electronic mail on counsel for *amici curiae*, as follows:

Steven A. Augustino, Esq.
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
saugustino@kelleydrye.com
*Counsel for Prepaid Wireless Group, LLC*

Thomas F. Urban II, Esq.
Fletcher, Heald & Hildreth, PLC
1300 N 17th Street, Suite 1100
Arlington, VA 22209
urban@fhhlaw.com
*Counsel for NTCH, Inc.*

BEINS AXELROD
Jonathan G. Axelrod, Esq.
1717 K Street, NW
Washington, DC 20006
jaxelrod@beinsaxelrod.com
*Counsel for Amici Curiae Economists*

Hogan Lovells US LLP
Robert Toll, Esq.
390 Madison Avenue
New York, NY 10017
robert.toll@hoganlovells.com
*Counsel for Harold Furchtgott-Roth*

Pantelis Michalopoulos, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, D.C. 20036
pmichalopoulos@steptoe.com

*Counsel for INCOMPAS*

Philip J. Levitz, Esq.
Assistant Solicitor General
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005
philip.levitz@ag.ny.gov
*Counsel for the State of New York*

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
Robert G. Kidwell, Esq.
701 Pennsylvania, Ave., NW, Suite 900
Washington, D.C. 20004
RGKidwell@mintz.com
*Counsel for Robert E. Wheeler*

Lela M. Ames, Esq.
WOMBLE BOND DICKINSON (US) LLP
1200 Nineteenth Street, NW, Suite 500
Washington, DC 20036
Lela.Ames@wbd-us.com
*Counsel for Amici Curiae Rural Wireless*
*Association, Inc., New America's Open*
*Technology Institute, and Consumer Reports*

/s/   Frederick S. Young
Frederick S. Young
D.C. Bar No. 421285
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 7000
Washington, DC  20530
Tel:  202-307-2869