# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>  *Defendants*. | No. 1:19-cv-02232-TJK |

# DEFENDANTS' OPPOSITION TO NTCH, INC.'S
# MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

Pursuant to the Court's January 27, 2020 Minute Order, Defendants Deutsche Telekom AG, T-Mobile US, Inc., SoftBank Group Corp., and Sprint Corporation (collectively, "Defendants") hereby oppose the Motion for Leave to File Brief as *Amicus Curiae* by NTCH, Inc. ("NTCH"), ECF No. 58.

NTCH's motion should be denied because its proposed amicus brief is wholly duplicative of the comments it filed under the Tunney Act. NTCH's proposed amicus brief thus violates the Court's instruction in its January 10, 2020 Minute Order that any amicus briefs "should not merely repeat arguments or assertions that [amici] previously raised in comments they filed pursuant to 15 U.S.C. § 16(b), to which the Court has access."

In its motion, NTCH asserts that its proposed amicus brief "seeks to inform the Court regarding several proceedings currently pending before the [] D.C. Circuit" that purportedly raise two issues "as they pertain to [DISH's] wireless licenses": "(1) the lawfulness of the Federal Communications Commission's ("FCC") conversion of DISH's satellite license into a much more valuable terrestrial license without giving other parties an opportunity to bid on the newly created terrestrial spectrum; and (2) the lawfulness of the FCC's entry into an unprecedented and surreptitious deal whereby DISH would be awarded certain valuable rule waivers and extensions of time to construct its facilities if it bid at least $1.5 billion in the auction for 10 MHz of spectrum adjacent to its new terrestrial license." ECF No. 58, at 1-2.

NTCH raised the same two issues in its comments filed under the Tunney Act, and the Court already has access to those comments and the United States' response that fully addresses those two issues. *See* ECF No. 42-2 (Ex. 20 to App. of Public Comments Received), at 14-15[1];

---

[1] *Id.* ("In September 2018, NTCH appealed a series of FCC decisions to the D.C. Circuit which involve the disposition of wireless spectrum to DISH. . . . NTCH is challenging the award of the AWS-4 license on several grounds, including the determination that such an award without any opportunity for others to bid on the new licenses violated the Communications Act . . . . The

ECF No. 42 (Response of Plaintiff United States to the Public Comments on the Proposed Final Judgment), at 42-43 (addressing NTCH's contention that "it might prevail in its pending appeals of certain FCC orders that enabled DISH's purchase of the H Block spectrum and granted DISH the ability to use the AWS-4 spectrum to offer mobile wireless service" and concluding that it does not "provide[] a credible basis to reject the decree").[2]

For these reasons, Defendants respectfully request that the Court deny NTCH's Motion for Leave to File Brief as *Amicus Curiae*.

---

FCC's award of the H Block licenses is also highly suspect since it involved the Commission's unprecedented acceptance under unusual circumstances of a payment of over a billion and a half dollars from DISH in exchange for waivers and extensions which were not justified under the Commission's rules and not available to other participants in the auction.").

[2] *See also* ECF No. 42 (Response of Plaintiff United States to the Public Comments on the Proposed Final Judgment), at 42-43 ("As the FCC and the United States have explained in that litigation, NTCH lacks standing to bring several of these challenges, and even if NTCH were found to have standing, its arguments for why the FCC should not have adopted the orders at issue lack merit.  In any event, it would be improper for the Court to deny entry of the proposed Final Judgment on the basis of a pending appeal in a separate matter whose outcome is uncertain.").

Dated:  January 29, 2020        Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Mark W. Nelson*
Mark W. Nelson (DC #442461)
mnelson@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel.:  (202) 974-1500
Fax:  (202) 974-1999

*Counsel for Defendants Deutsche Telekom AG and T-Mobile US, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Steven C. Sunshine*
Steven C. Sunshine (DC #450078)
Julia K. York (DC #478001)
steve.sunshine@skadden.com
julia.york@skadden.com
1440 New York Avenue NW
Washington, DC 20005
Tel.: (202) 371-7000
Fax:  (202) 393-5760

*Counsel for Defendant Sprint Corp.*

MORRISON & FOERSTER LLP

*/s/ David L. Meyer*
David L. Meyer (DC #414420)
Brad S. Lui (DC #425033)
dmeyer@mofo.com
blui@mofo.com
2000 Pennsylvania Avenue, NW, Suite 6000
Washington, DC 20006-1888
Tel.:  (202) 887-1500
Fax:  (202) 887-0763

*Counsel for Defendants SoftBank Group Corp. and Sprint Corporation*