# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Department of Justice, Antitrust Division<br>450 5th Street, N.W.<br>Washington, D.C. 20530<br><br>STATE OF KANSAS,<br>120 S.W. 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612-1597<br><br>STATE OF NEBRASKA,<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br><br>STATE OF OHIO,<br>150 East Gay Street, 22nd Floor<br>Columbus, Ohio 43215<br><br>STATE OF OKLAHOMA,<br>313 N.E. 21st Street<br>Oklahoma City, Oklahoma 73105-4894<br><br>and<br><br>STATE OF SOUTH DAKOTA,<br>1302 E. Highway 14, Suite 1<br>Pierre, South Dakota 57501-8501<br><br>    Plaintiffs,<br><br>  v.<br><br>DEUTSCHE TELEKOM AG,<br>Friedrich-Ebert-Allee 140<br>Bonn, Germany 53113<br><br>T-MOBILE US, INC.,<br>12920 SE 38th Street<br>Bellevue, Washington 98006<br><br>SOFTBANK GROUP CORP.<br>1-9-1 Higashi-shimbashi, Minato-ku,<br>Tokyo, Japan 105-7303<br><br>and | Case No.: 1:19-cv-02232-TJK |

SPRINT CORPORATION
6200 Sprint Parkway,
Overland Park, Kansas 66251-4300

                Defendants.

**DECLARATION OF JONATHAN G. AXELROD IN SUPPORT OF BRIEF OF AMICI CURIAE NICHOLAS ECONOMIDES, JOHN KWOKA, THOMAS PHILIPPON, ROBERT SEAMANS, HAL SINGER, MARSHALL STEINBAUM, AND LAWRENCE J. WHITE IN SUPPORT OF PLAINTIFFS**

    I, Jonathan G. Axelrod, having personal knowledge of the facts stated herein, hereby declare as follows.

    1.    I am a partner in the law firm of Beins Axelrod, counsel to Amici Curiae Nicholas Economides, John Kwoka, Thomas Philippon, Robert Seamans, Hal Singer, Marshall Steinbaum, and Lawrence J. White.

    2.    I submit this Declaration in support of the foregoing Brief of Amici Curiae.

    3.    True and correct copies of the following documents are attached hereto:

        a.    **Exhibit A:** An excerpt of the relevant portions of Fiona Scott Morton's Testimony from the Transcript of the Court's Bench Trial held on December 20, 2019.

        b.    **Exhibit B:** An excerpt of the relevant portions of Charles Ergen's Testimony from the Transcript of the Court's Bench Trial held on December 18, 2019.

        c.    **Exhibit C:** An excerpt of relevant portions of Marcelo Claure's Testimony from the Transcript from the Court's Bench Trial held on December 16, 2019.

        d.    **Exhibit D:** An excerpt of relevant portions of Thornsten Langheim's Testimony from the Transcript from the Court's Bench Trial held on December 10, 2019.

      e.      **Exhibit E:** An excerpt of relevant portions of Timotheus Höttges' Testimony from the Transcript from the Court's Bench Trial held on December 10, 2019.

      f.      **Exhibit F:** An excerpt of relevant portions of Carl Shapiro's Testimony from the Transcript from the Court's Bench Trial held on December 11 and 12, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2020

                                        /s/ Jonathan G. Axelrod
                                        Jonathan G. Axelrod