# EXHIBIT C

```
                                                                  1243
    JCGTSTA1

 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x
    STATE OF NEW YORK, et al.,
 3
                    Plaintiffs,              New York, N.Y.
 4
              v.                             19 Civ. 5434(VM)
 5
    DEUTSCHE TELEKOM AG, et al.,
 6
                    Defendants.
 7  ------------------------------x

 8                                           December 16, 2019
                                             9:05 a.m.
 9
    Before:
10
                         HON. VICTOR MARRERO,
11
                                             District Judge
12

13
                            APPEARANCES
14

15  MUNGER, TOLLES & OLSON LLP
         Attorneys for Plaintiffs State of California
16  BY:  GLENN POMERANTZ
         KURUVILLA JOSEPH OLASA
17       KYLE W. MACH

18  STATE OF CALIFORNIA
    Department of Justice
19  Office of the Attorney General
         Attorneys for  State of California
20  BY:  PAULA L. BLIZZARD

21  STATE OF NEW YORK
    Office of the Attorney General
22       Attorneys for State of New York
    BY:  ELINOR R. HOFFMANN
23       BEAU W. BUFFIER

24

25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```

1346

JCGPSTA4                    Claure - Cross

1   Department of Justice has determined would be acceptable,
2   correct?
3   A.  Correct, with a lot of remedies.
4   Q.  Okay.  And when DISH did -- sorry.  When Sprint had
5   assessed DISH's ability in the past to set up a wireless
6   network, it concluded that it would be very hard for DISH to
7   become a strong national retail competitor, correct?
8   A.  Correct.
9   Q.  And you testified just before that you have met Charlie
10  Ergen, correct?
11  A.  Correct.
12  Q.  And at your DOJ deposition, do you remember that you
13  testified that Mr. Ergen's latest trick is to build this
14  really, really thin network to say he's built a network" --
15  let's just put up the DOJ testimony.  I think it would be
16  easier.  It's at page 367, line 15 to 368, line 6.
17           All right.  The question was:  "And isn't he under the
18  gun to do something with his spectrum by 2020?"
19           And you said:  "I'm sure he's going to find -- his
20  latest trick is to build this really, really thin network to
21  say that he's built a network;" do you see that?
22  A.  Yes.
23  Q.  And further, you were asked:  "Do you think he can do it?"
24           And you answer:  "A meaningless thin network so that
25  he doesn't get in trouble with the FCC.  He's a master at that.

1347
JCGPSTA4                  Claure - Cross

1  He's a master of band spectrum when he's not a carrier. I
2  mean, everybody knows Charlie, what his game plan is."
3        Do you see that?
4  A. Yes.
5  Q. And that was based on your prior familiarity or experience
6  with Charlie as a businessman, correct?
7  A. That was public, what Charlie intended to do, to build a
8  thin network to satisfy the needs of the FCC.
9  Q. And can we look at 368, line 17 through 369, line 6. The
10 question -- can we look at the question, first.
11        "But given the fact that he hasn't yet built out a
12 network, don't you think this would give Sprint leverage to get
13 a good price?"
14        And you answer: "Again, Charlie Ergen, his plan, I
15 think he's basically somebody who holds spectrum for the value
16 to continue to go up, and he'll build -- I think his latest
17 thing, he's going to spend a billion dollars to build a
18 nationwide network so that he can claim he has a network. As
19 long as he connects one device or five devices or ridiculous
20 amounts of low devices, then he's out of -- he's out of trouble
21 with the FCC."
22        Do you see that?
23 A. Sure.
24 Q. And you were talking then about the termination of your
25 prior negotiations with DISH, correct?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300