# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

_____
United States of America, *et al.*,   )
　　　　　　　　　　　　　　　　　　 )
　　　Plaintiffs,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　　　 ) Case No. 1:19-cv-02232-TJK
　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
Deutsche Telekom AG, *et al.*,　　　　)
　　　　　　　　　　　　　　　　　　 )
　　　Defendants,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
_____)

## BRIEF OF ROBERT E. WHEELER, MAJOR GENERAL, USAF (RET.) AS AMICUS CURIAE

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.

Robert G. Kidwell
D.C. Bar # 468084
701 Pennsylvania, Ave., NW, Suite 900
Washington, D.C. 20004
(202) 661-8752
RGKidwell@mintz.com

*Counsel for Amicus Curiae*

## TABLE OF CONTENTS

INTEREST OF AMICUS CURIAE ................................................................................................ 1
ARGUMENT .................................................................................................................................. 1
CONCLUSION ............................................................................................................................... 5

# **TABLE OF AUTHORITIES**

**Page(s)**

**Authorities**

Admiral James Stavridis, General Philip Breedlove, Admiral Samuel Locklear
   III, Admiral Timothy J. Keating, Lieutenant General James R. Clapper Jr.,
   and General Keith B. Alexander, Statement by Former U.S. Military
   Leaders (Apr. 3, 2019) (on file with author)......................................................................3, 4

ELISE B. KANIA, SECURING OUR 5G FUTURE: THE COMPETITIVE CHALLENGE
   AND CONSIDERATIONS FOR U.S. POLICY (Nov. 2019).............................................................2

Michael Chertoff, Keith B. Alexander, and Timothy J. Keating, *National
   Security and Winning the Race to 5G*, REALCLEAR DEFENSE (May 2, 2019)
   https://www.realcleardefense.com/articles/2019/05/02/national_security_an
   d_winning_the_race_to_5g_114386.html ...................................................................2, 3, 4

**INTEREST OF *AMICUS CURIAE*[1]**

Major. General Robert E. Wheeler, USAF (Ret.) previously served as the deputy Department of Defense Chief Information Officer. In my capacity, I was responsible for all networks in the United States military and served as a subject matter expert on the T-Mobile/Sprint U.S. National Security Agreement for T-Mobile. Because of my experience and expertise on this issue, I would like to bring to the Court's attention several critical but under-appreciated pro-competitive benefits related to national security that would arise from the T-Mobile/Sprint merger.

**ARGUMENT**

*First*, significant value will accrue to U.S. consumers, workers, and the national economy from swifter deployment of secure, nationwide 5G networks stimulated by the T-Mobile/Sprint transaction and its accompanying security agreement. 5G has been equated with the printing press with respect to its economic and social reach and impact. Some of the key competitive benefits of 5G which will serve the public interest include:

- Innovation across a broad spectrum of emerging 5G-dependent industries, that could produce an increase of two to three percent in annual GDP;
- Increased protection of intellectual property and associated jobs from secure 5G networks;
- Enhanced exports of 5G-related innovations, goods, and services;
- The attraction of intellectual capital and investment to U.S. shores and investment based on the 5G economy; and

---

[1] No party's counsel authored this brief in whole or in part; and no person other than the *amicus* and his counsel—including any party or party's counsel—contributed money that was intended to fund the preparation or submission of this brief.

1

- Incorporating rural areas and underserved communities into the 5G backbone of the competitive new economy.

*See also* ELISE B. KANIA, SECURING OUR 5G FUTURE: THE COMPETITIVE CHALLENGE AND CONSIDERATIONS FOR U.S. POLICY 3-7 (Nov. 2019) (Exhibit A) ("*SECURING OUR 5G FUTURE*").

*Second*, there are also major benefits to be gained by the U.S. as it competes with China for global leadership in 5G-enabled industries and international 5G norm setting in areas such as smart cities, augmented intelligence, the Internet of Things, big data analytics and exploitation, critical infrastructure operation and protection, and privacy and intellectual property protection.  The Chinese government has been actively mobilizing to contest U.S. and global leadership in 5G, while rapidly progressing in the nationwide deployment of this foundational technology.  *See id.* at 7-11.  "The Chinese government and leading Chinese enterprises are actively promoting commercial deployment and experimentation with new applications of 5G." *Id.* at 8.

*Third*, monumental national security benefits would be produced by U.S. 5G leadership.  As leading national security experts explained, "5G will bring essential new capacities to the U.S. military services and the Department of Defense, enabling the nation to maintain its technological edge against potential adversaries – an edge essential for helping prevail in conflict and for maintaining peace." *See* Michael Chertoff,[2] Keith B. Alexander,[3] and Timothy J. Keating,[4] *National Security and Winning the Race to 5G*, REALCLEAR DEFENSE (May 2, 2019)

---

[2]   Former United States Secretary of Homeland Security.

[3]   USA (Ret.) Gen., Former Director of the NSA, Former Commander of the United States Cyber Command.

[4]   USN (Ret.) Commander, U.S. Pacific Command.

2

https://www.realcleardefense.com/articles/2019/05/02/national_security_and_winning_the_race_to_5g_114386.html ("*National Security and Winning the Race to 5G*") (Exhibit B). Such benefits include:

- Secure networks that host integrated defense and homeland security platforms;
- Enhanced supply chain integrity;
- Increased security of 5G-enabled critical infrastructure;
- Increased influence to move friends and allies away from an untrusted supply chain that creates international security vulnerabilities; and
- Networks that interoperate with our allies across all of the above functions.

*RealClear Defense* further highlighted the important economic and national defense impact of 5G, stating,

> A 2018 CTIA study estimated that nationwide 5G would create three million new jobs and grow the U.S. economy by $500 billion by 2024. Alone, such economic impact qualifies 5G as a bonafide national security initiative. A robust, innovative economy is essential for supporting strong national defense and the capability to effectively project power in a dangerous and uncertain world.

*See National Security and Winning the Race to 5G.*

Numerous former U.S. military leaders (collectively, "Former U.S. Military Leaders") have expressed "grave concerns about a future where a Chinese-developed 5G network is widely adopted among [U.S.] allies and partners." *See* Admiral James Stavridis,[5] General Philip Breedlove,[6] Admiral Samuel Locklear III,[7] Admiral Timothy J. Keating,[8] Lieutenant

---

[5] USN (Ret.) Commander, U.S. European Command; U.S. Southern Command.

[6] USAF (Ret.) Commander, U.S. European Command.

[7] USN (Ret.) Commander, U.S. Pacific Command.

[8] *Supra note* 4.

General James R. Clapper Jr.,[9/] and General Keith B. Alexander,[10/] Statement by Former U.S. Military Leaders (Apr. 3, 2019) (on file with author) (Exhibit C).  These concerns include the risk of espionage, wherein "Chinese-designed 5G networks will provide near-persistent data transfer back to China that the Chinese government could capture at will" based on a directive from China's 2017 Intelligence Law.  *Id.*  There is also a concern that future U.S. military operations would be affected because the U.S. will not be able to use networks that rely on Chinese technology for U.S. and allied military operations.  Digital infrastructure cannot be simply replaced in the way that physical infrastructure can be, so the U.S. must act now to make sure it is not "locked in" to telecommunications networks that may present future challenges, particularly in the case of Chinese telecommunications systems that are not interoperable with U.S. companies, cultivating a persistent reliance on the Chinese firm.  *Id.*  The Former U.S. Military Leaders are also concerned that the export of China's 5G technologies will advance "high-tech authoritarianism," fueled by "access to the most private data of billions of people, including social media, medical services, gaming, location services, payment and banking information, and more."  *Id.*  China's "Military-Civil Fusion" national strategy means that nothing Chinese firms do can be independent of the state.  *Id.*   As the authors of *National Security and Winning the Race to 5G* summarized, "At stake is whether the world will adopt the Chinese model that harnesses 5G as a tool for espionage, economic pilferage, coercion, and authoritarian rule; or the U.S. and western model of using 5G as a platform for prosperity, human development and privacy protection."

---

[9/]   USAF (Ret.) Director of National Intelligence.

[10/]  USA (Ret.) Commander, U.S. Cyber Command & Director, National Security Agency.

Achieving the objectives discussed above, each of which would be significantly advanced by the merger, will mean a more competitive, safer, and more influential nation, in service of the public interest.  The record shows that an approved merger would allow faster buildout of 5G infrastructure in both cities and rural areas, more true choices and an increased ability to compete internationally against China in the race to 5G.  If the merger is disapproved or significantly delayed our ability to compete on the global stage, with secure technology, will be dangerously and avoidably impeded.

Finally, as a rural homeowner for the past 30 years in the upper peninsula of Michigan, I can firsthand attest to the problems of living in a sparsely populated area served by a single carrier.  When T-Mobile moved into the area as a result of the 600 MHz spectrum auction, providing a second carrier choice, service and coverage increased dramatically.  This allowed some of my neighbors (many of whom live on a local Native American reservation) to have cellphone coverage and continuous access to the Internet for the first time in their lives.  This merger, with the commitments the parties have made, will further allow T-Mobile to use both the 600 MHz spectrum as well as the mid-band spectrum at 2.5 GHz, presently owned by Sprint, to further increase the speed and depth of rural coverage – all in the public interest.  To my knowledge, there are no other carriers with either a public plan or a stated pledge with specific benchmarks to cover these important underserved areas.

## CONCLUSION

For all of the foregoing reasons, this court should approve the T-Mobile/Sprint transaction.

Respectfully submitted,

Maj. Gen. Robert E. Wheeler, USAF (Ret.)
5602 Mendelmore Way
Haymarket, VA 20169
(571) 274-1600
robert@strategicconsultingunlimited.com

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.

Robert G. Kidwell
D.C. Bar # 468084
701 Pennsylvania, Ave., NW, Suite 900
Washington, D.C. 20004
(202) 661-8752
RGKidwell@mintz.com

*Counsel for Amicus Curiae*