# EXHIBIT A



# Securing Our 5G Future:

## The Competitive Challenge and Considerations for U.S. Policy

November 2019

Elsa B. Kania

Bold. Innovative. Bipartisan.

1152 15th Street NW
Suite 950
Washington, DC 20005

CNAS.ORG / @CNASDC
T: 202.457.9400
F: 202.457.9401

### ACKNOWLEDGMENTS

Thank you so much to Paul Scharre, Martijn Rasser, and Loren DeJonge Schulman for their very helpful comments and suggestions on the draft. I have greatly appreciated the insights of attendees of workshops convened through the "Securing Our 5G Future" project at the Center for a New American Security (CNAS) during the spring and summer of 2019. I am also grateful to all of the industry and government stakeholders who have provided input and feedback in the course of the writing and research. Thanks very much to Ainikki Riikonen and Megan Lamberth for their support and assistance with the project and in the process of finalizing this report. Any remaining shortcomings are the responsibility of the author alone.

### ABOUT THE AUTHOR

Elsa B. Kania is an Adjunct Senior Fellow with the Technology and National Security Program at the Center for a New American Security. Her research focuses on Chinese military innovation and technological development. At CNAS, she contributes to the Artificial Intelligence and Global Security Initiative and the "Securing Our 5G Future" program. Ms. Kania was a 2018 Fulbright Specialist and is a Non-Resident Fellow with the Australian Strategic Policy Institute's International Cyber Policy Centre. She has been invited to testify before the House Permanent Select Committee on Intelligence, the U.S.-China Economic and Security Review Commission, and the National Commission on Service. Ms. Kania is a Ph.D. student in Harvard University's Department of Government, and she is a graduate of Harvard College.

### ABOUT THIS REPORT

This report is produced as part of the CNAS project "Securing Our 5G Future," which explores the opportunities and challenges of 5G in a world of highly globalized and competitive innovation. This project is made possible because of support from AT&T, Qualcomm, and Samsung, who helped sponsor a series of workshops in the spring and summer of 2019 that contributed to informing this report.

CNAS is a 501(c)(3) tax-exempt nonprofit organization. Its research is independent and nonpartisan. CNAS does not take institutional positions on policy issues. Accordingly, all views, positions, and conclusions expressed in this publication should be understood to be solely those of the author.

## TABLE OF CONTENTS

Executive Summary ........................................................................................................................3

I.    The Promise of 5G ..............................................................................................................6

II.   The China Challenge in 5G ................................................................................................7

III.  5G Risks and Security Concerns..................................................................................... 11

IV.   Current American Policy Initiatives in 5G.................................................................... 13

V.    Policy Recommendations and Considerations ........................................................... 15

VI.   Conclusions and Implications........................................................................................ 22

Endnotes ........................................................................................................................................ 24

# EXECUTIVE SUMMARY

Today's advances in fifth-generation telecommunications (5G) promise a transformational technology that is critical to enabling the next industrial revolution. 5G will provide massive benefits for future economic development and national competitiveness, including certain military applications. 5G is far more than simply a faster iteration of 4G. The benefits include its high speed, low latency, and high throughput, which enable data flows at vastly greater speed and volume than today's 4G networks. Future smart cities will rely on 5G, autonomous vehicles will depend on this increased connectivity, future manufacturing will leverage 5G to enable improved automation, and even agriculture could benefit from these advances. The advent of 5G could contribute trillions to the world economy over the next couple of decades, setting the stage for new advances in productivity and innovation.

The United States risks losing a critical competitive advantage if it fails to capitalize upon the opportunity and manage the challenges of 5G. Today, China seems poised to become a global leader and first mover in 5G. The United States may be situated in a position of relative disadvantage. The U.S. government has yet to commit to any funding or national initiatives in 5G that are close to comparable in scope and scale to those of China, which is dedicating hundreds of billions to 5G development and deployment. There are also reasons for serious concern about the long-term viability and diversity of global supply chains in this industry. Huawei, a Chinese company with global ambitions, seems to be on course to become dominant in 5G, establishing new pilots and partnerships worldwide.

The stakes are high because 5G will be a vital component of future critical infrastructure, presenting new risks and novel threats of disruption or exploitation. The current degree of consolidation in the industry exacerbates the risks of market failure. It is particularly concerning because Huawei's products and services have been assessed to be highly insecure, yet remain attractive to certain countries that fear falling behind in 5G and because of Huawei's ability to undercut competitors on price. However, the notion of a "race for 5G" is problematic and can be misleading. To ensure security will be more important than speed in establishing a durable foundation for 5G's future.

Although there are encouraging indications the U.S. government is starting to concentrate more on 5G, the policies to date have not yet proved commensurate with what is at stake. The Trump administration must also reframe and reorient its approach to competition in 5G, because the notion of "America first in the race to 5G" is not a winning strategy, nor should the aim of the United States be to deploy 5G as quickly as possible. U.S. policy should focus on promoting the security, collaboration, and healthy competition that are so vital to the future of 5G, in close collaboration with allies and partners.

Such a strategy should recognize that the U.S. government can and must play a critical role in promoting innovation through investing in 5G as a new foundation for American competitiveness in the fourth industrial revolution. Moreover, speed must not come at the expense of security, and future 5G networks should be secure by design from the start. An American 5G strategy should encompass five main lines of effort.

1. **Prioritize and invest in 5G as a foundation for American competitiveness.**

- Recognize the strategic significance of 5G and prioritize policy responses aimed at reinvigorating American technological leadership.
- Undertake government investment and incentivize private-sector investment in large-scale construction of 21st-century digital infrastructure, and explore a variety of options for collaboration between industry leaders and government to promote 5G development.
- Prioritize and accelerate existing initiatives to remove obstacles to commercial innovation, particularly sharing and, where necessary, reallocation of spectrum.

2. **Ensure that future 5G networks will be secure by design from the start.**

- Formalize a rigorous process for screening of vendors and carriers for U.S. 5G networks, and continue to promote collaboration between industry and government stakeholders on options for risk mitigation and security.
- Explore new approaches to establishing and maintaining greater visibility and situational awareness over U.S. 5G supply chains and the security practices of vendors and carriers.
- Develop a comprehensive framework for the assessment, mitigation, and management of the full range of systemic risks of future 5G networks.
- Recognize the vital importance of technical standards in shaping future technological developments, and incentivize improvements in security by prioritizing it as a requirement.
- Enhance the security of 5G networks and systems that involve high-risk or untrusted hardware and devices.

3. **Contest leadership and technological innovation in and beyond 5G.**

- Explore options to disrupt the status quo and innovate new approaches to 5G and beyond, including the use of greater network virtualization.
- Intensify support for research for new and innovative techniques to make more spectrum available, including through spectrum sharing.
- Urgently pursue efforts to build up and expand a healthy supply chain and industrial ecosystem in 5G.
- Promote the development of robust commercial ecosystems to enable new start-ups to leverage the full benefits of 5G.

4. **Pursue deeper coordination and collaborative innovation with allies and partners.**

- Prioritize cooperation with allies and partners to promote secure and collaborative alternatives for 5G development.
- Ensure that U.S. policies intended to constrain or challenge the global expansion and influence of Chinese technology companies are carefully balanced, messaged, and coordinated domestically among relevant stakeholders and internationally with allies and partners.
- Collaborate through NATO and with allies in the Indo-Pacific region to develop a secure and integrated communications architecture to facilitate information sharing and coordination.

- Collaborate with partners and allies on investments in the global development of digital infrastructure.

### 5.   Prepare to leverage the positive and mitigate the negative externalities of 5G for national security.

- Prepare for the systemic risks of scenarios in which China continues to succeed in becoming a major player in global 5G networks.
- Evaluate the threats of disruption of critical infrastructure, as well as espionage and exploitation, involving and targeting 5G.
- Evaluate and experiment with the potential of 5G for defense and military applications.

5G has emerged as a key front in U.S.-China rivalry. Although the advent of 5G could greatly benefit the global economy and produce positive-sum outcomes, and its realization will require international cooperation and coordination to sustain global interoperability, it is undeniable the stakes are high. The outcome of this competition could shift the global center of gravity for growth and innovation. As a rising power, China has prioritized efforts to challenge American leadership in innovation. If successful in realizing its 5G ambitions, China could be poised to reshape the international technological ecosystem and capture major strategic dividends that will enhance its global power and influence. To compete, the U.S. government can and must contribute to catalyzing American innovation.

1152 15th Street NW, Suite 950 Washington, DC 20005   |   T: 202.457.9400   |   F: 202.457.9401   |   CNAS.ORG / @CNASDC