UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-02232-TJK |

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel for Prepaid Wireless Group, LLC, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Prepaid Wireless Group, LLC which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ Steven A. Augustino

Steven A. Augustino
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
saugustino@kelleydrye.com
D.C. Bar No. 439987

*Counsel for Prepaid Wireless Group, LLC*

January 31, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, an original and a copy of the foregoing Brief of Prepaid Wireless Group, LLC as *Amicus Curiae* in Support of Defendants was provided both in paper and on compact disc to the Clerk's Office of the United States District Court for the District of Columbia. The Clerk's Office will file the brief to the CM/ECF system for the United States District Court for the District of Columbia, which will send notification of that filing to all counsel of record in this litigation.

/s/ Steven A. Augustino

Steven A. Augustino
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
saugustino@kelleydrye.com

*Counsel for Prepaid Wireless Group, LLC*