# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK<br>PARIS<br>BRUSSELS<br>LONDON<br>FRANKFURT<br>COLOGNE<br>MOSCOW | 2112 Pennsylvania Avenue, NW<br>Washington, DC 20037-3229<br>T: +1 202 974 1500<br>F: +1 202 974 1999<br><br>clearygottlieb.com<br><br>D: +1 202 974 1622<br>mnelson@cgsh.com | ROME<br>MILAN<br>HONG KONG<br>BEIJING<br>BUENOS AIRES<br>SÃO PAULO<br>ABU DHABI<br>SEOUL |

February 12, 2020

VIA ECF

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

   Re: *United States, et al. v. Deutsche Telekom AG, et al.*, No. 1:19-cv-02232-TJK
     (D.D.C.) – Decision and Order in S.D.N.Y. Litigation

Dear Judge Kelly:

  I write on behalf of Defendants Deutsche Telekom AG, T-Mobile US, Inc., SoftBank Group Corp., and Sprint Corporation to notify the Court that on February 11, 2020, the Honorable Victor Marrero of the Southern District of New York issued a Decision and Order in *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 1:19-cv-05434-VM-RWL (S.D.N.Y.). The Decision and Order is attached to this letter as Exhibit A.

           Respectfully submitted,

           */s/ Mark W. Nelson*

           Mark W. Nelson (D.C. Bar #442461)
           mnelson@cgsh.com
           CLEARY GOTTLIEB STEEN & HAMILTON LLP
           2112 Pennsylvania Avenue, NW
           Washington, DC 20037-3229
           T: 202-974-1500
           F: 202-974-1999

           *Counsel for Defendants Deutsche Telekom AG*
           *and T-Mobile US, Inc.*