UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>*Defendants*. | No. 1:19-cv-02232-TJK |

**UNOPPOSED MOTION FOR LEAVE TO NOTIFY COURT OF
DECISION AND ORDER IN S.D.N.Y. LITIGATION**

Defendants Deutsche Telekom AG, T-Mobile US, Inc., SoftBank Group Corp., and Sprint Corporation (collectively, "Defendants"), through the undersigned counsel, respectfully move for leave to notify the Court of the Decision and Order attached hereto as Exhibit A.  In support of this motion, Defendants state as follows:

1. On February 11, 2020, the Honorable Victor Marrero of the Southern District of New York issued a Decision and Order ("Decision and Order") in *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 1:19-cv-05434-VM-RWL (S.D.N.Y.) ("S.D.N.Y. Litigation").

2. Pursuant to Local Rule 40.5, the United States previously notified the Court that the S.D.N.Y. Litigation is a related proceeding.  *See* ECF No. 4 (July 26, 2019).

3. Counsel for Defendants have conferred with counsel for the United States and Defendant DISH Network Corporation ("DISH") in this action. The United States and DISH do not oppose this motion.

4. Defendants respectfully submit that the Court should therefore grant Defendants' motion for leave to notify the Court of the Decision and Order.

Dated: February 13, 2020
Washington, D.C.

Respectfully submitted,

/s/ Mark W. Nelson

Mark W. Nelson (D.C. Bar #442461)
mnelson@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: 202-974-1500
F: 202-974-1999

*Counsel for Defendants Deutsche Telekom AG and T-Mobile US, Inc.*