UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>*Defendants*. | No. 1:19-cv-02232-TJK |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for Leave to Notify Court of Decision and Order in S.D.N.Y. Litigation, it is hereby **ORDERED** that Defendants' motion is **GRANTED**.

Dated: _____

_____
Hon. Timothy J. Kelly
United States District Judge

## List of Persons to Be Notified (LCvR 7(k))

**Thomas F. Urban, II**
LAW FIRM OF URBAN & FALK
6066 Leesburg Pike
Suite 400
Falls Church, VA 22041
Email: urban@fhhlaw.com

**Pantelis Michalopoulos**
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Email: pmichalopoulos@steptoe.com

**Jonathan G. Axelrod**
BEINS, AXELROD, P.C.
1717 K. St, NW
Suite 1120
Washington, DC 20006
Email: jaxelrod@beinsaxelrod.com

**Steven Anthony Augustino**
KELLEY DRYE & WARREN, LLP
3050 K Street, NW
Suite 400
Washington, DC 20007-5108
Email: saugustino@kellydrye.com

**Lela M. Ames**
WOMBLE BOND DICKINSON (US) LLP
1200 19th Street, NW
Suite 500
Washington, DC 20036
Email: lela.ames@wbd-us.com

**Robert Louis Toll**
HOGAN LOVELLS US LLP
390 Madison Ave
New York, NY 10017
Email: robert.toll@hoganlovells.com

**Robert G. Kidwell**
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.
701 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
Email: rgkidwell@mintz.com

**Makan Delrahim**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave.
950 Pennsylvania Ave, NW
Washington, DC 20510
Email: makan.delrahim@usdoj.gov

**Jared A. Hughes**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 Fifth Street, NW
Washington, DC 20530
Email: jared.hughes@usdoj.gov

**Matthew Robert Jones**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 Fifth Street, NW
Washington, DC 20530
Email: matthew.jones3@usdoj.gov

**Frederick Sherwood Young**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 Fifth Street, NW
Washington, DC 20530
Email: frederick.young@usdoj.gov

**Derek L. Schmidt**
OFFICE OF THE ATTORNEY GENERAL/KS
120 SW 10th Avenue
2nd Floor
Topeka, KS 66612
Email: derek.schmidt@ag.ks.gov

**Lynette R. Bakker**
OFFICE OF THE ATTORNEY
GENERAL/KANSAS
120 SW 10th Avenue
2nd Floor
Topeka, KS 66612
Email: lynette.bakker@ag.ks.gov

**Meghan Elizabeth Stoppel**
OFFICE OF THE NEBRASKA
ATTORNEY GENERAL
Consumer Protection Division
2115 State Capitol
Lincoln, NE 68509
Email: meghan.stoppel@nebraska.gov

**Mithun Mansinghani**
OFFICE OF THE ATTORNEY
GENERAL/OKLAHOMA
Solicitor General
313 NE 21st Street
Oklahoma City, OK 73105
Email: mithun.mansinghani@oag.ok.gov

**Rachel S. Brackett**
OFFICE OF ATTORNEY GENERAL/FL
PL-01, The Capitol
Tallahassee, FL 32399-1050
Email: rachel.brackett@myfloridalegal.com

**Devin M. Laiho**
ATTORNEY GENERAL'S OFFICE FOR
THE STATE OF COLORADO
Consumer Protection Section
1300 Broadway
7th Floor
Denver, CO 80203
Email: devin.laiho@coag.gov

**Mark W. Nelson**
CLEARY, GOTTLIEB, STEEN &
HAMILTON
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037
Email: mnelson@cgsh.com

**Bradley S. Lui**
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888
Email: blui@mofo.com

**David Lawrence Meyer**
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888
Email: dmeyer@mofo.com

**Steven C. Sunshine**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
Email: steven.sunshine@skadden.com

**Julia K. York**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
Email: julia.york@skadden.com

**Bradley Paul Smith**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Email: smithbr@sullcrom.com

**Steven L. Holley**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Email: holleys@sullcrom.com

**Andrew M. Golodny**
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

**Jared R. Butcher**
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Email: jbutcher@steptoe.com

**Beau William Buffier**
ATTORNEY GENERAL'S OFFICE FOR
THE STATE OF NEW YORK
28 Liberty Street
23rd Floor
New York, NY 10005
Email: beau.buffier@ag.ny.gov