# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEUTSCHE TELEKOM AG *et al.*, <br><br> *Defendants*. | Civil Action No. 19-2232 (TJK) |

## ORDER

For the reasons to be explained in a forthcoming Memorandum Opinion, it is hereby

**ORDERED** that the United States' Motion for Entry of Final Judgment, ECF No. 44, is **GRANTED**. The proposed Final Judgment, ECF No. 2-2, will be entered as proposed.

       **SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: April 1, 2020