May 27, 2020

<u>VIA EMAIL</u>

Frederick S. Young, Esq.
U.S. Department of Justice, Antitrust Division
Telecommunications and Broadband Section
450 Fifth Street, NW
Washington, DC 20530
Frederick.Young@usdoj.gov

**Re:    T-Mobile/Sprint**

Dear Fred:

As you are aware, the California Public Utilities Commission ("CPUC"), as part of its order approving the merger of T-Mobile US, Inc. ("T-Mobile") and Sprint Corporation ("Sprint"), directed T-Mobile to "make a good faith effort to secure any necessary approvals from the Federal Communications Commission and Department of Justice to maintain the Boost customer base currently receiving service under the California LifeLine Pilot Program and avoid their transfer to DISH under the terms of the divestiture."[1]  Toward that end, on May 21, 2020, T-Mobile sent a letter requesting that the Department of Justice authorize T-Mobile to limit the assets to be divested to DISH Networks Corporation ("DISH") pursuant to the Final Judgment by allowing T-Mobile to retain the approximately 11,000 Boost customers that are participating in a California LifeLine Pilot Program.

In furtherance of securing the Department of Justice's approval for T-Mobile to retain these Boost customers, and subject to T-Mobile and DISH (collectively, the "Parties") agreeing to appropriate modifications to the Asset Purchase Agreement and Reverse Transition Services Agreement to give effect to these changes, the Parties hereby confirm that:

- as part of the freely agreed to commercial terms of the sale of Boost, the Parties are defining the Boost "active" accounts being sold to DISH to exclude the approximately 11,000 prepaid wireless customers ("Boost Pilot Customers") of the Company under the Boost Mobile brand activated pursuant to either (1) the California Alternative Rates for Energy program ("CARE") or (2) the iFoster program ("iFoster" and together with CARE, the "Boost Pilot Program");

- the Boost Pilot Customers shall only include those individual customers activated pursuant to and participating in the Boost Pilot Program and shall not include any other

---

[1] CPUC Decision 20-04-008 at 54 (rel. Apr. 27, 2020), *available at* http://docs.cpuc.ca.gov/PublishedDocs/Published/G000/M335/K378/335378035.PDF.

Frederick S. Young, Esq.
May 27, 2020
Page 2

      customers who are not participating in the Boost Pilot Program but are in the same group as or on the same plan as a Boost Pilot Customer; and

- the transfer of these customers is not necessary for and will not affect DISH's ability to compete against T-Mobile or other wireless carriers.

      The Parties seek a prompt response from the Department of Justice that it approves T-Mobile's retention of the Boost Pilot Customers, subject to the Parties reaching agreement on appropriate modifications to the Asset Purchase Agreement and Reverse Transition Services Agreement and DOJ approving such modifications.

Respectfully submitted,

| T-MOBILE US, INC. | DISH NETWORK CORPORATION |
|---|---|
| By:_____ | By:_____ |
| Mark W. Nelson | Jeffrey H. Blum |
| Counsel to T-Mobile | Senior Vice President, Public Policy & Government Affairs |