

**FEDERAL COMMUNICATIONS COMMISSION**
Washington DC  20554

May 29, 2020

*VIA E-MAIL*

| | |
|---|---|
| Kathleen O'Brien Hamm | Jeffery Blum |
| Senior Vice President | Senior Vice President |
| T-Mobile, U.S., Inc. | DISH Network L.L.C. |
| 601 Pennsylvania Ave. NW | 1110 Vermont Ave. NW |
| North Building, Suite 800 | Washington, DC 20005 |
| Washington, DC 20004 | [jeffrey.blum@dish.com] |
| [kathleen.hamm@t-mobile.com] | |

Re:    California Public Utilities Commission LifeLine Pilot Program

Dear Ms. Hamm and Mr. Blum:

We received your letter dated May 28, 2020 regarding the California Public Utilities Commission ("CPUC") direction to T-Mobile to make a "good faith effort to secure any necessary approvals from the Federal Communications Commission and the Department of Justice to maintain the Boost customer base currently receiving service under the California LifeLine Pilot Program and avoid their transfer to DISH under the terms of the divestiture."  We do not believe that your proceeding in the manner you have described in your letter would constitute a violation of the Commission's conditions on the grant of your applications.

Sincerely,

*/s/ Charles Mathias*                                  */s/ Catherine Matraves*
Charles Mathias                                        Catherine Matraves
Co-Director T-Mobile/Sprint Taskforce                  Co-Director T-Mobile/Sprint Taskforce
Associate Bureau Chief                                 Deputy Division Chief
Wireless Telecommunications Bureau                     Economic Analysis Division
                                                       Office of Economic and Analytics

cc:    Matthew Berry
       Donald Stockdale
       Joel Rabinowitz
       Frederick S. Young
       Nancy Victory, Esq.