UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        *Plaintiff*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>                                        *Defendants*. | Case No. 1:19-cv-02232 |

**UNOPPOSED MOTION FOR ADMISSION
*PRO HAC VICE* OF ADAM S. PARIS**

1. Movant Bradley P. Smith, on behalf of defendant DISH Network Corporation, respectfully moves this Court, pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, for the entry of an Order admitting Adam S. Paris as attorney *pro hac vice* for purposes of representing DISH Network Corporation in this action.

2. Mr. Paris is a partner with Sullivan & Cromwell LLP. He is a member in good standing of each Bar to which he is admitted, and additional information regarding his Bar membership is set out in the attached declaration of Mr. Paris.

3. Mr. Smith is admitted to practice before this Court.

4.　　Counsel for DISH Network Corporation have conferred with counsel for the United States and T-Mobile US, Inc. in this action.   They do not oppose this motion.

Dated: March 30, 2022　　　　　　　　　　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　 /s/  Bradley P. Smith
　　　　　　　　　　　　　　　　　　　　　Bradley P. Smith (D.C. Bar No. 468060)
　　　　　　　　　　　　　　　　　　　　　SULLIVAN & CROMWELL LLP
　　　　　　　　　　　　　　　　　　　　　125 Broad Street
　　　　　　　　　　　　　　　　　　　　　New York, New York   10004
　　　　　　　　　　　　　　　　　　　　　Telephone:   (212) 558-1660
　　　　　　　　　　　　　　　　　　　　　Facsimile:   (212) 558-3588
　　　　　　　　　　　　　　　　　　　　　Email:   smithbr@sullcrom.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　　*DISH Network Corporation*