**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-02232 |

**DECLARATION OF ADAM S. PARIS**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

1.      My name is Adam S. Paris, counsel for defendant DISH Network Corporation.    I am a partner of the law firm of Sullivan & Cromwell LLP.

2.      My office is located at 1888 Century Park East, Los Angeles, California 90067. My office telephone number is (310) 712-6600.

3.      I am a member in good standing of the Bars of the State of California and the State of New York.    I also am admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California; the United States District Court for the Eastern and Southern Districts of New York; the United States Bankruptcy Court for the Southern District of New York; and the United States Courts of Appeals for the Second, Third, Sixth, Ninth, and Tenth Circuits.

4.      I have never been the subject of any disciplinary action by any court.

5.      In the past two years, I have not been admitted to practice *pro hac vice* before this Court.

6.      I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    March 30, 2022                              Respectfully submitted,
          Los Angeles, California

                                          */s/  Adam S. Paris*
                                          Adam S. Paris
                                          SULLIVAN & CROMWELL LLP
                                          1888 Century Park East
                                          Los Angeles, California 90067
                                          Telephone:   (310) 712-6600
                                          Facsimile:   (310) 712-8800
                                          Email:   parisa@sullcrom.com