UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>         *Defendants*. | Case No. 1:19-cv-02232 |

**UNOPPOSED RENEWED MOTION FOR
ADMISSION *PRO HAC VICE* OF ADAM S. PARIS**

  1.  Movant Bradley P. Smith, on behalf of defendant DISH Network Corporation, respectfully moves this Court, pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, for the entry of an Order admitting Adam S. Paris as attorney *pro hac vice* for purposes of representing DISH Network Corporation in this action.

  2.  Mr. Paris is a partner with Sullivan & Cromwell LLP.   He is a member in good standing of each Bar to which he is admitted, and additional information regarding his Bar membership is set out in the attached declaration of Mr. Paris.

  3.  Mr. Smith is admitted to practice before this Court.

4. Counsel for DISH Network Corporation have conferred with counsel for the United States and T-Mobile US, Inc. in this action. They do not oppose this motion.

Dated: March 31, 2022
      New York, New York

Respectfully submitted,

 /s/  Bradley P. Smith
Bradley P. Smith (D.C. Bar No. 468060)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York   10004
Telephone:   (212) 558-1660
Facsimile:   (212) 558-3588
Email:   smithbr@sullcrom.com

*Counsel for Defendant*
*DISH Network Corporation*