UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                *Plaintiff*,<br><br>                   v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>                              *Defendants*. | Case No. 1:19-cv-02232 |

**DECLARATION OF ADAM S. PARIS**
**IN SUPPORT OF RENEWED MOTION FOR ADMISSION *PRO HAC VICE***

1. My name is Adam S. Paris, counsel for defendant DISH Network Corporation. I am a partner of the law firm of Sullivan & Cromwell LLP.

2. My office is located at 1888 Century Park East, Los Angeles, California 90067. My office telephone number is (310) 712-6600.

3. I am a member in good standing of the Bars of the State of California and the State of New York. I also am admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California; the United States District Court for the Eastern and Southern Districts of New York; the United States Bankruptcy Court for the Southern District of New York; and the United States Courts of Appeals for the Second, Third, Sixth, Ninth, and Tenth Circuits.

4. I have never been the subject of any disciplinary action by any bar.

5. I have never been the subject of any disciplinary action by any court.

6. In the past two years, I have not been admitted to practice *pro hac vice* before this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2022
Los Angeles, California

Respectfully submitted,

/s/ *Adam S. Paris*

Adam S. Paris
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800
Email:  parisa@sullcrom.com