**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   *Plaintiff*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>                                   *Defendants*. | Case No. 1:19-cv-02232 |

**[PROPOSED] ORDER GRANTING**
**UNOPPOSED RENEWED MOTION FOR**
**ADMISSION *PRO HAC VICE* OF ADAM S. PARIS**

Upon consideration of the Unopposed Renewed Motion for Admission *Pro Hac Vice* of Adam S. Paris in the above-captioned matter, and the Declaration of Adam S. Paris in support thereof, it is this ____ day of _____, 2022, hereby

**ORDERED**, that the Unopposed Renewed Motion for Admission *Pro Hac Vice* of Adam S. Paris be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Adam S. Paris be allowed to appear *pro hac vice* as counsel for defendant DISH Network Corporation in court proceedings in the above-captioned matter.

_____
United States District Judge

The following are entitled to be notified of the entry of this Order:

| | |
|---|---|
| Frederick S. Young<br>Antitrust Division<br>U.S. Department of Justice<br>450 5th Street, N.W.<br>Washington, DC 20530<br>Telephone: (202) 514-5621<br>Facsimile: (202) 514-6381<br>Email: Federick.Young@usdoj.gov | Derek Schmidt<br>Attorney General<br>State of Kansas<br>120 S.W. 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612-1597<br>Telephone: (785) 296-2215 |
| Douglas J. Peterson<br>Attorney General<br>State of Nebraska<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>Telephone: (402) 471-3811 | Dave Yost<br>Attorney General<br>State of Ohio<br>150 E. Gay St., 22nd Floor<br>Columbus, Ohio 43215<br>Telephone: (614) 466-4328 |
| Mike Hunter<br>Attorney General of Oklahoma<br>313 N.E. 21st Street<br>Oklahoma City, Oklahoma 73105-4894<br>Telephone: (405) 521-3921 | Jason R. Ravnsborg<br>Attorney General<br>State of South Dakota<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215 |
| Matthew Solomon<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: (202) 974-1622<br>Facsimile: (202) 974-1999<br>Email: msolomon@cgsh.com | David L. Meyer<br>Morrison & Foerster LLP<br>2000 Pennsylvania Avenue NW,<br>Suite 6000<br>Washington, DC 20006-1888<br>Telephone: (202) 887-1888<br>Facsimile: (202) 887-0763<br>Email: dmeyer@mofo.com |

| | |
|---|---|
| Steven C. Sunshine<br>Skadden, Arps, Slate, Meagher & Flom LLP 1440 New York Avenue NW<br>Washington, DC 20005<br>Telephone: (202) 371-7860<br>Facsimile: (202) 661-0560<br>Email: steve.sunshine@skadden.com | Pantelis Michalopoulos<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: (202) 429-6494<br>Facsimile: (202) 429-3902<br>Email: pmichalopoulos@steptoe.com |
| Bradley P. Smith<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-1660<br>Facsimile: (212) 558-3588<br>Email: smithBR@sullcrom.com | |