AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-02232 |
| DEUTSCHE TELEKOM AG, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DISH Network Corporation.

Date:   04/07/2022

/s/ Adam S. Paris
*Attorney's signature*

Adam S. Paris (pro hac vice)
*Printed name and bar number*

1888 Century Park East
Los Angeles, California 90067
*Address*

parisa@sullcrom.com
*E-mail address*

(310) 712-6600
*Telephone number*

(310) 712-8800
*FAX number*