UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

    *Plaintiffs,*

v.

DEUTSCHE TELEKOM AG, *et al.,*

    *Defendants.*

No. 1:19-cv-02232-TJK

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the State of Oklahoma.

Date:    September 6, 2022

    Respectfully,

    /s/ *Bryan Cleveland*

    BRYAN CLEVELAND, No. 1033558
      *Deputy Solicitor General*
    OFFICE OF THE ATTORNEY GENERAL
    313 NE 21st Street
    Oklahoma City, OK 73105
    Telephone: (405) 521-3921
    Fax: (405)-521-6246
    Bryan.Cleveland@oag.ok.gov