UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, et al.,<br><br>*Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

**NOTICE OF 60-DAY EXTENSION OF**
**800 MHZ SPECTRUM LICENSE TRANSFER DEADLINE**

The United States of America respectfully provides notice that it exercised its discretion pursuant to Section IV.B.1 of the Final Judgment in this action (Dk. 85), after consultation with the affected Plaintiff States, to grant a 60-day extension of the deadline for T-Mobile to divest the 800 MHz Spectrum Licenses.  Section IV.B.1 provides that "Divesting Defendants are ordered and directed, within three (3) years after the closing of the divestiture of the Prepaid Assets or within five (5) business days of the approval by the FCC of the transfer of the 800 MHz Spectrum Licenses, whichever is later, to divest the 800 MHz Spectrum Licenses in a manner acceptable to the United States, in its sole discretion, after consultation with the affected Plaintiff States."  Section IV.B.1 goes on to state that the "United States, in its sole discretion, after consultation with the affected Plaintiff States, may agree to one or more extensions of this time period not to exceed sixty (60) calendar days in total, and will notify the Court in such circumstances."

The third anniversary of the divestiture of the Prepaid Assets is July 1, 2023. Pursuant to this extension, the deadline for T-Mobile to comply with its obligation to divest the 800 MHz Spectrum Licenses is extended to August 30, 2023 or within five (5) business days of the approval by the FCC of the transfer of the 800 MHz Spectrum Licenses, whichever is later.

Dated: June 30, 2023                                                Respectfully submitted,

/s/   Frederick S. Young
Frederick S. Young
D.C. Bar No. 421285
Trial Attorney
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 7000
Washington, D.C. 20530
Telephone: (202) 307-2869

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023 I caused a copy of the foregoing document to be served by ECF on all counsel who have appeared in this matter.

/s/   Frederick S. Young
Frederick S. Young
D.C. Bar No. 421285
Trial Attorney
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 7000
Washington, D.C. 20530
Telephone: (202) 307-2869