**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-02232 (TJK) |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT DISH NETWORK CORPORATION'S**
**MOTION FOR RELIEF FROM JUDGMENT**

Upon consideration of Defendant DISH Network Corporation's Motion for Relief from Judgment in the above-captioned matter, and the Declaration of John Swieringa in support thereof, it is this ____ day of _____, 2023, hereby

**ORDERED**, that DISH Network Corporation's Motion for Relief from Judgment be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Section IV.B.1 of the Final Judgment (ECF No. 85) be, and the same hereby is, **MODIFIED** to require the Divesting Defendants (*i.e.*, T-Mobile and Sprint) to divest the 800 MHz Spectrum Licenses in a manner acceptable to the United States, in its sole discretion, after consultation with the affected Plaintiff States on or before June 30, 2024.

_____
United States District Judge

The following are entitled to be notified of the entry of this Order:

Frederick S. Young
Ashley Kaplan

Antitrust Division
U.S. Department of Justice
450 5th Street, N.W.
Washington, DC 20530
Telephone: (202) 514-5621
Facsimile: (202) 514-6381
Email: Federick.Young@usdoj.gov
　　　　Ashley.Kaplan@usdoj.gov

Kris Kobach
Lynette Bakker

Office of the Attorney General
State of Kansas
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: (785) 296-2215
Email: Lynette.Bakker@ag.ks.gov

Michael T. Hilgers
Phil Carlson
Joseph Conrad

Office of the Attorney General
State of Nebraska
2115 State Capitol
Lincoln, Nebraska 68509
Telephone: (402) 471-3811
Email: phil.carlson@nebraska.gov
　　　　joseph.conrad@nebraska.gov

Dave Yost
Robert Yaptangco

Attorney General
State of Ohio
150 E. Gay St., 22nd Floor
Columbus, Ohio 43215
Telephone: (614) 466-4328
Email: robert.yaptangco@ohioago.gov

Gentner Drummond
Bryan Cleveland
Zach West

Office of the Attorney General
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105-4894
Telephone: (405) 521-3921
Email: Bryan.Cleveland@oag.ok.gov
　　　　zach.west@oag.ok.gov

Martin J. Jackley
Charles McGuigan
Yvette Lafrentz

Attorney General
State of South Dakota
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: Charles.McGuigan@state.sd.us
　　　　Yvette.Lafrentz@state.sd.us

Rachel S. Brackett
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Phone: (850) 414-3856
Fax: (850) 488-9134
Email: rachel.brackett@myfloridalegal.com

Matthew C. Solomon
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Email: msolomon@cgsh.com

David L. Meyer
Morrison & Foerster LLP
2000 Pennsylvania Avenue NW,
Suite 6000
Washington, DC 20006-1888
Telephone: (202) 887-1888
Facsimile: (202) 887-0763
Email: dmeyer@mofo.com

Steven C. Sunshine
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7860
Facsimile: (202) 661-0560
Email: steve.sunshine@skadden.com

Pantelis Michalopoulos
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-6494
Facsimile: (202) 429-3902
Email: pmichalopoulos@steptoe.com

Bradley P. Smith
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-1660
Facsimile: (212) 558-3588
Email: smithBR@sullcrom.com

Adam Paris
Sullivan & Cromwell LLP
1888 Century Park East, 21st Floor
Los Angeles, CA 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Email: parisa@sullcrom.com