T-Mobile USA, Inc.
12920 SE 38th St.
Bellevue, WA 98006

DISH Network Corporation
9601 S. Meridian Boulevard
Englewood, CO 80112
Attn: General Counsel
Email: tim.messner@dish.com; jeffrey.blum@dish.com; thomas.cullen@dish.com

with a copy (which shall not constitute notice) to:

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attn: Scott Miller and Scott Crofton
Email: millersc@sullcrom.com; croftons@sullcrom.com

## RE: Notice of Default under the License Purchase Agreement, dated as of July 1, 2023, by and between T-Mobile USA, Inc. and DISH Network Corporation

Dated: June 1, 2023

Ladies and Gentlemen:

Reference is made to the License Purchase Agreement, dated as of July 1, 2020 (the "Purchase Agreement"), by and among T-Mobile USA, Inc. ("Seller") and DISH Network Corporation ("DISH"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Purchase Agreement.

Pursuant to Section 5.5 of the Purchase Agreement, the Parties were required to prepare and file with the FCC all applications and notifications necessary to obtain the FCC Consents no later than April 1, 2023 (i.e., the Filing Deadline, which is the third anniversary of the Merger Closing Date). On March 13, DISH petitioned the Department of Justice Antitrust Division (the "Division") for a sixty-day extension to that Filing Deadline under the Purchase Agreement, which would then require the Parties to make all filings necessary to obtain the FCC Consents by May 31, 2023. On March 30, 2023, Seller and DISH mutually agreed not to issue any termination notices pursuant to Section 5.5 of the Purchase Agreement unless and until the Department had denied DISH's petition or the expiration of the 60-day extension period. During the sixty-day extension period Seller continued to be ready and willing to make all filings necessary to obtain the required FCC Consents and consummate the transaction.

As of today's date, June 1, 2023, Seller hereby notifies DISH that it is in material breach of the Purchase Agreement with respect to its obligations in Section 5.5 thereunder. DISH is entitled to a thirty-day period to cure such material breaches and make all filings necessary to

T-Mobile USA, Inc.
12920 SE 38th St.
Bellevue, WA 98006

obtain the FCC Consents no later than June 30, 2023. Seller remains ready and willing to make all such filings before such date upon notice from DISH that it intends to do so.

Furthermore, Seller hereby notifies DISH that if such filings necessary to obtain the FCC Consents are not made by July 1, 2023, Seller is entitled to and will terminate the Purchase Agreement with immediate effect under Section 7.1(a)(v) and shall be entitled to a payment from DISH of $71,794,777 pursuant to Section 7.1(c) of the Purchase Agreement by wire transfer of immediately available funds no later than July 6, 2023.

Seller reserves all rights and remedies at law and in equity in connection with the Purchase Agreement and nothing in this letter shall be deemed to limit or waive any such rights and remedies.

Sincerely,

By: _____
Name: Craig J. Codlin
Title: Vice President – Legal Affairs