

U.S. Department of Justice

Antitrust Division

*Ashley Kaplan*
*450 5th St., NW, Suite 7000*
*Washington, DC 20530*

June 20, 2023

**BY E-MAIL**

Jeffrey Blum
DISH Network
Jeffrey.Blum@DISH.com

Mark Nelson
T-Mobile USA, Inc.
Mark.Nelson@t-mobile.com

Re:   *United States v. Deutsche Telekom, et al.*, No. 19-cv-2232 (D.D.C.)

Dear Mr. Blum and Mr. Nelson:

We are aware that DISH and T-Mobile have expressed differing views on the interpretation of Section XVI.D of the Final Judgment as it pertains to whether the Division must consent to the termination of the parties' July 1, 2020 License Purchase Agreement. We would like to invite you to submit your respective positions on this issue to the Division so that we may fully consider both parties' views. We request that each party submit their position in writing to the Division on this issue no later than Wednesday, June 28, 2023 at 5 p.m. ET.

We believe that this schedule should allow sufficient time for the parties to express their views while facilitating prompt resolution of this issue. Please contact me if you have any questions about this request.

Sincerely,

*s/ Ashley Kaplan*
Ashley Kaplan