

U.S. Department of Justice

Antitrust Division

450 5th St., NW, Suite 7000
Washington, DC 20530

July 28, 2023

**BY E-MAIL**

Jeffrey Blum  
DISH Network  
Jeffrey.Blum@DISH.com

Mark Nelson  
T-Mobile USA, Inc.  
Mark.Nelson@t-mobile.com

Re:   *United States v. Deutsche Telekom, et al.*, No. 19-cv-2232 (D.D.C.)

Dear Mr. Blum and Mr. Nelson:

The Antitrust Division has carefully considered DISH's and T-Mobile's respective positions on the interpretation of Section XVI.D of the Final Judgment. Upon consideration of your positions, the Division declines to exercise any right it may have to withhold its consent to T-Mobile's termination of the License Purchase Agreement according to the terms of that agreement.

That decision, however, is separate from whether an order modification might be justified. The Division continues to have concerns that the divestiture of the 800 MHz spectrum to DISH may be so important to DISH replacing the competition lost by T-Mobile's acquisition of Sprint that changed facts and circumstances may justify an order modification.

The Division has already extended the time period provided for in Section IV.B of the Final Judgment by the maximum 60 days provided, in order to allow the parties time to resolve this dispute commercially. Any further extensions must come from the Court via a motion to modify the judgment. At this time, the Division does not take a position on the merits of any potential motion. If such a motion is filed, the Division will seriously consider the potential consequences of any requested relief for DISH, T-Mobile, and the public interest, but will afford no weight to consequences caused by T-Mobile's termination of the LPA before the Court has had the opportunity to rule on a motion.

Sincerely,

*Jared A. Hughes*

Jared A. Hughes  
Assistant Chief  
Media Entertainment & Communications  
Antitrust Division  
Department of Justice