UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              *Plaintiff*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>                              *Defendants*. | Case No. 1:19-cv-02232 (TJK) |

**UNOPPOSED MOTION FOR ADMISSION
*PRO HAC VICE* OF STEVEN L. HOLLEY**

1.  Movant Bradley P. Smith, on behalf of defendant DISH Network Corporation, respectfully moves this Court, pursuant to LCvR 83.2(c) of the Rules of the United States District Court for the District of Columbia, for the entry of an Order admitting Steven L. Holley as attorney *pro hac vice* for purposes of representing DISH Network Corporation in this action.

2.  Mr. Holley is a partner with Sullivan & Cromwell LLP.   He is a member in good standing of each Bar to which he is admitted, and additional information regarding his Bar membership is set out in the attached Declaration of Mr. Holley.

3.  Mr. Smith is admitted to practice before this Court.

4.  Counsel for DISH Network Corporation have conferred with counsel for the United States and for defendant T-Mobile US, Inc.   Neither the United States nor T-Mobile US, Inc. opposes this motion.

Dated: August 17, 2023
      New York, New York

Respectfully submitted,

/s/ *Bradley P. Smith*
Bradley P. Smith (D.C. Bar No. 468060)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York   10004
Telephone:   (212) 558-1660
Facsimile:   (212) 558-3588
Email:   smithbr@sullcrom.com

*Counsel for Defendant
DISH Network Corporation*