UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-02232 (TJK) |

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION FOR ADMISSION
*PRO HAC VICE* OF STEVEN L. HOLLEY**

Upon consideration of the Unopposed Motion for Admission *Pro Hac Vice* of Steven L. Holley in the above-captioned matter, and the Declaration of Steven L. Holley in support thereof, it is this ____ day of _____, 2023, hereby

**ORDERED**, that the Unopposed Motion for Admission *Pro Hac Vice* of Steven L. Holley be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Steven L. Holley be allowed to appear *pro hac vice* as counsel for defendant DISH Network Corporation in court proceedings in the above-captioned matter.

_____
United States District Judge

The following are entitled to be notified of the entry of this Order:

| | |
|---|---|
| Frederick S. Young<br>Jared Hughes<br>Antitrust Division<br>U.S. Department of Justice<br>450 5th Street, N.W.<br>Washington, DC 20530<br>Telephone: (202) 514-5621<br>Facsimile: (202) 514-6381<br>Email: Federick.Young@usdoj.gov<br>         jared.hughes@usdoj.gov | Kris Kobach<br>Lynette Bakker<br>Office of the Attorney General<br>State of Kansas<br>120 S.W. 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612-1597<br>Telephone: (785) 296-2215<br>Email: Lynette.Bakker@ag.ks.gov |
| Michael T. Hilgers<br>Phil Carlson<br>Joseph Conrad<br>Office of the Attorney General<br>State of Nebraska<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>Telephone: (402) 471-3811<br>Email: phil.carlson@nebraska.gov<br>         joseph.conrad@nebraska.gov | Dave Yost<br>Robert Yaptangco<br>Attorney General<br>State of Ohio<br>150 E. Gay St., 22nd Floor<br>Columbus, Ohio 43215<br>Telephone: (614) 466-4328<br>Email: robert.yaptangco@ohioago.gov |
| Gentner Drummond<br>Bryan Cleveland<br>Zach West<br>Office of the Attorney General<br>State of Oklahoma<br>313 N.E. 21st Street<br>Oklahoma City, Oklahoma 73105-4894<br>Telephone: (405) 521-3921<br>Email: Bryan.Cleveland@oag.ok.gov<br>         zach.west@oag.ok.gov | Martin J. Jackley<br>Charles McGuigan<br>Yvette Lafrentz<br>Attorney General<br>State of South Dakota<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Email: Charles.McGuigan@state.sd.us<br>         Yvette.Lafrentz@state.sd.us |

Rachel S. Brackett
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Phone: (850) 414-3856
Fax: (850) 488-9134
Email: rachel.brackett@myfloridalegal.com


Matthew C. Solomon
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Email: msolomon@cgsh.com

David L. Meyer
Morrison & Foerster LLP
2000 Pennsylvania Avenue NW,
Suite 6000
Washington, DC 20006-1888
Telephone: (202) 887-1888
Facsimile: (202) 887-0763
Email: dmeyer@mofo.com


Steven C. Sunshine
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7860
Facsimile: (202) 661-0560
Email: steve.sunshine@skadden.com

Pantelis Michalopoulos
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-6494
Facsimile: (202) 429-3902
Email: pmichalopoulos@steptoe.com


Bradley P. Smith
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-1660
Facsimile: (212) 558-3588
Email: smithBR@sullcrom.com

Adam Paris
Sullivan & Cromwell LLP
1888 Century Park East, 21st Floor
Los Angeles, CA 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Email: parisa@sullcrom.com