AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-02232 (TJK) |
| Deutsche Telekon AG, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Ohio                           .

Date:   08/20/2023

/s/ Beth A. Finnerty
*Attorney's signature*

Beth A. Finnerty (55383)
*Printed name and bar number*

Office of the Ohio Attorney General, Antitrust Section
30 E. Broad St., 26th Floor
Columbus, OH 43215

*Address*

Beth.Finnerty@OhioAGO.gov
*E-mail address*

(614) 466-4328
*Telephone number*

(866) 471-2741
*FAX number*