UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    *Plaintiff*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>                                    *Defendants*. | Case No. 1:19-cv-02232 (TJK) |

**JOINT STATUS REPORT**

1.  On Friday, August 18, 2023, the Court ordered that a joint status report ("Report") be filed by 1:00 p.m. on Monday, August 21, 2023, by DISH Network Corporation ("DISH"), T-Mobile US, Inc. ("T-Mobile"), the United States, and "any other party that wishes the Court to consider its position" on DISH's August 17, 2023 Motion for Relief from Judgment (the "Motion") (ECF No. 94.).   (8/18/23 Minute Order.)

2.  The Court directed that the Report "contain each participating party's position on (1) a proposed briefing schedule on the pending motion, and (2) the date, if any, by which the party requests the Court resolve the motion, and the reason for any such request."   (*Id*.)

3.  Following receipt of the Court's order, counsel for the United States, certain plaintiff States, T-Mobile, Deutsche Telekom AG ("DT"), and DISH conferred and jointly propose the following schedule for the Motion:

| | |
|---|---|
| T-Mobile and DT to file a joint opposition brief | August 25, 2023 |
| DISH to file its reply brief as required by Local Rule 7(d) | September 1, 2023 |

| | |
|---|---|
| DOJ and any State Plaintiffs wishing to be heard to file briefs setting forth their positions | September 18, 2023 |
| DISH, T-Mobile and DT to file briefs if they wish responding to briefs filed by the DOJ and State Plaintiffs | September 22, 2023 |

4. *Amicus Curiae*. The parties take no position at this time on whether any such briefs should be permitted. If the Court does permit one or more *amicus curiae* briefs, the parties respectfully suggest that they be filed on the same date as the opposition or reply brief set forth above, depending upon which position they support. Thus, an *amicus curiae* brief opposing modification would be filed on August 25 and an *amicus curiae* brief supporting modification would be filed on September 1.

5. The parties request that the Court resolve the Motion by **October 16, 2023**. The reason for this request is that on August 16, 2023, DISH and T-Mobile filed an application with the Federal Communications Commission ("FCC") to transfer the 800 MHz spectrum (the "Application") to DISH. The date on which the FCC will rule on the Application is not certain. The parties jointly requested expeditious treatment of the Application. The parties thus respectfully request that the Court rule on DISH's Motion by October 16, 2023, so that the parties may have the benefit of the Court's decision in advance of an anticipated decision by the FCC on the Application.

[*Signature pages follow*]

Dated:  August 21, 2023

Respectfully submitted,

*/s/ Frederick S. Young*
Frederick S. Young (D.C. Bar No. 421285)
Jared A. Hughes
Antitrust Division
U.S. Department of Justice
450 5th Street, N.W.
Washington, DC   20530
Telephone:   (202) 514-5621
Email:   Frederick.Young@usdoj.gov
           jared.hughes@usdoj.gov

*Counsel for the United States*

*/s/ David I. Gelfand*
David I. Gelfand (D.C. Bar No. 416596)
Daniel P. Culley (D.C. Bar No. 988557)
Elsbeth Bennett (D.C. Bar No. 1021393)
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC   20037
Telephone:   (202) 974-1500
Email:   dgelfand@cgsh.com
           dculley@cgsh.com
           ebennett@cgsh.com

*Counsel for T-Mobile US, Inc. and Deutsche Telekom AG*

*/s/ Adam S. Paris*
Steven L. Holley (*admitted pro hac vice*)
Bradley P. Smith (D.C. Bar No. 468060)
Sean P. Fulton (*admitted pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York   10004
Telephone:   (212) 558-4000
Email:   holleys@sullcrom.com
           smithbr@sullcrom.com
           fultons@sullcrom.com

Adam S. Paris (*admitted pro hac vice*)
Sullivan & Cromwell LLP
1888 Century Park East, 21st Floor
Los Angeles, CA   90067-1725
Telephone: (310) 712-6600
Email:   parisa@sullcrom.com

*Counsel for DISH Network Corporation*

/s/ *Robin Alexander*
Bryn Williams
First Assistant Attorney General
Robin E. Alexander (D.C. Bar No. 1658190)
Assistant Attorney General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 7th Floor
Denver, CO   80203
Telephone:   (720) 508-6000
Email:   Bryn.williams @coag.gov

*Attorneys for the State of Colorado*

| | |
|---|---|
| /s/ Rachel S. Brackett | /s/ Lynette R. Bakker |
| Nicholas J. Weilhammer<br>Associate Deputy Attorney General for Enforcement<br>Lizabeth A. Brady<br>Director of Antitrust Enforcement<br>Rachel S. Brackett<br>Assistant Attorney General<br>Office of the Attorney General of Florida<br>PL-01, The Capitol<br>Tallahassee, FL 32399-1050<br>Telephone: (850) 414-3300<br>Email:<br>　Nicholas.weilhammer@myfloridalegal.com<br>　Liz.brady@myfloridalegal.com<br>　Rachel.brackett@myfloridalegal.com<br><br>*Counsel for the State of Florida* | Lynette R. Bakker<br>First Assistant Attorney General<br>Antitrust & Business Organizations,<br>　Public Protection Division<br>Office of Kansas Attorney<br>　General Kris W. Kobach<br>120 SW 10th Avenue, Suite 430<br>Topeka, KS   66612-1597<br>Telephone:   (785) 368-8451<br>Email:   lynette.bakker@ag.ks.gov<br><br>*Counsel for the State of Kansas* |
| /s/ Joseph M. Conrad | /s/ Beth A. Finnerty |
| Joseph M. Conrad<br>Assistant Attorneys General<br>Office of the Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, NE   68508<br>Telephone:   (402) 471-3840<br>Email:   Joseph.Conrad@nebraska.gov<br><br>*Counsel for the State of Nebraska* | Beth A. Finnerty<br>Section Chief<br>Antitrust Section<br>Office of the Ohio Attorney<br>　General Dave Yost<br>30 E. Broad Street, 26th Floor<br>Columbus, OH   43215<br>Telephone:   (614) 466-4328<br>Email:   Beth.Finnerty@OhioAGO.gov<br><br>*Counsel for the State of Ohio* |

   */s/ Robert J. Carlson*
Robert J. Carlson
Senior Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK   74119
Tel:   (918) 269-6308
Email:   robert.carlson@oag.ok.gov

*Counsel for the State of Oklahoma*