**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. 1:19-cv-02232 (TJK) |
| DEUTSCHE TELEKOM AG, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**[PROPOSED] ORDER GRANTING BURNS & McDONNELL ENGINEERING COMPANY, INC.'S  MOTION FOR LEAVE TO PARTICIPATE IN BRIEFING AS AMICUS CURIAE**

Upon consideration of Burns & McDonnell Engineering Company, Inc.'s Motion for Leave to Participate in Briefing as Amicus Curiae in the above-captioned matter, for good cause shown, it is hereby:

**ORDERED** that Motion for Leave to Participate in Briefing as Amicus Curiae is **GRANTED**.  Burns & McDonnell Engineering Company, Inc. shall be permitted to file an amicus brief opposing DISH Network Corporation's Motion for Relief from Judgment.  Said amicus brief shall be filed by the date that the Court sets as the deadline for party briefs in opposition.

**SO ORDERED.**

DATE: _____                    _____
                                                                                       Hon. Timothy J. Kelly
                                                                                       United States District Court Judge
                                                                                       District of Columbia

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record via electronic mail.

*/s/ James E. Tysse*
James E. Tysse
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4571
Fax: (202) 887-4288
Email: jtysse@akingump.com

*Counsel for Burns & McDonnell Engineering Company, Inc.*