AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America, et al. <br> *Plaintiff* <br> v. <br> Deutsche Telekon AG, et al. <br> *Defendant* | ) <br> ) <br> )  Case No.  1:19-cv-02232 (TJK) <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Colorado                                                                          .

Date:  08/22/2023

/s/ Bryn A. Williams
*Attorney's signature*

Bryn A. Williams, #58468
*Printed name and bar number*
Office of the Colorado Attorney General
Antitrust Unit
1300 Broadway, 7th Floor
Denver, CO 80203
*Address*

Bryn.Williams@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

(720) 508-6040
*FAX number*