AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-02232-TJK |
| DEUTSCHE TELEKOM AG et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DISH NETWORK CORPORATION                              .

Date: 08/22/2023

/s/ Steven L. Holley
*Attorney's signature*

Steven L. Holley, NY Bar No. 1917830
*Printed name and bar number*

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

*Address*

holleys@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*