

DISH Network Corporation
9601 S. Meridian Boulevard
Englewood, CO 80112
Attn: General Counsel
Email: tim.messner@dish.com; jeffrey.blum@dish.com; thomas.cullen@dish.com

with a copy (which shall not constitute notice) to:

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attn: Scott Miller and Scott Crofton
Email: millersc@sullcrom.com; croftons@sullcrom.com

**RE: Notice of Termination under the License Purchase Agreement by and between T-Mobile USA, Inc. and DISH Network Corporation**

Dated: August 10, 2023

Ladies and Gentlemen:

Reference is made to the License Purchase Agreement, dated as of July 1, 2020 (the "Purchase Agreement"), by and among T-Mobile USA, Inc. ("Seller") and DISH Network Corporation ("DISH"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Purchase Agreement.

Pursuant to Section 5.5 of the Purchase Agreement, the Parties were required to prepare and file with the FCC all applications and notifications necessary to obtain the FCC Consents no later than April 1, 2023 (i.e., the Filing Deadline, which is the third anniversary of the Merger Closing Date).

On June 1, 2023, Seller notified DISH that it was in material breach of the Purchase Agreement with respect to its obligations in Section 5.5 thereunder, stating in the notice that Seller was ready and willing to make all filings required under Section 5.5 and giving DISH the required 30 days from the date of the notice to cure its material breach. Through the date of this letter, Seller remained ready and willing to make all such filings but DISH failed to do so and remains in material breach of the Purchase Agreement.

As a result, pursuant to Section 7.1(a)(v) of the Purchase Agreement, Seller hereby terminates the Purchase Agreement, effective in seven days, on August 17, 2023. For the



avoidance of doubt, Seller remains ready and willing to make the above-referenced required filings prior to August 17, 2023.  If DISH does not cure its breach prior to August 17, 2023, Seller is entitled to a payment from DISH of $71,794,777 pursuant to Section 7.1(c) of the Purchase Agreement by wire transfer of immediately available funds no later than August 22, 2023. Wire instructions for such payment are attached hereto in Exhibit A.

Seller reserves all rights and remedies at law and in equity in connection with the Purchase Agreement and nothing in this letter shall be deemed to limit or waive any such rights and remedies.

Sincerely,

By: /s/ Mark Nelson
 Name: Mark Nelson
 Title:  Executive Vice President & General Counsel



**Exhibit A**
**Wire Instructions**

Please use the following instructions to transmit wire payment to T-Mobile.

Account Number:   ███████████
ABA/Routing Code: ████████
SWIFT Code:       ███████████
Bank:             ████████
                  █████████

Beneficiary:      ██████████
                  █████████████
                  █████████████
                  █████████████

**T‑Mobile**

12920 SE 38th Street, Bellevue, WA  98006
www.t-mobile.com