**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, et al.,<br><br>*Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

**DECLARATION OF ELSBETH BENNETT IN SUPPORT OF T-MOBILE'S AND DEUTSCHE TELEKOM'S OPPOSITION TO DISH'S MOTION FOR RELIEF FROM JUDGMENT**

I, Elsbeth Bennett, declare as follows:

1. I am an attorney at the law firm of Cleary Gottlieb Steen & Hamilton LLP and counsel for T-Mobile US, Inc. ("T-Mobile") and Deutsche Telekom AG ("Deutsche Telekom") in the above-captioned matter. I have personal knowledge of the following.

2. I submit this declaration in support of T-Mobile's and Deutsche Telekom's Opposition to DISH's Motion for Relief from Judgment.

3. Attached as Exhibit A is a true and correct copy of DISH's Form 10-K for the fiscal year ended December 31, 2022, downloaded from https://www.sec.gov/ix?doc=/Archives/edgar/data/1001082/000155837023001811/dish-20221231x10k.htm.

4. Attached as Exhibit B is a true and correct copy of the License Purchase Agreement by and between T-Mobile USA, Inc. and DISH Network Corporation dated July 1, 2020.

5. Attached as Exhibit C is a true and correct copy of the transcript from DISH's Q2 2022 Earnings Call, downloaded from CapitalIQ.

6. Attached as Exhibit D is a true and correct copy of the transcript from DISH's Q4 2022 Earnings Call, downloaded from CapitalIQ.

7. Attached as Exhibit E is a true and correct copy of the transcript from DISH's Q1 2023 Earnings Call, downloaded from CapitalIQ.

8. Attached as Exhibit F is a true and correct copy of a March 6, 2023 email from Melissa Scanlan to Jeffrey Blum.

9. Attached as Exhibit G is a true and correct copy of a June 15, 2023 press release by DISH titled "The DISH 5G Network is Now Available to Over 70 Percent of the U.S. Population," downloaded from https://about.dish.com/2023-06-15-The-DISH-5G-Network-is-Now-Available-to-Over-70-Percent-of-the-U-S-Population.

10. Attached as Exhibit H is a true and correct copy of a July 6, 2023 email from Jared Hughes to Heather Johnson.

11. Attached as Exhibit I is a true and correct copy of an August 1, 2023 email from Mark Nelson to Jeffrey Blum.

12. Attached as Exhibit J is a true and correct copy of T-Mobile's August 19, 2023 Notice of Default under the License Purchase Agreement.

13. Attached as Exhibit K is a true and correct copy of the April 29, 2018 announcement of the T-Mobile and Sprint Merger, downloaded from https://www.t-mobile.com/news/press/5gforall.

14. Attached as Exhibit L is a true and correct copy of DISH's Form 10-Q for the quarterly period ended June 30, 2023 downloaded from https://www.sec.gov/ix?doc=/Archives/edgar/data/0001001082/000155837023013759/dish-20230630x10q.htm.

15. Attached as Exhibit M is a true and correct copy of DISH's Form 10-K for the fiscal year ended December 31, 2019, downloaded from https://www.sec.gov/ix?doc=/Archives/edgar/data/0001001082/000155837020000945/dish-20191231x10kce7e53.htm.

16. Attached as Exhibit N is a true and correct copy of a June 26, 2023 Ex Parte FCC filing by DISH, downloaded from https://wireless2.fcc.gov/UlsApp/ApplicationSearch/applAdminPleadings.jsp?applID=14148003.

17. Attached as Exhibit O is a true and correct copy of the transcript from DISH's Q1 2021 Earnings Call, downloaded from CapitalIQ.

18. Attached as Exhibit P is a true and correct copy of the transcript from DISH's Q3 2022 Earnings Call, downloaded from CapitalIQ.

19.     Attached as Exhibit Q is a true and correct copy of a January 11, 2023 email from Nancy Victory to Pantelis Michalopoulos.

20.     Attached as Exhibit R is a true and correct copy of a August 15, 2023 email from Jeff Blum to Nancy Victory and others.

21.     Attached as Exhibit S is a true and correct copy of the transcript from DISH's Q2 2021 Earnings Call, downloaded from CapitalIQ.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2023.

_____
Elsbeth Bennett
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 974-1911
ebennett@cgsh.com