# EXHIBIT F

| | |
|---|---|
| **From:** | Melissa.Scanlan@T-Mobile.com |
| **Sent:** | Monday, March 6, 2023 10:37 PM |
| **To:** | Jeffrey Blum |
| **Cc:** | Codlin, Craig; Johnson, Heather; Kogan, Hadass; Michalopoulos, Pant. |
| **Subject:** | RE: Final Judgment/Sale of 800 MHz Spectrum |
| **Attachments:** | TMO - DISH 800 MHz Public Interest Statement (03-06-23).docx |

Jeff,

I'm following up on the message below. Mike did hear from Charlie, but Charlie's current proposal is that they talk on March 29th. Given that the Final Judgment and LPA obligations require filing by April 1, we will need to have everything ready to go before that meeting takes place. Toward that end, we have prepared the attached draft FCC Public Interest Statement, which would be filed with the transfer request. It is a simple document, as the government-mandated requirement to transfer the spectrum effectively means that it has already been determined to be in the public's interest. Please confirm by March 13th DISH's plan to file on April 1, or if DISH will instead be seeking an extension of the deadline (and if so, on what basis). In addition, please promptly provide any comments you may have on the attached proposed filing.

Best regards,

Melissa

**From:** Jeffrey Blum <jeffrey.blum@dish.com>
**Sent:** Saturday, February 25, 2023 5:46 AM
**To:** Scanlan, Melissa <Melissa.Scanlan@t-mobile.com>
**Cc:** Codlin, Craig <Craig.Codlin@t-mobile.com>; Johnson, Heather <Heather.Johnson85@t-mobile.com>; Kogan, Hadass <hadass.kogan@dish.com>; Michalopoulos, Pant. <PMichalopoulos@steptoe.com>
**Subject:** Re: Final Judgment/Sale of 800 MHz Spectrum

**[External]**

Thanks, Melissa.  I asked Charlie about this and he said he was going to reach out to Mike to discuss.

On Thu, Feb 23, 2023 at 2:20 PM Scanlan, Melissa <Melissa.Scanlan@t-mobile.com> wrote:

> **This message originated outside of DISH and was sent by: melissa.scanlan@t-mobile.com**
>
> Jeff,
>
> I hope this email finds you well.  Per below, our outside counsel has been attempting to engage with your counsel to prepare our required joint regulatory filings for the 800 MHz spectrum license transfer.  The Final Judgment requires that T-Mobile divest the spectrum to DISH on the later of July 1, 2023 or within 5 days of FCC approval.  (Final Judgment Paragraph IV.B.1.)  In order to meet that deadline, DISH must make a timely application to the FCC by April 1, 2023 for

1

the transfer of the spectrum, and T-Mobile must also make the associated regulatory filing.  (Paragraph IV.B.1, License Purchase Agreement Section 5.5(a)).

T-Mobile is preparing accordingly to make the requisite filing, but we have not received any confirmation from DISH regarding its plan.  Will you please confirm that DISH plans to make the required FCC filing to initiate the spectrum transfer approval process by the Filing Deadline of April 1, 2023?  T-Mobile is committed to fulfilling its obligations under the Final Judgment and the License Purchase Agreement.  Thanks.

Best regards,

Melissa

Melissa A. Scanlan |  Vice President, Intellectual Property & Antitrust  |  T-Mobile USA, Inc.  |  12920 SE 38th Street, Bellevue, WA 98006
         p 425.383.6331 | m 206.409.7693   |  e melissa.scanlan@t-mobile.com

*This email may contain attorney-client privilege or attorney work product information.  Please limit circulation of this email accordingly*

**From:** Victory, Nancy J. <Nancy.Victory@us.dlapiper.com>
**Sent:** Tuesday, February 21, 2023 5:59 AM
**To:** Michalopoulos, Pantelis <PMichalopoulos@steptoe.com>
**Subject:** RE: Sale of 800 MHz Spectrum

Pantelis,

Since the opening of the filing window is next week, I was hoping we could get started with the assignment application.  As I mentioned, I am out of pocket the second half of March (traveling and then moving) and so I would really like to get the application on file before then if at all possible.  Could we set up a call this week to discuss?

Nancy

**From:** Victory, Nancy J.
**Sent:** Tuesday, January 24, 2023 11:20 AM
**To:** Michalopoulos, Pantelis <PMichalopoulos@steptoe.com>
**Subject:** Sale of 800 MHz Spectrum

Pantelis,  Just checking in to see if we can get started on the assignment application.

Nancy

Nancy J. Victory
Partner

T  +1 202 799 4216
F  +1 202 799 5616
M  +1 703 946 4305
nancy.victory@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



--
Jeff Blum
EVP, External & Legislative Affairs
DISH
jeffrey.blum@dish.com
720-250-6973