# EXHIBIT G

# The DISH 5G Network is Now Available to Over 70 Percent of the U.S. Population

*More than 240 million Americans now have access to DISH 5G broadband service; DISH satisfies June 14, 2023 FCC commitments*

LITTLETON, Colo., June 15, 2023 /PRNewswire/ -- As of June 14, DISH Wireless is offering 5G broadband[1] service to over 70 percent of the U.S. population, giving more than 240 million Americans access to the very latest in connectivity technology. This marks a major milestone for DISH and the U.S. telecom industry, as we designed, built and deployed a first-of-its-kind 5G network in three years. DISH has also satisfied all other June 14, 2023 FCC commitments, including launching over 15,000 5G sites.

"Our teams have worked tirelessly for years, and this achievement is a testament to their dedication and commitment as we grow the world's first and only 5G cloud-native Open RAN network," said Dave Mayo, executive vice president, Network Development, DISH Wireless. "We appreciate the continued support and efforts of our partners as DISH continues to lead the industry in Open RAN deployment."

DISH is also the first wireless service provider to launch 5G voice service – called voice over new radio (VoNR) – in the U.S. Since going live in Las Vegas last year, DISH steadily increased VoNR functionality to additional markets. Our VoNR service now covers more than 70 million people across the U.S. through both Boost Mobile and Boost Infinite. DISH plans to continue rolling out VoNR service as the network is further optimized for this next-generation voice technology.

"As a leader in Open RAN technology, DISH is playing a major role in the transformation of America's wireless infrastructure and the way the world communicates," said John Swieringa, president and chief operating officer, DISH Wireless. "We have made significant progress on our network buildout, and can now focus on monetizing the network through retail and enterprise growth. With more markets across the country offering the DISH 5G network for voice, text and data services, our business can start realizing the benefits of owner economics."

Customers can access the DISH 5G broadband network through Project Genesis, which provides valuable customer input on network performance impacting our broader retail wireless users. It is available to anyone in a qualifying location within the 70 percent coverage area. To sign up for Project Genesis unlimited data, voice and text, visit Genesis5G.com. The motorola edge+ 2023 is now available to Project Genesis subscribers, and is equipped with three carrier aggregation that supports Bands 29, 66, 70 and 71[2].

The DISH 5G network is also available to both Boost Mobile and Boost Infinite subscribers who own or purchase a network compatible device in over 50 markets nationwide. Additional Boost Mobile and Boost Infinite markets, and DISH 5G network compatible devices will continue to become available throughout the year.

DISH will file its FCC buildout report no later than July 14, 2023.

For a complete list of DISH's wireless partners, please visit DISHWireless.com/home.

### About DISH Wireless

DISH Wireless, a subsidiary of DISH Network Corporation (NASDAQ: DISH), is changing the way the world communicates with the DISH 5G network. In 2020, the company became a nationwide U.S. wireless carrier through the acquisition of Boost Mobile. DISH continues to innovate in wireless, building the nation's first virtualized, O-RAN 5G broadband network, and is inclusive of the Boost Infinite, Boost Mobile and Gen Mobile wireless brands.

For company information, go to about.dish.com.

[1] DISH 5G broadband service is 3GPP Release 15 enhanced mobile broadband (eMBB) compliant.
[2] The 70 percent coverage utilizes DISH's AWS-4, Lower 700 MHz E Block, AWS H Block and 600 MHz spectrum.

SOURCE DISH Network Corporation

For further information: news@dish.com

---

Additional assets available online:     Photos (1)