# EXHIBIT H

# Johnson, Heather

| | |
|---|---|
| **From:** | Hughes, Jared A. (ATR) <Jared.Hughes@usdoj.gov> |
| **Sent:** | Thursday, July 6, 2023 9:59 PM |
| **To:** | Johnson, Heather |
| **Cc:** | Young, Frederick (ATR); Kaplan, Ashley (ATR) |
| **Subject:** | Timing of Potential Termination of License Purchase Agreement |

[External]

Heather:

This email is to confirm our discussions of the past few days regarding the timing of T-Mobile's potential termination of the License Purchase Agreement with DISH. DOJ agrees to the following:

- DOJ will inform T-Mobile by no later than July 28 whether we intend to withhold consent to termination of the License Purchase Agreement under the Final Judgment.

- As long as DISH does not file a Rule 60(b) motion before the DOJ informs T-Mobile of its decision whether to withhold consent to termination of the License Purchase Agreement, T-Mobile agrees to observe a 14-day waiting period after receiving DOJ's decision before actually terminating the License Purchase Agreement.

Please let me know as soon as possible if the foregoing is consistent with your understanding.

Thanks,

Jared A. Hughes (he/him)
Assistant Chief
Media, Entertainment & Communications
Antitrust Division
U.S. Department of Justice

202-476-0469