# EXHIBIT I

# Johnson, Heather

| | |
|---|---|
| **From:** | Nelson, Mark |
| **Sent:** | Tuesday, August 1, 2023 4:49 PM |
| **To:** | Jeffrey Blum |
| **Cc:** | Hadass Kogan; Scanlan, Melissa; Johnson, Heather |
| **Subject:** | License Purchase Agreement |

Dear Jeff:

As discussed, T-Mobile agrees that it will not seek to terminate the July 1, 2020 License Purchase Agreement without first providing DISH written notice seven days prior to any such termination (the "Pre-termination Notice").  DISH and T-Mobile reserve all other rights, including the ability to seek relief from the Court at any time.

Best,
Mark


**Mark W. Nelson**
EVP & General Counsel, T-Mobile US, Inc.

Office:  (202) 975-6454
E-mail:  Mark.Nelson@T-Mobile.com