# EXHIBIT N



June 26, 2023

**VIA ELECTRONIC FILING**

Ms. Marlene H. Dortch
Secretary
Federal Communications Commission
45 L Street NE
Washington, DC 20554

*Re:* ULS File Nos. 0010168412, 0010168439

Dear Ms. Dortch,

Pursuant to 47 C.F.R. § 1.1208, DISH Network Corporation ("DISH") files this letter summarizing a meeting with Commission staff[1] on June 22, 2023 regarding the above-referenced assignment applications ("Applications"), under which T-Mobile USA, Inc. ("T-Mobile") is seeking Commission approval to purchase 600 MHz spectrum licenses from Channel 51 License Company LLC and LB License Co, LLC (together, "Columbia Capital") in several large markets.

Given T-Mobile's dominant incumbent position in the wireless market and its already commanding holdings in the 600 MHz band, the Commission must determine whether this *permanent* transfer of control serves the public interest and fosters (rather than undermines) a vibrant and competitive market that serves consumers.  Consistent with its statutory mandate, the Commission must ask whether T-Mobile's 600 MHz takeover is consistent with the Biden Administration's directive:  to promote competition, lower prices, and a vibrant and innovative telecommunications ecosystem, federal policies should "***improve the conditions of competition in industries that depend upon radio spectrum, including mobile communications and radio-based broadband services***."[2]  As DISH has explained in its two previous filings in this proceeding,[3] the proposed sale of additional 600 MHz spectrum licenses

---

[1] Commission staff in the meeting were as follows: Joel Taubenblatt (Chief, Wireless Telecommunications Bureau), along with: Matthew J. Collins, Cameron Duncan, Barbara Esbin, Stacy Ferraro, Garnet Hanly, Lonnie Hofmann, Susannah Larson, Kate Matraves, Giulia McHenry, Joel Rabinovitz, Linda Ray, Blaise Scinto, Nadja Sodos-Wallace, and Ellie Twigg. T-Mobile, USA, Inc., attended the meeting represented by Mark Nelson, Ankur Kapoor, Kathleen Ham, Steve Sharkey, and Nancy Victory (DLA Piper, outside counsel for T-Mobile).  Columbia Capital attended the meeting represented by Monish Kundra, Paul Chisholm, John Leibovitz, and Trey Hanbury (Jenner & Block LLP, outside counsel for Columbia Capital). Charlie Ergen, Jeff Blum, Heather Campbell, and Hadass Kogan attended the meeting for DISH, in addition to the undersigned.

[2] Executive Order 14036, Promoting Competition in the American Economy, 86 FR 36,987 (July 9, 2021) (emphasis added).

[3] *See* Petition to Condition, DISH Network Corporation, ULS File Nos. 0010168412, 0010168439 (filed May 4, 2023); Reply of DISH Network Corporation, ULS File Nos. 0010168412, 0010168439 (filed June 6, 2023).  T-Mobile and Columbia

to T-Mobile disserves competition now and in the future and therefore presents transaction-specific harms.

***T-Mobile Already Exceeds the Total Spectrum Screen***.  The Commission has already allowed T-Mobile to far exceed the one-third spectrum screen for all spectrum suitable for mobile wireless services, reasoning that it would ultimately help competition.  In approving the T-Mobile/Sprint merger, the Commission acknowledged that the combination would cause the "spectrum screen [to be] triggered in much of the nation," but it justified this excessive concentration on the grounds that "the combination of spectrum and other resources brought together as a result of the proposed transaction would give New T-Mobile the capability to deploy a highly robust nationwide 5G network."[4]  DISH disagreed with that reasoning at the time, but even if the Commission was correct then, the same reasoning does not automatically apply today.  The spectrum screen should mean something or it should not remain in place at all.  The Commission must revisit its prior conclusions about the total spectrum screen in deciding whether the Applications should be granted.

The Commission must take this holistic view, because T-Mobile appears to have strategically designed this transaction to evade the FCC's other spectrum screen that focuses on low-band spectrum (below 1 GHz).  And while the proposed transaction does not trip the sub-1-GHz screen, the Commission must still ask whether the critical 600 MHz band would continue to function optimally for the entire industry, not just T-Mobile.  DISH distributed the attached presentation during the meeting, which illustrates how T-Mobile already has a commanding spectrum position in the 600 MHz band.  If approved as proposed, T-Mobile would gain an even more concentrated portfolio of low-band spectrum (i.e. spectrum below 1 GHz), to the detriment of other carriers who need this valuable spectrum to compete.  Today, T-Mobile holds 54.8 MHz, AT&T has 52.1 MHz, and Verizon has 45.9 MHz of low-band spectrum.  By contrast, DISH holds just 22.4 MHz.  And as DISH explained, T-Mobile's 600 MHz spectrum holdings sit in the center of the band, leaving other carriers with sub-optimal, non-contiguous 600 MHz licenses that are much more difficult to combine.  The Columbia Capital licenses would increase T-Mobile's hold on the center of the 600 MHz band, and reduce opportunities in many PEAs for competitors to operate on sufficiently wide channels to meet the demands of customers.

DISH also asked the Commission to consider other developments relevant to low-band spectrum that could impact the public interest analysis of the Columbia Capital transaction.  DISH and T-Mobile are currently in a dispute regarding the Department of Justice-administered merger remedy under which DISH has an option to purchase certain 800 MHz spectrum from T-Mobile.  Given that that dispute implicates substantial low-band spectrum, the Commission should refrain from deciding on the Applications until the 800 MHz issues are resolved.

---

Capital claim, incorrectly, that DISH's filings were untimely.  DISH's filings are submissions to the record, which the Commission can consider and weight as it sees fit during its decision-making process.

[4] Applications of T-Mobile US, Inc., and Sprint Corporation For Consent To Transfer Control of Licenses and Authorization, Memorandum Opinion and Order, WT Docket No. 18-197, ¶ 97 (2019).

***Pre-Merger T-Mobile Recognized the Competitive Importance of the 600 MHz Band.***
Ironically, T-Mobile's desire to expand its dominance of the 600 MHz band directly contradicts its prior advocacy, in which it sought to limit how much 600 MHz spectrum a carrier could hold. Prior to the incentive auction, T-Mobile was the leading voice for limiting how many 600 MHz blocks (out of seven total) a dominant incumbent carrier should be able to have. T-Mobile insisted that no more than three unreserved blocks (30 MHz) should be available for nationwide incumbent carriers, arguing that "[w]ithout a reserve of at least 40 megahertz, AT&T and Verizon will be able to increase their low-band spectrum holdings, entrench their dominant positions in the wireless marketplace, and choke off any threat of competition in the future."[5] But now that it is a dominant incumbent, T-Mobile no longer believes in such limits and is instead arguing that in key markets throughout the country, it should be permitted to amass four blocks (and in one market, five blocks) of 600 MHz spectrum.

***T-Mobile and Columbia Capital Have Not Justified Replacing a Lease with an Outright Sale.***
Given T-Mobile's 180-degree change of position on the 600 MHz band, the Commission should be skeptical of the public interest benefits of granting the Applications. What is more, T-Mobile and Columbia Capital have also reversed course on the justification for T-Mobile using the spectrum. When T-Mobile first began using the licenses now subject to sale, it was under a time-limited lease. In applying for that lease in 2020, the parties stated that the spectrum would "enable increased LTE service on a *temporary* basis to accommodate traffic loading and provide coverage infills for Sprint customers with compliant LTE band 71 devices."[6] The additional spectrum would be needed, T-Mobile predicted, for up to three years, to "promote the objective of T-Mobile US's rapid buildout of its 5G network," a benefit that would outweigh any potential competitive downsides.[7]

Now, however, T-Mobile claims its use of the 600 MHz spectrum licenses must be permanent. This circular logic ignores the competitive landscape and the spectrum concentration concerns that Commission policies are designed to prevent, and should not be a basis to further consolidate a critical input in the wireless market. But why must the lease convert to a sale? Even taking at face value that T-Mobile actually has a legitimate need for the Columbia Capital spectrum that outweighs the harms to competition and the public interest, a continuation of the current spectrum lease would achieve the same outcome. The uncomfortable truth is that this spectrum sale is for the benefit of Columbia Capital's investors. Columbia Capital had no apparent plans to deploy the 600 MHz licenses itself, and was waiting until market conditions yielded an acceptable return on the investment made in the incentive auction. However, Columbia Capital's imperative to profit from spectrum speculation pales in comparison to DISH's plans to compete head-on with T-Mobile as the fourth largest wireless carrier.

---

[5] Letter from Neville Ray, Chief Technology Officer, T-Mobile USA, Inc., to Chairman Tom Wheeler, FCC, GN Docket No. 12-268, June 2, 2015.

[6] *See* Description of Transaction and Public Interest Statement, ULS File No. 0009021213, at 4-5 (filed Mar. 23, 2020) and Description of Transaction and Public Interest Statement, ULS File No. 0009021220, at 4-5 (filed Mar. 23, 2020) (emphasis added).

[7] *Id.* at 4.

***The Commission Can Improve Competitive Access to the 600 MHz Band Through Review of the Applications.***  In spite of the many anticompetitive concerns raised by the consolidation proposed by these Applications, during the meeting, and consistent with its filings, DISH offered constructive input on how the Commission can approve the Applications while also serving its mandate to promote robust competition in the wireless market.  While DISH agrees with T-Mobile's prior statements that three blocks should be the limit for dominant incumbents in the 600 MHz band, there are potential remedies that would help carriers of all sizes.  Among other things, DISH reiterated that the Commission should require T-Mobile to commit to spectrum swaps in the 600 MHz band as needed to enable more contiguity among other 600 MHz license holders.  On a PEA basis, this would require T-Mobile to swap assignments with other licensees to shift T-Mobile to the lower or the upper end of the 600 MHz band.[8]  Offering other 600 MHz licensees the **option** to swap assignments with T-Mobile has no impact on the assignment round of the auction or licensing rules, because it relies upon voluntary, individual participation by other 600 MHz licensees.  And any swaps would leave T-Mobile with the same spectrum depth in the band for each PEA, while enabling other carriers to maximize the utility of the remaining blocks.

\*     \*     \*

T-Mobile and Columbia Capital came to the Commission asking for these spectrum sales, and the Commission is duty-bound to analyze whether approval would serve the public interest.  T-Mobile was already permitted to acquire spectrum well in excess of the spectrum screen to facilitate its 5G deployment as part of its merger with Sprint, goals it has commendably achieved.  T-Mobile should not be allowed to amass even more valuable low-band spectrum without appropriate conditions.  DISH therefore renews its call for the Commission to take the opportunity presented by the Applications to determine how to preserve the 600 MHz band as a low-band spectrum resource for wireless carriers of all sizes.

Sincerely,

*/s/ Alison Minea*
Vice President, Regulatory Affairs
DISH Network Corporation
1110 Vermont Ave NW Ste. 450
Washington, DC 20005
Alison.Minea@dish.com
(202) 463-3709 (office)

Attachment

---

[8] Petition to Condition, DISH Network Corporation, ULS File Nos. 0010168412, 0010168439 (filed May 4, 2023), at pp. 9-10.

cc:

| **FCC** | **T-Mobile:** | **Columbia Capital:** |
|---|---|---|
| Joel Taubenblatt | Mark Nelson | Monish Kundra |
| Matthew J. Collins | Ankur Kapoor | Paul Chisholm |
| Cameron Duncan | Kathleen Ham | John Leibovitz |
| Barbara Esbin | Steve Sharkey | Trey Hanbury (Jenner & Block LLP) |
| Stacy Ferraro | Nancy Victory (DLA Piper) | |
| Garnet Hanly | | |
| Lonnie Hofmann | | |
| Susannah Larson | | |
| Kate Matraves | | |
| Giulia McHenry | | |
| Joel Rabinovitz | | |
| Linda Ray | | |
| Blaise Scinto | | |
| Nadja Sodos-Wallace | | |
| Ellie Twigg | | |

# T-Mobile Low Band Spectrum Columbia Capital License Purchase

1



# T-Mobile Post-Columbia Capital 600 MHz Holdings

*"Without a reserve of at least 40 megahertz, AT&T and Verizon will be able to increase their low-band spectrum holdings, entrench their dominant positions in the wireless marketplace, and choke off any threat of competition in the future."*
-- Neville Ray, June 2, 2015

| T-Mobile Blocks Owned (out of 7) | Number of PEAs |
|---|---|
| 0 | 2 |
| 2 | 17 |
| 3 | 82 |
| 4 | 309 |
| 5 | 6 |
| Total | 416 |

*T-Mobile holds blocks in 414/416 PEAs

2



# T-Mobile Post-Transaction Low-Band Spectrum Depth

| Below 1 GHz MHz Holdings Before TMO/CC transactions | | With TMO/CC Transaction | | TMO With CC Transaction and Without 800 MHz | |
|---|---|---|---|---|---|
| | TMO MHz | TMO with CC Transaction | TMO MHz | TMO Excludes 800 MHz, Includes CC Transaction | TMO MHz |
| 600 MHz | 30.7 | 3.9 | 34.6 | | 34.6 |
| 700 MHz | 10.5 | | 10.5 | | 10.5 |
| 800 MHz | 13.7 | | 13.7 | (13.7) | 0.0 |
| TOTAL MHz | 54.9 | | 58.8 | | 45.1 |

3



# T-Mobile Columbia Capital Transaction
# Pre/Post Low-Band Spectrum Depth

| | | Market Information | | T-Mobile - Columbia Capital Transaction - Band 71 (600 MHz) 5 MHz Paired Channels - (Downlink - 617-652, Uplink - 663-698) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | License Holder - Pre Columbia Transaction | | | | | | | License Holder - Post Columbia Transaction | | | | | | |
| # | PEA | PEA Name | 2020 Population | A | B | C | D | E | F | G | A | B | C | D | E | F | G |
| 1 | PEA002 | Los Angeles, CA | 20,284,568 | DSH | DSH | TMO | TMO | TMO | COL | FCC | DSH | DSH | TMO | TMO | TMO | TMO | FCC |
| 2 | PEA003 | Chicago, IL | 9,522,102 | XFI | TMO | TMO | TMO | COL | COL | DSH | XFI | TMO | TMO | TMO | TMO | COL | DSH |
| 3 | PEA004 | San Francisco, CA | 9,807,647 | XFI | TMO | TMO | COL | DSH | DSH | DSH | XFI | TMO | TMO | TMO | DSH | DSH | DSH |
| 4 | PEA005 | Baltimore, MD-Washington, | 8,609,419 | XFI | TMO | TMO | TMO | COL | DSH | DSH | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 5 | PEA006 | Philadelphia, PA | 7,932,684 | XFI | TMO | TMO | TMO | COL | DSH | DSH | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 6 | PEA007 | Boston, MA | 7,299,108 | XFI | TMO | TMO | COL | COL | DSH | DSH | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 7 | PEA008 | Dallas, TX | 7,734,572 | TMO | TMO | COL | COL | COL | DSH | DSH | TMO | TMO | TMO | TMO | COL | DSH | DSH |
| 8 | PEA010 | Houston, TX | 7,092,073 | BWW | TMO | TMO | XFI | COL | COL | DSH | BWW | TMO | TMO | XFI | TMO | TMO | DSH |
| 9 | PEA011 | Atlanta, GA | 6,268,798 | BWW | TMO | TMO | COL | XFI | DSH | DSH | BWW | TMO | TMO | TMO | XFI | DSH | DSH |
| 10 | PEA015 | Phoenix, AZ | 4,420,568 | TST | BWW | TMO | TMO | COL | DSH | DSH | TST | BWW | TMO | TMO | TMO | DSH | DSH |
| 11 | PEA016 | Seattle, WA | 4,404,505 | XFI | TMO | TMO | TMO | COL | DSH | DSH | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 12 | PEA017 | Minneapolis-St. Paul, MN | 3,751,452 | XFI | TMO | TMO | TMO | COL | DSH | DSH | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 13 | PEA021 | Tampa, FL | 3,175,275 | GRN | BWW | TMO | TMO | COL | DSH | DSH | GRN | BWW | TMO | TMO | TMO | DSH | DSH |
| 14 | PEA024 | Saint Louis, MO | 2,426,101 | COL | COL | TMO | TMO | TMO | DSH | DSH | TMO | TMO | TMO | TMO | TMO | DSH | DSH |
| 15 | PEA027 | Salt Lake City, UT | 2,542,237 | BWW | TMO | TMO | COL | XFI | DSH | DSH | BWW | TMO | TMO | TMO | XFI | DSH | DSH |
| 16 | PEA037 | Columbus, OH | 1,799,215 | COL | COL | TMO | TMO | BWW | DSH | DSH | TMO | TMO | TMO | TMO | BWW | DSH | DSH |

**T-Mobile** has removed from the transaction 1 block in each of 3 markets (Chicago, Dallas, New Orleans)

4

# APPENDIX



# T-Mobile's "Magenta Wall"

| # | PEA | PEA Name | A<br>617/663<br>622/668 | B<br>622/668<br>627/673 | C<br>627/673<br>632/678 | D<br>632/678<br>637/683 | E<br>637/683<br>642/688 | F<br>642/688<br>647/693 | G<br>647/693<br>652/698 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PEA001 | New York, NY | XFI | TMO | TMO | DSH | DSH | DSH | DSH |
| 2 | PEA002 | Los Angeles, CA | DSH | DSH | TMO | TMO | TMO | TMO | FCC |
| 3 | PEA003 | Chicago, IL | XFI | TMO | TMO | TMO | TMO | COL | DSH |
| 4 | PEA004 | San Francisco, CA | XFI | TMO | TMO | TMO | DSH | DSH | DSH |
| 5 | PEA005 | Baltimore, MD-Washington, | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 6 | PEA006 | Philadelphia, PA | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 7 | PEA007 | Boston, MA | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 8 | PEA008 | Dallas, TX | TMO | TMO | TMO | TMO | COL | DSH | DSH |
| 9 | PEA009 | Miami, FL | XFI | TMO | TMO | TMO | DSH | DSH | DSH |
| 10 | PEA010 | Houston, TX | BWW | TMO | TMO | XFI | TMO | TMO | DSH |
| 11 | PEA011 | Atlanta, GA | BWW | TMO | TMO | TMO | XFI | DSH | DSH |
| 12 | PEA012 | Detroit, MI | BWW | TMO | TMO | TMO | XFI | DSH | DSH |
| 13 | PEA013 | Orlando, FL | BWW | GRN | TMO | TMO | XFI | DSH | DSH |
| 14 | PEA014 | Cleveland, OH | BWW | TMO | TMO | TMO | GRN | DSH | DSH |
| 15 | PEA015 | Phoenix, AZ | TST | BWW | TMO | TMO | TMO | DSH | DSH |
| 16 | PEA016 | Seattle, WA | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 17 | PEA017 | Minneapolis-St. Paul, MN | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 18 | PEA018 | San Diego, CA | FCC | FCC | TMO | TMO | TMO | DSH | DSH |
| 19 | PEA019 | Portland, OR | BWW | GRN | TMO | TMO | XFI | DSH | DSH |
| 20 | PEA020 | Denver, CO | BWW | TMO | TMO | TMO | XFI | DSH | DSH |
| 21 | PEA021 | Tampa, FL | GRN | BWW | TMO | TMO | TMO | DSH | DSH |
| 22 | PEA022 | Sacramento, CA | XFI | TMO | TMO | DSH | DSH | BWW | TST |
| 23 | PEA023 | Pittsburgh, PA | BWW | GRN | TMO | TMO | XFI | DSH | DSH |
| 24 | PEA024 | Saint Louis, MO | TMO | TMO | TMO | TMO | TMO | DSH | DSH |
| 25 | PEA025 | Cincinnati, OH | BWW | TMO | TMO | TMO | GRN | DSH | DSH |
| 26 | PEA026 | Las Vegas, NV | BWW | TST | TMO | TMO | TMO | DSH | DSH |
| 27 | PEA027 | Salt Lake City, UT | BWW | TMO | TMO | TMO | XFI | DSH | DSH |
| 28 | PEA028 | San Antonio, TX | TST | TMO | TMO | TMO | GRN | DSH | DSH |
| 29 | PEA029 | Jacksonville, FL | TST | GRN | TMO | TMO | XFI | DSH | BWW |
| 30 | PEA030 | Kansas City, MO | BWW | TMO | TMO | TMO | XFI | DSH | DSH |
| 31 | PEA031 | Indianapolis, IN | XFI | TMO | TMO | DSH | DSH | BWW | TST |
| 32 | PEA032 | Nashville, TN | DSH | DSH | TMO | TMO | XFI | XFI | TST |
| 33 | PEA033 | Virginia Beach, VA | BWW | TMO | TMO | TMO | GRN | DSH | DSH |
| 34 | PEA034 | Fresno, CA | BWW | GRN | TMO | TMO | XFI | DSH | DSH |
| 35 | PEA035 | Austin, TX | BWW | TMO | TMO | TMO | GRN | DSH | DSH |
| 36 | PEA036 | New Orleans, LA | BWW | TMO | TMO | TMO | COL | DSH | TST |
| 37 | PEA037 | Columbus, OH | TMO | TMO | TMO | TMO | BWW | DSH | DSH |
| 38 | PEA038 | Milwaukee, WI | GRN | TMO | TMO | TMO | USC | USC | DSH |
| 39 | PEA039 | Oklahoma City, OK | BWW | TMO | TMO | TMO | GRN | DSH | DSH |
| 40 | PEA040 | Birmingham, AL | TST | TMO | TMO | TMO | TST | DSH | DSH |
| 41 | PEA041 | Syracuse, NY | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 42 | PEA042 | Honolulu, HI | GRN | TMO | TMO | TMO | TMO | DSH | DSH |
| 43 | PEA043 | Charlotte, NC | TST | TMO | TMO | TMO | GRN | DSH | BWW |
| 44 | PEA044 | Rochester, NY | OMG | TMO | TMO | TMO | TMO | DSH | DSH |
| 45 | PEA045 | Raleigh, NC | GRN | TMO | TMO | TMO | TMO | BWW | DSH |
| 46 | PEA046 | Little Rock, AR | TST | TMO | TMO | TMO | TMO | DSH | DSH |
| 47 | PEA047 | Brownsville, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 48 | PEA048 | Harrisburg, PA | XFI | TMO | TMO | TMO | TMO | OMG | DSH |
| 49 | PEA049 | Albany, NY | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 50 | PEA050 | Greenville, SC | TST | TMO | TMO | TMO | GRN | DSH | BWW |

6



# T-Mobile's "Magenta Wall"

| # | PEA | PEA Name | 617/663 622/668 A | 622/668 627/673 B | 627/673 632/678 C | 632/678 637/683 D | 637/683 642/688 E | 642/688 647/693 F | 647/693 652/698 G |
|---|---|---|---|---|---|---|---|---|---|
| 51 | PEA051 | Louisville, KY | BWW | TMO | TMO | TMO | TST | DSH | DSH |
| 52 | PEA052 | Charleston, WV | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 53 | PEA053 | Tucson, AZ | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 54 | PEA054 | Buffalo, NY | SPM | TMO | TMO | TMO | TMO | OMG | DSH |
| 55 | PEA055 | Huntsville, AL | BWW | TMO | TMO | TMO | TMO | OMG | DSH |
| 56 | PEA056 | Kalamazoo, MI | BWW | TMO | TMO | TMO | TMO | OMG | DSH |
| 57 | PEA057 | Richmond, VA | BWW | TMO | TMO | TMO | XFI | GRN | DSH |
| 58 | PEA058 | Bloomington, IN | XFI | TMO | TMO | TMO | TMO | OMG | DSH |
| 59 | PEA059 | Memphis, TN | XFI | TMO | TMO | TMO | TMO | DSH | BWW |
| 60 | PEA060 | Manchester, NH | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 61 | PEA061 | Toledo, OH | BWW | TMO | TMO | TMO | TMO | OMG | DSH |
| 62 | PEA062 | Dayton, OH | OMG | TMO | TMO | TMO | TMO | DSH | GRN |
| 63 | PEA063 | Tulsa, OK | BWW | TMO | TMO | TMO | TMO | GRN | DSH |
| 64 | PEA064 | South Bend, IN | XFI | TMO | TMO | TMO | TMO | OMG | DSH |
| 65 | PEA065 | Cape Coral, FL | XFI | TMO | TMO | TMO | TMO | GRN | DSH |
| 66 | PEA066 | Lansing, MI | BWW | TMO | TMO | TMO | TST | DSH | DSH |
| 67 | PEA067 | Sarasota, FL | XFI | TMO | TMO | TMO | TMO | GRN | DSH |
| 68 | PEA068 | Grand Rapids, MI | BWW | TMO | TMO | TMO | TMO | OMG | DSH |
| 69 | PEA069 | Springfield, MA | ATN | TMO | TMO | TMO | TMO | TST | DSH |
| 70 | PEA070 | Eugene, OR | DSH | TMO | TMO | TMO | XFI | USC | USC |
| 71 | PEA071 | Knoxville, TN | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 72 | PEA072 | Tallahassee, FL | XFI | TMO | TMO | TMO | TMO | GRN | DSH |
| 73 | PEA073 | El Paso, TX | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 74 | PEA074 | Chattanooga, TN | OMG | TMO | TMO | TMO | TMO | DSH | BWW |
| 75 | PEA075 | Albuquerque, NM | XFI | TMO | TMO | TMO | TMO | DSH | ATN |
| 76 | PEA076 | Reno, NV | BWW | TMO | TMO | TMO | TMO | DSH | ATN |
| 77 | PEA077 | Portland, ME | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 78 | PEA078 | Greensboro, NC | GRN | TMO | TMO | TMO | TMO | BWW | DSH |
| 79 | PEA079 | Hattiesburg, MS | DSH | TMO | TMO | TMO | TMO | CSP | CSP |
| 80 | PEA080 | Omaha, NE | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 81 | PEA081 | Saginaw, MI | THM | TMO | TMO | TMO | TMO | DSH | DSH |
| 82 | PEA082 | Baton Rouge, LA | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 83 | PEA083 | Fort Wayne, IN | XFI | TMO | TMO | TMO | TMO | OMG | DSH |
| 84 | PEA084 | Mobile, AL | DSH | TMO | TMO | TMO | TMO | TST | TST |
| 85 | PEA085 | Charleston, SC | GRN | TMO | TMO | TMO | TMO | BWW | DSH |
| 86 | PEA086 | Frankfort, KY | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 87 | PEA087 | Pensacola, FL | TST | TMO | TMO | TMO | TMO | BWW | DSH |
| 88 | PEA088 | Frederick, MD | DSH | DSH | TMO | TMO | TMO | USC | USC |
| 89 | PEA089 | Columbia, SC | OMG | TMO | TMO | TMO | TMO | DSH | GRN |
| 90 | PEA090 | Jackson, MS | XFI | TMO | TMO | TMO | TMO | DSH | CSP |
| 91 | PEA091 | Colorado Springs, CO | BWW | TMO | TMO | TMO | TMO | TMO | DSH |
| 92 | PEA092 | Decatur, IL | XFI | TMO | TMO | TMO | TMO | OMG | DSH |
| 93 | PEA093 | Lafayette, LA | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 94 | PEA094 | Waco, TX | FCC | TMO | TMO | TMO | TMO | DSH | BWW |
| 95 | PEA095 | Bluefield, WV | DSH | TMO | TMO | TMO | APW | APW | APW |
| 96 | PEA096 | Richmond, KY | VZW | TMO | TMO | TMO | TMO | OMG | DSH |
| 97 | PEA097 | Mankato, MN | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 98 | PEA098 | Johnson City, TN | BWW | TMO | TMO | TMO | TMO | OMG | DSH |
| 99 | PEA099 | Tupelo, MS | DSH | TMO | TMO | TMO | TMO | CSP | CSP |
| 100 | PEA100 | Greenville, NC | DSH | TMO | TMO | TMO | TMO | USC | USC |

7



# T-Mobile's "Magenta Wall"

| # | PEA | PEA Name | 617/663 622/668 **A** | 622/668 627/673 **B** | 627/673 632/678 **C** | 632/678 637/683 **D** | 637/683 642/688 **E** | 642/688 647/693 **F** | 647/693 652/698 **G** |
|---|---|---|---|---|---|---|---|---|---|
| 101 | PEA101 | Wichita, KS | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 102 | PEA102 | Grand Junction, CO | FCC | TMO | TMO | TMO | TMO | DSH | ATN |
| 103 | PEA103 | Winchester, VA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 104 | PEA104 | Fort Collins, CO | DSH | TMO | TMO | TMO | TMO | BWW | BWW |
| 105 | PEA105 | Augusta, GA | XFI | TMO | TMO | TMO | TMO | DSH | BWW |
| 106 | PEA106 | Zanesville, OH | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 107 | PEA107 | Bangor, ME | OMG | DSH | TMO | TMO | TMO | USC | USC |
| 108 | PEA108 | Des Moines, IA | DSH | TMO | TMO | TMO | USC | USC | USC |
| 109 | PEA109 | Rocky Mount, NC | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 110 | PEA110 | Jackson, TN | DSH | TMO | TMO | TMO | FCC | FCC | FCC |
| 111 | PEA111 | Fayetteville, AR | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 112 | PEA112 | Bowling Green, KY | VZW | TMO | TMO | TMO | TMO | DSH | FCC |
| 113 | PEA113 | Erie, PA | XFI | TMO | TMO | TMO | TMO | OMG | DSH |
| 114 | PEA114 | Morgantown, WV | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 115 | PEA115 | Asheville, NC | CWW | TMO | TMO | TMO | DSH | USC | USC |
| 116 | PEA116 | Rockford, IL | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 117 | PEA117 | La Grange, GA | DSH | TMO | TMO | TMO | FCC | FCC | FCC |
| 118 | PEA118 | Richmond, IN | DSH | TMO | TMO | TMO | FCC | FCC | FCC |
| 119 | PEA119 | Yakima, WA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 120 | PEA120 | Shreveport, LA | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 121 | PEA121 | Altoona, PA | XFI | TMO | TMO | TMO | TMO | OMG | DSH |
| 122 | PEA122 | Madison, WI | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 123 | PEA123 | Mansfield, OH | FCC | TMO | TMO | TMO | TMO | DSH | BWW |
| 124 | PEA124 | Olympia, WA | DSH | TMO | TMO | TMO | XFI | USC | USC |
| 125 | PEA125 | Alton, IL | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 126 | PEA126 | Casa Grande, AZ | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 127 | PEA127 | Evansville, IN | XFI | TMO | TMO | TMO | TMO | OMG | DSH |
| 128 | PEA128 | Macon, GA | BWW | TMO | TMO | TMO | TMO | OMG | DSH |
| 129 | PEA129 | Springfield, IL | XFI | TMO | TMO | TMO | BWW | OMG | DSH |
| 130 | PEA130 | Spokane, WA | XFI | TMO | TMO | TMO | TMO | DSH | OMG |
| 131 | PEA131 | Sanford, NC | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 132 | PEA132 | Corpus Christi, TX | OMG | TMO | TMO | TMO | TMO | DSH | BWW |
| 133 | PEA133 | Nacogdoches, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 134 | PEA134 | Newark, OH | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 135 | PEA135 | Beaumont, TX | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 136 | PEA136 | Williamsport, PA | DSH | TMO | TMO | TMO | FCC | FCC | FCC |
| 137 | PEA137 | Eau Claire, WI | NST | TMO | TMO | TMO | TMO | DSH | FCC |
| 138 | PEA138 | Burlington, VT | XFI | TMO | TMO | TMO | TMO | OMG | DSH |
| 139 | PEA139 | Hot Springs, AR | FCC | TMO | TMO | TMO | TMO | DSH | OMG |
| 140 | PEA140 | Fredericksburg, VA | FCC | TMO | TMO | TMO | TMO | DSH | DSH |
| 141 | PEA141 | Brainerd, MN | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 142 | PEA142 | Merced, CA | FCC | TMO | TMO | TMO | TMO | DSH | DSH |
| 143 | PEA143 | Keene, NH | ATN | TMO | TMO | TMO | DSH | USC | USC |
| 144 | PEA144 | Paris, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 145 | PEA145 | Columbia, TN | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 146 | PEA146 | Wilmington, NC | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 147 | PEA147 | Salisbury, MD | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 148 | PEA148 | Bellingham, WA | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 149 | PEA149 | Biloxi, MS | DSH | TMO | TMO | TMO | TMO | CSP | CSP |
| 150 | PEA150 | Rolla, MO | DSH | TMO | TMO | TMO | TMO | USC | USC |

8



# T-Mobile's "Magenta Wall"

| # | PEA | PEA Name | 617/663<br>622/668<br>A | 622/668<br>627/673<br>B | 627/673<br>632/678<br>C | 632/678<br>637/683<br>D | 637/683<br>642/688<br>E | 642/688<br>647/693<br>F | 647/693<br>652/698<br>G |
|---|---|---|---|---|---|---|---|---|---|
| 151 | PEA151 | Winston-Salem, NC | BWW | TMO | TMO | TMO | TMO | OMG | DSH |
| 152 | PEA152 | Tyler, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 153 | PEA153 | Fond du Lac, WI | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 154 | PEA154 | Myrtle Beach, SC | DSH | TMO | TMO | TMO | TMO | HRT | HRT |
| 155 | PEA155 | Appleton, WI | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 156 | PEA156 | Boise City, ID | BWW | TMO | TMO | TMO | TMO | OMG | DSH |
| 157 | PEA157 | Yuma, AZ | FCC | TMO | TMO | TMO | TMO | DSH | DSH |
| 158 | PEA158 | Helena, MT | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 159 | PEA159 | Valdosta, GA | DSH | TMO | TMO | TMO | TMO | DSH | OMG |
| 160 | PEA160 | Victoria, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 161 | PEA161 | Carbondale, IL | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 162 | PEA162 | Elizabethtown, KY | FCC | TMO | TMO | TMO | TMO | DSH | VZW |
| 163 | PEA163 | Davenport, IA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 164 | PEA164 | Montgomery, AL | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 165 | PEA165 | Rome, GA | DSH | TMO | TMO | TMO | FCC | FCC | FCC |
| 166 | PEA166 | Redding, CA | DSH | TMO | TMO | TMO | XFI | USC | USC |
| 167 | PEA167 | Harrisonburg, VA | DSH | TMO | TMO | TMO | XFI | USC | USC |
| 168 | PEA168 | Peoria, IL | XFI | TMO | TMO | TMO | DSH | USC | USC |
| 169 | PEA169 | Goldsboro, NC | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 170 | PEA170 | Dothan, AL | PNB | TMO | TMO | TMO | TMO | DSH | FCC |
| 171 | PEA171 | Fort Smith, AR | PNC | TMO | TMO | TMO | DSH | USC | USC |
| 172 | PEA172 | Duluth, MN | OMG | TMO | TMO | TMO | TMO | DSH | DSH |
| 173 | PEA173 | Blacksburg, VA | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 174 | PEA174 | Springfield, MO | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 175 | PEA175 | Southaven, MS | DSH | TMO | TMO | TMO | TMO | CSP | CSP |
| 176 | PEA176 | Ames, IA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 177 | PEA177 | Savannah, GA | XFI | TMO | TMO | TMO | TMO | BWW | DSH |
| 178 | PEA178 | Sedalia, MO | DSH | DSH | TMO | TMO | TMO | USC | USC |
| 179 | PEA179 | Burlington, IA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 180 | PEA180 | Flagstaff, AZ | DSH | TMO | TMO | TMO | TMO | ATN | ATN |
| 181 | PEA181 | Texarkana, TX | DSH | TMO | TMO | TMO | PNC | USC | USC |
| 182 | PEA182 | Cedar Rapids, IA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 183 | PEA183 | Columbia, MO | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 184 | PEA184 | Ruston, LA | XFI | TMO | TMO | TMO | TMO | DSH | OMG |
| 185 | PEA185 | Marquette, MI | NST | TMO | TMO | TMO | TMO | DSH | FCC |
| 186 | PEA186 | Rock Hill, SC | DSH | TMO | TMO | TMO | TMO | BWW | BWW |
| 187 | PEA187 | Pocatello, ID | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 188 | PEA188 | Jamestown, NY | XFI | TMO | TMO | TMO | TMO | OMG | DSH |
| 189 | PEA189 | Alexandria, LA | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 190 | PEA190 | Bozeman, MT | DSH | TMO | TMO | TMO | TMO | SGB | SGB |
| 191 | PEA191 | Petersburg, VA | XFI | TMO | TMO | TMO | TMO | BWW | DSH |
| 192 | PEA192 | Fayetteville, NC | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 193 | PEA193 | Saint Joseph, MO | BWW | TMO | TMO | TMO | TMO | DSH | DSH |
| 194 | PEA194 | State College, PA | XFI | TMO | TMO | TMO | TMO | OMG | DSH |
| 195 | PEA195 | Lewiston, ID | DSH | TMO | TMO | TMO | TMO | INC | INC |
| 196 | PEA196 | Cape Girardeau, MO | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 197 | PEA197 | Wheeling, WV | XFI | TMO | TMO | TMO | TMO | OMG | DSH |
| 198 | PEA198 | Jonesboro, AR | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 199 | PEA199 | Dalton, GA | DSH | TMO | TMO | TMO | FCC | FCC | FCC |
| 200 | PEA200 | Danville, VA | DSH | TMO | TMO | TMO | XFI | USC | USC |

9



# T-Mobile's "Magenta Wall"

| # | PEA | PEA Name | A 617/663 622/668 | B 622/668 627/673 | C 627/673 632/678 | D 632/678 637/683 | E 637/683 642/688 | F 642/688 647/693 | G 647/693 652/698 |
|---|---|---|---|---|---|---|---|---|---|
| 201 | PEA201 | Eagle Pass, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 202 | PEA202 | Columbus, GA | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 203 | PEA203 | Traverse City, MI | THM | THM | TMO | TMO | TMO | DSH | LWB |
| 204 | PEA204 | Owensboro, KY | XFI | TMO | TMO | TMO | TMO | DSH | VZW |
| 205 | PEA205 | Douglas City, CA | DSH | TMO | TMO | TMO | USC | USC | USC |
| 206 | PEA206 | Wenatchee, WA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 207 | PEA207 | Brunswick, GA | BWW | TMO | TMO | TMO | TMO | DSH | FCC |
| 208 | PEA208 | Salisbury, NC | DSH | TMO | TMO | TMO | TMO | CWW | CWW |
| 209 | PEA209 | Green Bay, WI | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 210 | PEA210 | Binghamton, NY | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 211 | PEA211 | Ardmore, OK | PIO | TMO | TMO | TMO | DSH | USC | USC |
| 212 | PEA212 | Anchorage, AK | LIB | TMO | TMO | DSH | DSH | OMG | OMG |
| 213 | PEA213 | Bend, OR | DSH | TMO | TMO | TMO | USC | USC | USC |
| 214 | PEA214 | Lincoln, NE | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 215 | PEA215 | Hickory, NC | CWW | TMO | TMO | TMO | TMO | DSH | OMG |
| 216 | PEA216 | Joplin, MO | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 217 | PEA217 | Lubbock, TX | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 218 | PEA218 | Wausau, WI | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 219 | PEA219 | Mason City, IA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 220 | PEA220 | Odessa, TX | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 221 | PEA221 | Laredo, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 222 | PEA222 | Morristown, TN | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 223 | PEA223 | Dubuque, IA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 224 | PEA224 | De Kalb, IL | DSH | TMO | TMO | TMO | USC | USC | USC |
| 225 | PEA225 | La Crosse, WI | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 226 | PEA226 | Lima, OH | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 227 | PEA227 | Watertown, NY | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 228 | PEA228 | Roanoke, VA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 229 | PEA229 | Saint George, UT | DSH | TMO | TMO | TMO | TMO | ATN | ATN |
| 230 | PEA230 | Lumberton, NC | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 231 | PEA231 | Fremont, NE | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 232 | PEA232 | Topeka, KS | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 233 | PEA233 | Shelby, NC | DSH | TMO | TMO | TMO | TMO | CWW | CWW |
| 234 | PEA234 | Lexington, NC | TMO | TMO | TMO | TMO | TMO | DSH | CWW |
| 235 | PEA235 | Amarillo, TX | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 236 | PEA236 | Grand Island, NE | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 237 | PEA237 | Hinesville, GA | XFI | TMO | TMO | TMO | TMO | DSH | PR5 |
| 238 | PEA238 | Florence, SC | DSH | TMO | TMO | TMO | TMO | FTC | FTC |
| 239 | PEA239 | Kannapolis, NC | FCC | TMO | TMO | TMO | TMO | DSH | HRT |
| 240 | PEA240 | Charlottesville, VA | DSH | TMO | TMO | TMO | XFI | USC | USC |
| 241 | PEA241 | Dublin, GA | DSH | TMO | TMO | TMO | TMO | PR5 | PR5 |
| 242 | PEA242 | Lake Charles, LA | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 243 | PEA243 | Paducah, KY | XFI | TMO | TMO | TMO | TMO | DSH | SIW |
| 244 | PEA244 | Manhattan, KS | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 245 | PEA245 | West Plains, MO | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 246 | PEA246 | Auburn, AL | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 247 | PEA247 | Nampa, ID | BWW | TMO | TMO | TMO | TMO | OMG | DSH |
| 248 | PEA248 | Sumter, SC | DSH | TMO | TMO | TMO | FTC | FTC | FTC |
| 249 | PEA249 | Bryan, TX | BWW | TMO | TMO | TMO | TMO | DSH | FCC |
| 250 | PEA250 | Las Cruces, NM | XFI | TMO | TMO | TMO | TMO | DSH | SPM |

10



# T-Mobile's "Magenta Wall"

| # | PEA | PEA Name | A<br>617/663<br>622/668 | B<br>622/668<br>627/673 | C<br>627/673<br>632/678 | D<br>632/678<br>637/683 | E<br>637/683<br>642/688 | F<br>642/688<br>647/693 | G<br>647/693<br>652/698 |
|---|---|---|---|---|---|---|---|---|---|
| 251 | PEA251 | Salina, KS | DSH | TMO | TMO | TMO | TMO | NXT | NXT |
| 252 | PEA252 | Sioux City, IA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 253 | PEA253 | Baraboo, WI | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 254 | PEA254 | Merrill, WI | NST | TMO | TMO | TMO | TMO | DSH | FCC |
| 255 | PEA255 | Greenville, MS | DSH | TMO | TMO | TMO | TMO | CSP | CSP |
| 256 | PEA256 | Lynchburg, VA | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 257 | PEA257 | Cheyenne, WY | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 258 | PEA258 | Cullman, AL | PNB | TMO | TMO | TMO | TMO | DSH | FCC |
| 259 | PEA259 | Roswell, NM | DSH | TMO | PLW | TMO | TMO | PLW | PLW |
| 260 | PEA260 | Alpena, MI | THM | THM | TMO | TMO | TMO | DSH | LWB |
| 261 | PEA261 | Fargo, ND | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 262 | PEA262 | Hilton Head Island, SC | BWW | TMO | TMO | TMO | TMO | OMG | DSH |
| 263 | PEA263 | Santa Fe, NM | XFI | TMO | TMO | TMO | TMO | DSH | ATN |
| 264 | PEA264 | Kodiak, AK | TMO | TMO | DSH | DSH | DSH | LIB | LIB |
| 265 | PEA265 | Winona, MN | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 266 | PEA266 | Lenoir, NC | OMG | TMO | TMO | TMO | DSH | CWW | CWW |
| 267 | PEA267 | Sheboygan, WI | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 268 | PEA268 | Clinton, IA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 269 | PEA269 | Racine, WI | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 270 | PEA270 | Ottawa, IL | DSH | TMO | TMO | TMO | FCC | FCC | FCC |
| 271 | PEA271 | Elmira, NY | SPM | TMO | TMO | TMO | TMO | DSH | DSH |
| 272 | PEA272 | Brownwood, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 273 | PEA273 | Bloomington, IL | XFI | TMO | TMO | TMO | FCC | FCC | DSH |
| 274 | PEA274 | Twin Falls, ID | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 275 | PEA275 | Corsicana, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 276 | PEA276 | Rapid City, SD | DSH | TMO | TMO | TMO | TMO | KNN | KNN |
| 277 | PEA277 | Hutchinson, KS | DSH | TMO | TMO | TMO | TMO | NXT | NXT |
| 278 | PEA278 | Bartlesville, OK | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 279 | PEA279 | Logan, UT | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 280 | PEA280 | Garden City, KS | DSH | TMO | TMO | TMO | UWC | UWC | UWC |
| 281 | PEA281 | Muskogee, OK | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 282 | PEA282 | Galesburg, IL | XFI | TMO | TMO | TMO | DSH | USC | USC |
| 283 | PEA283 | Plattsburgh, NY | DSH | TMO | TMO | TMO | TMO | OMG | OMG |
| 284 | PEA284 | Greenwood, SC | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 285 | PEA285 | Gallup, NM | SMB | TMO | TMO | TMO | DSH | ATN | ATN |
| 286 | PEA286 | Sioux Falls, SD | DSH | TMO | TMO | TMO | TMO | KNN | KNN |
| 287 | PEA287 | Kenosha, WI | DSH | TMO | TMO | TMO | USC | USC | USC |
| 288 | PEA288 | Abilene, TX | DSH | TMO | TMO | TMO | TMO | WCW | WCW |
| 289 | PEA289 | Price, UT | DSH | TMO | TMO | TMO | TMO | ETW | ETW |
| 290 | PEA290 | Watertown, SD | KNN | TMO | TMO | TMO | TMO | DSH | DSH |
| 291 | PEA291 | Rockingham, NC | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 292 | PEA292 | Pueblo, CO | XFI | TMO | TMO | TMO | TMO | DSH | BWW |
| 293 | PEA293 | Lawrenceburg, TN | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 294 | PEA294 | Waterloo, IA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 295 | PEA295 | Stillwater, OK | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 296 | PEA296 | Pottsville, PA | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 297 | PEA297 | Pendleton, OR | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 298 | PEA298 | Fairbanks, AK | TMO | TMO | DSH | DSH | DSH | LIB | LIB |
| 299 | PEA299 | Kirksville, MO | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 300 | PEA300 | Selma, AL | DSH | TMO | TMO | TMO | TMO | PNB | PNB |

11



# T-Mobile's "Magenta Wall"

| # | PEA | PEA Name | 617/663 622/668 A | 622/668 627/673 B | 627/673 632/678 C | 632/678 637/683 D | 637/683 642/688 E | 642/688 647/693 F | 647/693 652/698 G |
|---|---|---|---|---|---|---|---|---|---|
| 301 | PEA301 | Rochester, MN | PCX | TMO | TMO | TMO | TMO | DSH | DSH |
| 302 | PEA302 | Enid, OK | DSH | TMO | TMO | TMO | TMO | PIO | PIO |
| 303 | PEA303 | Great Falls, MT | DSH | TMO | TMO | TMO | TMO | TRI | TRI |
| 304 | PEA304 | Mount Airy, NC | CWW | CWW | TMO | TMO | DSH | USC | USC |
| 305 | PEA305 | Altus, OK | DSH | TMO | TMO | TMO | TMO | PIO | PIO |
| 306 | PEA306 | Wichita Falls, TX | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 307 | PEA307 | Yankton, SD | KNN | TMO | TMO | TMO | DSH | USC | USC |
| 308 | PEA308 | Americus, GA | BWW | TMO | TMO | TMO | TMO | OMG | DSH |
| 309 | PEA309 | Elizabeth City, NC | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 310 | PEA310 | Farmington, MO | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 311 | PEA311 | Trinidad, CO | DSH | TMO | TMO | TMO | TMO | VIA | VIA |
| 312 | PEA312 | Farmington, NM | SMB | TMO | TMO | TMO | XFI | DSH | ATN |
| 313 | PEA313 | Lockhart, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 314 | PEA314 | Jacksonville, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 315 | PEA315 | Sheridan, WY | SGB | TMO | TMO | TMO | TMO | DSH | ATN |
| 316 | PEA316 | Rock Springs, WY | DSH | TMO | TMO | TMO | TMO | STN | STN |
| 317 | PEA317 | Beatrice, NE | VIA | TMO | TMO | TMO | DSH | VIA | VIA |
| 318 | PEA318 | Thief River Falls, MN | POL | TMO | TMO | TMO | TMO | DSH | DSH |
| 319 | PEA319 | Albany, GA | PCX | TMO | TMO | TMO | TMO | DSH | OMG |
| 320 | PEA320 | San Angelo, TX | DSH | TMO | TMO | TMO | TMO | WCW | WCW |
| 321 | PEA321 | Batesville, IN | FCC | TMO | TMO | TMO | TMO | DSH | BWW |
| 322 | PEA322 | Minot, ND | DSH | TMO | TMO | TMO | TMO | SRT | SRT |
| 323 | PEA323 | Socorro, NM | XFI | TMO | TMO | TMO | TMO | DSH | ATN |
| 324 | PEA324 | Honesdale, PA | DSH | TMO | TMO | TMO | FCC | FCC | FCC |
| 325 | PEA325 | Bismarck, ND | DSH | TMO | TMO | TMO | TMO | DSH | SPM |
| 326 | PEA326 | Fergus Falls, MN | OMG | TMO | TMO | TMO | TMO | DSH | FCC |
| 327 | PEA327 | Orangeburg, SC | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 328 | PEA328 | Winslow, AZ | ATN | TMO | TMO | TMO | DSH | SMB | SMB |
| 329 | PEA329 | Kingsville, TX | OMG | TMO | TMO | TMO | TMO | DSH | SFP |
| 330 | PEA330 | Olney, IL | XFI | TMO | TMO | TMO | TMO | DSH | LEO |
| 331 | PEA331 | Plainview, TX | SPM | TMO | TMO | TMO | TMO | DSH | SFP |
| 332 | PEA332 | Bennettsville, SC | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 333 | PEA333 | Sidney, OH | FCC | TMO | TMO | TMO | TMO | DSH | BWW |
| 334 | PEA334 | Pampa, TX | FCC | TMO | TMO | TMO | TMO | DSH | SFP |
| 335 | PEA335 | Natchitoches, LA | FCC | TMO | TMO | TMO | TMO | DSH | OMG |
| 336 | PEA336 | Grand Forks, ND | OMG | TMO | TMO | TMO | TMO | DSH | FCC |
| 337 | PEA337 | Mineral Wells, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 338 | PEA338 | Durango, CO | DSH | TMO | TMO | TMO | TMO | DSH | DSH |
| 339 | PEA339 | Scottsbluff, NE | FCC | TMO | TMO | TMO | TMO | TMO | DSH |
| 340 | PEA340 | Clovis, NM | DSH | TMO | TMO | TMO | TMO | PLW | PLW |
| 341 | PEA341 | Alamogordo, NM | PLW | TMO | TMO | TMO | TMO | DSH | ATN |
| 342 | PEA342 | Mitchell, SD | KNN | TMO | TMO | TMO | TMO | DSH | FCC |
| 343 | PEA343 | Pecos, TX | SFP | TMO | TMO | TMO | TMO | DSH | ATN |
| 344 | PEA344 | Clanton, AL | DSH | TMO | TMO | TMO | TMO | PNB | PNB |
| 345 | PEA345 | Newberry, SC | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 346 | PEA346 | Franklin, NC | DSH | TMO | TMO | TMO | TMO | CWW | CWW |
| 347 | PEA347 | New Roads, LA | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 348 | PEA348 | Aberdeen, SD | KNN | TMO | TMO | TMO | TMO | DSH | NW2 |
| 349 | PEA349 | Marion, NC | CWW | TMO | TMO | TMO | DSH | USC | USC |
| 350 | PEA350 | Forrest City, AR | DSH | TMO | TMO | TMO | TMO | FCC | FCC |

12



# T-Mobile's "Magenta Wall"

| # | PEA | PEA Name | 617/663 622/668 A | 622/668 627/673 B | 627/673 632/678 C | 632/678 637/683 D | 637/683 642/688 E | 642/688 647/693 F | 647/693 652/698 G |
|---|---|---|---|---|---|---|---|---|---|
| 351 | PEA351 | Dickinson, ND | SPM | TMO | TMO | TMO | TMO | DSH | FCC |
| 352 | PEA352 | Gonzales, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 353 | PEA353 | Watseka, IL | XFI | TMO | TMO | TMO | TMO | DSH | FCC |
| 354 | PEA354 | New London, WI | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 355 | PEA355 | Casper, WY | DSH | TMO | TMO | TMO | TMO | SFP | SFP |
| 356 | PEA356 | Colville, WA | DSH | TMO | TMO | TMO | TMO | ATN | ATN |
| 357 | PEA357 | Espanola, NM | DSH | TMO | TMO | TMO | TMO | ATN | ATN |
| 358 | PEA358 | Marble Falls, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 359 | PEA359 | Sterling, CO | DSH | TMO | TMO | TMO | TMO | VIA | VIA |
| 360 | PEA360 | Juneau, AK | LIB | TMO | TMO | DSH | DSH | OMG | OMG |
| 361 | PEA361 | Richfield, UT | FCC | TMO | TMO | TMO | TMO | DSH | ATN |
| 362 | PEA362 | Payette, ID | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 363 | PEA363 | Big Spring, TX | DSH | TMO | TMO | TMO | TMO | WCW | WCW |
| 364 | PEA364 | Butte, MT | DSH | TMO | TMO | TMO | TMO | SFP | SFP |
| 365 | PEA365 | Vernon, TX | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 366 | PEA366 | Pullman, WA | OMG | TMO | TMO | TMO | TMO | DSH | DSH |
| 367 | PEA367 | Moberly, MO | CVY | TMO | TMO | TMO | DSH | USC | USC |
| 368 | PEA368 | Concordia, KS | NXT | TMO | TMO | TMO | DSH | VIA | VIA |
| 369 | PEA369 | Red Oak, IA | DSH | TMO | TMO | TMO | CHT | USC | USC |
| 370 | PEA370 | Washington, IA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 371 | PEA371 | Wytheville, VA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 372 | PEA372 | Colby, KS | DSH | TMO | TMO | TMO | TMO | VIA | VIA |
| 373 | PEA373 | Walla Walla, WA | DSH | TMO | TMO | TMO | TMO | SFP | SFP |
| 374 | PEA374 | North Platte, NE | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 375 | PEA375 | Deming, NM | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 376 | PEA376 | Hereford, TX | DSH | TMO | TMO | TMO | TMO | SFP | SFP |
| 377 | PEA377 | Demopolis, AL | DSH | TMO | TMO | TMO | TMO | PNB | PNB |
| 378 | PEA378 | Waynesboro, GA | XFI | TMO | TMO | TMO | TMO | DSH | DSH |
| 379 | PEA379 | Sault Ste. Marie, MI | THM | THM | DSH | TMO | TMO | TMO | TMO |
| 380 | PEA380 | Escanaba, MI | NST | NST | DSH | TMO | TMO | TMO | TMO |
| 381 | PEA381 | Del Rio, TX | FCC | TMO | TMO | TMO | TMO | DSH | SPM |
| 382 | PEA382 | Riverton, WY | SFP | TMO | TMO | TMO | TMO | DSH | ATN |
| 383 | PEA383 | Creston, IA | DSH | TMO | TMO | TMO | VZW | USC | USC |
| 384 | PEA384 | Manchester, IA | NEI | TMO | TMO | TMO | DSH | USC | USC |
| 385 | PEA385 | Hannibal, MO | CVY | TMO | TMO | TMO | DSH | USC | USC |
| 386 | PEA386 | Barnwell, SC | LEO | TMO | TMO | TMO | XFI | DSH | BWW |
| 387 | PEA387 | Wahpeton, ND | SPM | TMO | TMO | TMO | OMG | DSH | DSH |
| 388 | PEA388 | Atlantic, IA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 389 | PEA389 | McCook, NE | DSH | TMO | TMO | VIA | VIA | USC | USC |
| 390 | PEA390 | Snyder, TX | DSH | TMO | TMO | TMO | TMO | WCW | WCW |
| 391 | PEA391 | Ontario, OR | ATN | TMO | TMO | TMO | DSH | USC | USC |
| 392 | PEA392 | Maryville, MO | FCC | TMO | TMO | TMO | TMO | DSH | OWL |
| 393 | PEA393 | Macon, MO | CVY | TMO | TMO | TMO | DSH | USC | USC |
| 394 | PEA394 | Martin, SD | KNN | TMO | TMO | TMO | TMO | DSH | OMG |
| 395 | PEA395 | Jamestown, ND | DSH | TMO | TMO | TMO | TMO | DSH | DSH |
| 396 | PEA396 | Winterset, IA | DSH | TMO | TMO | TMO | TMO | USC | USC |
| 397 | PEA397 | Aliceville, AL | PNB | TMO | TMO | TMO | TMO | DSH | DSH |
| 398 | PEA398 | South Sioux City, NE | NEN | TMO | TMO | TMO | DSH | USC | USC |
| 399 | PEA399 | Lampasas, TX | DSH | TMO | TMO | TMO | TMO | FCC | FCC |
| 400 | PEA400 | Muleshoe, TX | DSH | TMO | TMO | TMO | TMO | SFP | SFP |
| 401 | PEA401 | Floydada, TX | DSH | TMO | TMO | TMO | TMO | SFP | SFP |
| 402 | PEA402 | Brady, TX | DSH | TMO | TMO | TMO | TMO | WCW | WCW |
| 403 | PEA403 | Lewistown, MT | DSH | TMO | TMO | TMO | TMO | SGB | SGB |
| 404 | PEA404 | Kanab, UT | DSH | TMO | TMO | TMO | DSH | ATN | ATN |
| 405 | PEA405 | Jackson, WY | DSH | TMO | TMO | TMO | TMO | SFP | SFP |
| 406 | PEA406 | Anamosa, IA | OWL | TMO | TMO | TMO | DSH | USC | USC |
| 407 | PEA407 | Salmon, ID | TMO | TMO | TMO | TMO | TMO | DSH | FCC |
| 408 | PEA408 | Ballinger, TX | DSH | TMO | TMO | TMO | TMO | WCW | WCW |
| 409 | PEA409 | Haskell, TX | DSH | TMO | TMO | TMO | TMO | SFP | SFP |
| 410 | PEA410 | Valentine, NE | DSH | TMO | TMO | TMO | VIA | VIA | VIA |
| 411 | PEA411 | Van Horn, TX | FCC | TMO | TMO | TMO | TMO | DSH | ATN |
| 412 | PEA412 | Puerto Rico | DSH | DSH | TMO | TMO | TMO | TMO | TMO |
| 413 | PEA414 | US Virgin Islands | TMO | TMO | DSH | ATN | ATN | ATN | ATN |
| 414 | PEA416 | Gulf of Mexico | RIG | TMO | TMO | DSH | DSH | PCX | HUL |

13

## CERTIFICATE OF SERVICE

I, Alison Minea, certify that on this 26th day of June, 2023, I have served a copy of the foregoing filing by e-mail on the following:

Trey Hanbury
Jenner & Block
1099 New York Ave, NW
Washington, DC 20001
thanbury@jenner.com
*Counsel to Channel 51 License Co LLC and LB License Co, LLC*

Nancy J. Victory
DLA Piper LLP
500 8th Street, NW
Washington, DC 20004
nancy.victory@us.dlapiper.com
*Counsel to T-Mobile*

Jessica B. Lyons
Assistant Vice President, Senior Legal Counsel
AT&T Services, Inc.
1120 20th Street, NW
Washington, DC 20005
jessica.lyons@att.com

/s/ Alison Minea
Alison Minea