# EXHIBIT Q

| | |
|---|---|
| **From:** | Victory, Nancy J. <Nancy.Victory@us.dlapiper.com> |
| **Sent:** | Wednesday, January 11, 2023 7:35 PM |
| **To:** | pmichalopoulos@steptoe.com |
| **Subject:** | 800 MHz |

Hi Pantelis! Happy new year! I hope you have been well! Since we are approaching the third anniversary of the T-Mobile/Sprint merger, I wanted to reach out to begin to coordinate on the transfer of the 800 MHz licenses to DISH. How would you like to divide up drafting the public interest statement and other portions of the transfer application?

Nancy

## Nancy J. Victory
Partner

T +1 202 799 4216
F +1 202 799 5616
M +1 703 946 4305
nancy.victory@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



1