# EXHIBIT R

Case 1:19-cv-02232-TJK   Document 107-18   Filed 08/25/23   Page 1 of 2

| | |
|---|---|
| **From:** | Jeffrey Blum |
| **To:** | Victory, Nancy J.; Kathleen.Ham@t-mobile.com; Mark.Nelson@T-Mobile.com; Steve.Sharkey@T-Mobile.com |
| **Cc:** | Michalopoulos, Pant.; Hadass Kogan; Alison Minea; Jeffrey Blum |
| **Subject:** | DISH Edits to 800 MHz public interest statement |
| **Date:** | Tuesday, August 15, 2023 7:42:25 AM |
| **Attachments:** | DISH 800 MHz Public Interest Statement(081523)(redline) (1).docx |

⚠ EXTERNAL MESSAGE

T-Mobile Team,

Attached are DISH's edits to the Public Interest Statement for the 800 MHz spectrum license transfer application to the FCC. This is a redline off the draft that Nancy previously sent to Pantelis. Let us know if you are OK with the edits. We are also compiling the relevant exhibits (i.e. our ownership form and the spectrum aggregation exhibit), and we will be prepared to file with the FCC on August 16. Does that work for you guys?

Thank you,
Jeff

--
Jeff Blum
EVP, External & Legislative Affairs
DISH
jeffrey.blum@dish.com
720-250-6973