# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiffs*, v. DEUTSCHE TELEKOM AG, et al., *Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

## [PROPOSED] ORDER DENYING DEFENDANT DISH NETWORK CORPORATION'S MOTION FOR RELIEF FROM JUDGMENT

Upon consideration of Defendant DISH Network Corporation's ("DISH's") Motion for Relief from Judgment (ECF No. 94) and the parties' points and authorities regarding the same, it is this _____ day of _____, 2023, hereby

**ORDERED** that DISH's Motion for Relief from Judgment is **DENIED**.

_____
United States District Judge