AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02232 (TJK) |
| DEUTSCHE TELEKOM AG, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

T-Mobile US, Inc. and Deutsche Telekom AG.

Date: 08/25/2023

/s/ Elsbeth Bennett
*Attorney's signature*

Elsbeth Bennett (D.C. Bar No. 1021393)
*Printed name and bar number*

Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
*Address*

ebennett@cgsh.com
*E-mail address*

(202) 974-1500
*Telephone number*

(202) 974-1999
*FAX number*