**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:19-cv-02232-TJK |
| ) | |
| DEUTSCHE TELEKOM AG, *et al*.; ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION FOR ADMISSION
*PRO HAC VICE* OF ANDREW JAY SCHWARTZMAN**

1.  Movant Linda I. Lazarus respectfully moves this Court, pursuant to LCvR 83.2(c) of the Rules of the United States District Court for the District of Columbia, for the entry of an Order admitting Andrew Jay Schwartzman as attorney *pro hac vice* for purposes of representing the Benton Institute for Broadband & Society and amicus Open Technology Institute in this action.

2.  Mr. Schwartzman represents the Benton Institute for Broadband & Society, Public Knowledge, and the Open Technology Institute. He is a member in good standing of the bars of the States of New York and the District of Columbia. See Attachment A. Mr. Schwartzman has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against him. In the past two years, Mr. Schwartzman has not been admitted pro hac vice in the United States District Court for the District of Columbia. See Attachment B. A proposed Order is provided as Attachment C hereto.

3.  Movant Linda Lazarus is admitted to practice before this Court.

                                                    Respectfully submitted,

                                                    */s/ Linda I. Lazarus*
                                                    Linda I. Lazarus

August 28, 2023

# ATTACHMENT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Andrew J Schwartzman

was duly qualified and admitted on February 19, 1975 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 28, 2023.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# ATTACHMENT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:19-cv-02232-TJK |
| DEUTSCHE TELEKOM AG, *et al*.; | ) |
| Defendants. | ) |

**DECLARATION OF ANDREW JAY SCHWARTZMAN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

1. My name is Andrew Jay Schwartzman, counsel for amici Benton Institute for Broadband & Society, Public Knowledge, and the Open Technology Institute.

2. My office is located at 525 Ninth Street, NW, Seventh Floor Washington, DC 20004. My office telephone number is (202) 241-2408.

3. I am a member in good standing of the Bar of the District of Columbia, as indicated in the accompanying certificate issued on August 28, 2023. I also am admitted to practice in New York and the United States Courts of Appeals for the District of Columbia, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth and Eleventh Circuits.

4. I have never been the subject of any disciplinary action by any bar.

5. I have not been admitted to practice *pro hac vice* before this Court in any case commenced within the past two years.

6. I am a member of the D.C. Bar.

7. I do not have a pending application for admission into the District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

                                            Respectfully submitted,

                                            Andrew Jay Schwartzman
                                            D.C. Bar. No. 210096
                                            525 Ninth Street, NW
                                            Seventh Floor
                                            Washington, DC 20004
                                            (202) 241-2408
                                            andyschwartzman@gmail.com
                                            *Counsel for Benton Institute for Broadband*
                                            *& Society, Public Knowledge, and the New*
                                            *America's Open Technology Institute*

August 28, 2023

# ATTACHMENT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:19-cv-02232-TJK |
| | ) |
| DEUTSCHE TELEKOM AG, *et al.*; | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION
<u>PRO HAC VICE OF ANDREW JAY SCHWARTZMAN</u>**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Andrew Jay Schwartzman in the above-captioned matter, and the Declaration of Linda Lazarus in support thereof, it is this ____ day of _____, 2023, hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Andrew Jay Schwartzman, and the same hereby, is **GRANTED**; and it is

**FURTHER ORDERED**, that Andrew Schwartzman be allowed to appear *pro hac vice* as counsel for amici Benton Institute for Broadband & Society, Public Knowledge, and New America's Open Technology Institute in court proceedings in the above-captioned matter.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I electronically filed the foregoing via the Court's CM/ECF system, which effected service of the document upon all counsel of record.

> */s/ Linda I. Lazarus*
> Linda I. Lazarus