AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-02232 (TJK) |
| Deutsche Telekon AG, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Nebraska.

Date: 08/28/2023

/s/ Joseph M. Conrad
*Attorney's signature*

Joseph M. Conrad, #27174
*Printed name and bar number*
Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509

*Address*

joseph.conrad@nebraska.gov
*E-mail address*

(402) 471-3840
*Telephone number*

(402) 471-2957
*FAX number*