IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-02232 (TJK) |
| | ) |
| DEUTSCHE TELEKOM AG, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**MOTION FOR ADMISSION PRO HAC VICE OF LAWRENCE SPIWAK**

Pursuant to Local Civil Rule 83.2(c), I hereby move for admission pro hac vice of Lawrence Spiwak, an attorney at the Phoenix Center for Advanced Legal and Economic Public Policy Studies. I understand that Mr. Spiwak is a member in good standing of the bars of the District of Columbia, Massachusetts and New York, in addition to several federal court bars. Mr. Spiwak's declaration in support of this motion is attached.

Dated: August 30, 2023

Respectfully submitted,

*/s/ Addy R. Schmitt*
Addy R. Schmitt (DC Bar No. 489094)
Harris St. Laurent & Wechsler LLP
1775 Pennsylvania Avenue, NW
Suite 650
Washington, DC 20006
Phone: 202-617-5791
Email: aschmitt@hs-law.com

## **CERTIFICATE OF SERVICE**

On this 30th day of August 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record.

                                                  Respectfully submitted,

                                                  */s/ Addy R. Schmitt*
                                                  Addy R. Schmitt