IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:19-cv-02232 |
| ) | |
| DEUTSCHE TELEKOM AG, *et al.*; ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DECLARATION OF LAWRENCE SPIWAK
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

1. My name is Lawrence Spiwak, counsel for amicus Phoenix Center for Advanced Legal and Economic Public Policy Studies.

2. My office is located at 5335 Wisconsin Avenue NW, Suite 440, Washington, D.C. 20015. My office telephone number is (202) 274-0235.

3. I am a member in good standing of the Bar of the District of Columbia, as indicated in the attached Certificate issued on August 28, 2023. I also am admitted to practice in New York and Massachusetts. I am also admitted to the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Ninth Circuit and the Supreme Court of the United States.

4. I have never been the subject of any disciplinary action by any bar.

5. I have not been admitted to practice *pro hac vice* before this Court in any case commenced within the past two years.

6. I do not have a pending application for admission into the District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*[signature]*

Lawrence Spiwak (D.C. Bar. No. #430335)
5335 Wisconsin Avenue, NW
Suite 440
Washington, D.C. 20015
Telephone: (202) 274-0235
Facsimile: (202) 318-4909
lspiwak@phoenix-center.org
*Counsel to Phoenix Center Advanced Legal and Economic Public Policy Studies*

Date: August 28, 2023