**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-02232 (TJK) |
| ) | |
| DEUTSCHE TELEKOM AG, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| _____) | |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR ADMISSION**
***PRO HAC VICE* OF LAWRENCE SPIWAK**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Lawrence Spiwak in the above-captioned matter, and the Declaration of Lawrence Spiwak in support thereof, it is this ____ day of _____, 2023, hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Lawrence Spiwak, and the same hereby, is **GRANTED**; and it is

**FURTHER ORDERED**, that Lawrence Spiwak be allowed to appear *pro hac vice* as counsel for amicus the Phoenix Center for Advanced Legal and Economic Public Policy Studies in court proceedings in the above-captioned matter.

_____
United States District Judge

The following are entitled to be notified of the entry of this Order:

Frederick S. Young
Jared Hughes
Antitrust Division
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 514-5621
Facsimile: (202) 514-6381
Email: Frederick.Young@usdoj.gov
         jared.hughes@usdoj.gov

Kris Kobach
Lynette Bakker
Office of the Attorney General
State of Kansas
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: (785) 296-2215
Email: Lynette.Bakker@ag.ks.gov

Michael T. Hilgers
Phil Carlson
Joseph Conrad
Office of the Attorney General
State of Nebraska
2115 State Capitol
Lincoln, Nebraska 68509
Telephone: (402) 471-3811
Email: phil.carlson@nebraska.gov
         joseph.conrad@nebraska.gov

Dave Yost
Robert Yaptangco
Beth Ann Finnerty
Attorney General
State of Ohio
150 E. Gay St., 22nd Floor
Columbus, Ohio 43215
Telephone: (614) 466-4328
Email: robert.yaptangco@ohioago.gov
         beth.finnerty@ohioago.gov

Gentner Drummond
Bryan Cleveland
Zach West
Office of the Attorney General
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105-4894
Telephone: (405) 521-3921
Email: Bryan.Cleveland@oag.ok.gov
         zach.west@oag.ok.gov

Martin J. Jackley
Charles McGuigan
Yvette Lafrentz
Attorney General
State of South Dakota
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: Charles.McGuigan@state.sd.us
         Yvette.Lafrentz@state.sd.us

Rachel S. Brackett
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Phone: (850) 414-3856
Fax: (850) 488-9134
Email: rachel.brackett@myfloridalegal.com

Bryn Anderson Williams
Colorado Department of Law
1300 Broadway
Suite 10th Floor
Denver, CO 80203
720-508-6000
Email: bryn.williams@coag.gov

David I. Gelfand
Elsbeth Bennett
Daniel P. Culley
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 974-1500
Email: dgelfand@cgsh.com
       ebennett@cgsh.com
       dculley@cgsh.com

Pantelis Michalopoulos
Andrew M. Golodny
Steptoe & Johnson LLP
1300 Connecticut Ave NW
Washington, DC 20036
Telephone: (202) 429-6494
Email: pmichalopoulos@steptoe.com
       agolodny@steptoe.com

David L. Meyer
Morrison & Foerster LLP
2000 Pennsylvania Avenue NW,
Washington, DC 20006-1888
Telephone: (202) 887-1888
Facsimile: (202) 887-0763
Email: dmeyer@mofo.com

Steven C. Sunshine
Skadden, Arps, Slate, Meagher & Flom
LLP 1440 New York Avenue NW
Suite 6000
Washington, DC 20005
Telephone: (202) 371-7860
Facsimile: (202) 661-0560
Email: steve.sunshine@skadden.com

Bradley P. Smith
Steven L. Holley
Sean Patrick Fulton
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-1660
Facsimile: (212) 558-3588
Email: smithBR@sullcrom.com
       holleys@sullcrom.com
       fultons@sullcrom.com

Adam Paris
Sullivan & Cromwell LLP
1888 Century Park East, 21st Floor
Los Angeles, CA 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Email: parisa@sullcrom.com