IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:19-cv-02232-TJK |
| ) | |
| DEUTSCHE TELEKOM AG, *et al.*; ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Amicus Curiae New America's Open Technology Institute submits this Motion for Substitution of Counsel and requests that the Court allow the substitution of Andrew Jay Schwartzman for Lela M. Ames. Any and all future correspondence and/or notices should be directed to Andrew Schwartzman's attention at the address below.

No party to this action will be prejudiced by the substitution requested above.

Respectfully submitted,

/s/ *Andrew Jay Schwartzman*
Andrew Jay Schwartzman
D.C. Bar. No. 210096
525 Ninth Street, NW
Seventh Floor
Washington, DC 20004
Telephone: (202) 812-3210
andyschwartzman@gmail.com
*Counsel for New America's Open Technology Institute*

August 30, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, I electronically filed the foregoing Motion for Substitution of Counsel via the Court's CM/ECF system, which effected service of the document upon all counsel of record.

/s/ *Andrew Jay Schwartzman*
Andrew Jay Schwartzman