UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE TELECOM AG, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-02232 (TJK) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(c), I hereby move this Court for an order for admission *pro hac vice* for Stephanie A. Joyce to appear as counsel for Computer & Communications Industry Association in the above captioned action.

In support of this motion, please find attached as Exhibit A the required declaration of Ms. Joyce and as Exhibit B the required Certificate of Good Standing from the D.C. Bar.

Dated: August 31, 2023               Respectfully submitted,

                                     /s/ Gregory L. Ewing
                                     Gregory L. Ewing Esq. (D.C. Bar No. 484684)
                                     Potomac Law Group, PLLC
                                     1717 Pennsylvania Avenue NW, Suite 1025
                                     Washington, DC 20006
                                     Phone: 202-558-5557
                                     Email: gewing@potomaclaw.com

                                     *Attorneys for Computer & Communications Industry Association*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I filed this motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

                                         */s/ Gregory L. Ewing*
                                         Gregory L. Ewing Esq. (D.C. Bar No. 484684)
                                         Potomac Law Group, PLLC
                                         1717 Pennsylvania Avenue NW, Suite 1025
                                         Washington, DC 20006
                                         Phone: 202-558-5557
                                         Email: gewing@potomaclaw.com

                                         *Attorneys for Computer & Communications Industry Association*