# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et. al.*,

        Plaintiffs,

v.

DEUTSCHE TELECOM AG, *et al.*,

        Defendants.

Case No. 1:19-cv-02232 (TJK)

I, Stephanie A. Joyce, hereby state and affirm pursuant to 18 U.S.C. § 1621 and under penalty of perjury, that:

1.     I am Senior Vice President and Chief of Staff of the Computer & Communications Industry Association ("CCIA").  I reside in Chester, Maryland.  My office address is 25 Massachusetts Avenue, NW, Suite 300C, Washington, DC 20001.

2.     I seek to represent CCIA, movant for leave to file a brief *amici curiae* in the above-captioned case.

3.     I am admitted to practice before the following jurisdictions:

    (a)     State of California, period of admission December 1998 to date;

    (b)     District of Columbia, Bar number 464778, period of admission December 1999 to date; and

    (c)     State of Maryland, period of admission February 2020 to date.

4.     Filed herewith is a certificate of good standing issued by the District of Columbia within the last 30 days.

5.     I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  There are no disciplinary proceedings

2

pending against me.

      6.     I have not sought admission to this Court, pro hac vice or otherwise, in the last two years.

      The foregoing statements are true and correct to the best of my knowledge.

Dated: August 31, 2023

By: _____

Stephanie A. Joyce