UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et. al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>DEUTSCHE TELECOM AG, *et al.*,<br><br>           Defendants. | Case No. 1:19-cv-02232 (TJK) |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE
AND PROPOSED BRIEF OF AMICI CURIAE**

Pursuant to Local Civil Rule 7(o), Computer & Communications Industry Association and INCOMPAS, by and through the undersigned counsel, hereby move for leave to file the amici curiae brief attached hereto as Exhibit A in support of Defendant DISH Network Corporation's Motion for Relief from Judgment (ECF 94). In support this Motion, CCIA and INCOMPAS state as follows:

1.      Proposed *amicus curiae* the Computer & Communications Industry Association ("CCIA") is an international, not-for-profit association representing a broad cross-section of communications, technology, and internet industry firms that collectively employ more than 1.6 million workers, invest more than $100 billion in research and development, and contribute trillions of dollars to the global economy. For more than 50 years, CCIA has promoted open markets, open systems, and open networks. CCIA's members are proven innovators that provide valuable technology, services, products, and content that reach nearly every facet of society.[1]

---

[1] A list of CCIA's members is available at www.ccianet.org/members/. DISH is a member of CCIA. These papers and the accompanying proposed amicus brief were authored only by CCIA, INCOMPAS, and their undersigned counsel. CCIA has not received or been promised compensation in connection with these papers.

2. Proposed *amicus curiae* INCOMPAS is the leading industry association representing competitive telecommunications carriers, including fixed and mobile voice and broadband carriers, throughout the United States. Composed of more than 70 members, INCOMPAS advocates for laws and policies that promote competition, innovation and economic development. Many INCOMPAS members are small providers, serving low-income and senior consumers in rural areas. INCOMPAS works to ensure that competitive communications and technology providers can continue to develop and deliver better service and greater innovation to consumers and businesses.[2]

3. This Court has "broad discretion to permit . . . participation in this suit as an amicus curiae." *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). This Court permits amicus briefs where the brief provides "timely and useful" information for the Court. *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996) (internal quotation marks omitted).

4. An amicus brief should "'normally be allowed when … the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

5. With their broad memberships that include providers of advanced wireless services, CCIA and INCOMPAS bring a unique perspective from companies that benefit from competition in the wireless telecommunications industry. Whereas each of the parties in this action represent their individual interests or that of the Government, CCIA and INCOMPAS

---

[2] A list of INCOMPAS's members is available at www.incompas.org/memberlist.asp. DISH is a member of INCOMPAS. These papers and the accompanying proposed amicus brief were authored only by CCIA, INCOMPAS, and their undersigned counsel. INCOMPAS has not received or been promised compensation in connection with these papers.

represent a broad range of leading providers of consumer-facing technology products and services, all of which have a vested interest in competition in the wireless space.

6. This Court has allowed trade organizations to participate as amici curiae, recognizing that they bring insight that may not be provided by the parties. *See, e.g.*, *Ctr. for Public Integrity v. FCC*, 505 F. Supp. 2d 106, 108 (D.D.C. 2007) (accepting amici briefs filed by communications trade associations). In fact, the Court has accepted amici previously in this very case. *See* First August 21, 2023 Minute Order ("DISH Network Corporation's reply brief, and any amicus brief supporting the motion, shall be filed by September 1,2023.").

7. This brief is timely in accordance with the Order entered August 21, 2023, and therefore "does not unduly delay the Court's ability to rule on any pending matter." Local Civ. R. 7(o)(2).

8. Undersigned counsel for CCIA and INCOMPAS conferred with the counsel for the United States and the Defendants in this action. The United States and DISH Network Corporation consent to this request. T-Mobile and Deutsche Telekom do not take a position on the request.

Dated: August 31, 2023         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 */s/ Gregory L. Ewing*
　　　　　　　　　　　　　　　　　　 Gregory L. Ewing Esq. (D.C. Bar No. 484684)
　　　　　　　　　　　　　　　　　　 Potomac Law Group, PLLC
　　　　　　　　　　　　　　　　　　 1717 Pennsylvania Avenue NW, Suite 1025
　　　　　　　　　　　　　　　　　　 Washington, DC 20006
　　　　　　　　　　　　　　　　　　 Phone: 202-558-5557
　　　　　　　　　　　　　　　　　　 Email: gewing@potomaclaw.com

　　　　　　　　　　　　　　　　　　 *Attorneys for Computer & Communications*
　　　　　　　　　　　　　　　　　　 *Industry Association and INCOMPAS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I filed this motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

                                                    */s/ Gregory L. Ewing*
Gregory L. Ewing Esq. (D.C. Bar No. 484684)
Potomac Law Group, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Phone: 202-558-5557
Email: gewing@potomaclaw.com

*Attorneys for Computer & Communications Industry Association and INCOMPAS*