**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiff, | |
| v. | Case No. 1:19-cv-02232 (TJK) |
| DEUTSCHE TELECOM AG, *et al.*, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE BY
COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION AND
INCOMPAS TO FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF
MOTION FOR RELIEF FROM JUDGMENT (ECF 94)**

THIS MATTER came before the Court on the Motion for Leave (the "Motion") by Computer & Communications Industry Association and INCOMPAS as amici curiae in support of the Motion for Relief from Judgment filed August 17, 2023, by DISH Network Corporation (ECF 94). The Court, having considered the Motion and any opposition, HEREBY ORDERS that the Motion for Leave to File a Brief as Amici Curiae is GRANTED.

DATED this _____ day of _____, 2023

_____
The Honorable Timothy J. Kelly