AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States , et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-2232 |
| Deutsche Telekom, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Benton Institute for Broadband & Society, New America's Open Technology Institute, Public Knowledge .

Date:   09/01/2023

/s/ Andrew Jay Schwartzman
*Attorney's signature*

Andrew Jay Schwartzman
*Printed name and bar number*

525 Ninth Street, NW
Seventth Floor
Washington, DC 20004
*Address*

andyschwartzman@gmail.com
*E-mail address*

(202) 241-2408
*Telephone number*

*FAX number*