**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. 1:19-cv-02232 (TJK) |
| DEUTSCHE TELEKOM AG, *et al.*, | |
| *Defendants*. | |

**SUPPLEMENTAL DECLARATION OF JOHN SWIERINGA IN FURTHER SUPPORT OF DEFENDANT DISH NETWORK CORPORATION'S MOTION FOR RELIEF FROM JUDGMENT**

I, John Swieringa, hereby declare as follows:

1. I am the President of Technology and Chief Operating Officer of DISH Network Corporation ("DISH"), a Defendant in the above-captioned action. I submit this supplemental declaration in further support of the *Motion for Relief from Judgment* ("Motion"), to place before the Court certain documents and information relevant to the Reply Memorandum ("Reply").[1]

2. In 2021, DISH raised $5.25 billion in secured debt at a blended average of about 5.5%. In late 2022, DISH raised $2 billion in secured debt at an effective rate of about 12.25%. While the Federal Reserve has increased the federal funds rate by about 5%, DISH's cost of borrowing increased by 6.75%. That translates to approximately $243 million in increased interest payments per year (or $1.215 billion in additional interest over a five year note).

---

[1] Defined terms used but not otherwise defined herein shall have the meanings ascribed to them in Motion or Reply.

3. Attached hereto as Exhibit A is a true and correct copy of a relevant excerpt from DISH's Form 10-K for fiscal year 2022 (issued February 23, 2023), which details DISH's debt issuance as described above.

4. As I stated in my prior declaration (ECF No. 94-2), DISH has already spent more than $1 billion to support the 800 MHz spectrum. That cost solely represents the expense of the 800 MHz deployment (*i.e.*, the cost of including radios compatible with 800 MHz on the more than 16,000 towers DISH has already deployed); the cost associated with other frequencies was not included in this $1 billion figure that I previously described.

5. Burns & McDonnell is not a wireless carrier and does not currently hold any commercial spectrum licenses in any of the country's hundreds of markets.

6. Competitive networks need low-band spectrum like the 800 MHz band, which helps to avoid network congestion. The 800 MHz band also provides important spectrum for "uplinks," transmissions *from* the customer to the network—another necessary resource for DISH's network. Low consumer prices are only possible as long as network congestion is avoided and network quality is high; to achieve this, more frequencies like 800 MHz would help DISH achieve those goals.

7. Wireless spectrum is a finite resource, so there is not additional nationwide, suitable, and available low-band spectrum for 5G deployment in the pipeline. If the 800 MHz licenses were to go to another buyer, DISH would not be able to simply buy other low-band and uplink spectrum at its convenience.

[Signature Page Follows]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2023
Littleton, Colorado

/s/ John Swieringa