AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:19-cv-02232 (TJK) |
| Deutsche Telekom, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Phoenix Center for Advanced Legal and Economic Public Policy Studies                    .

Date:    09/01/2023

/s/ Lawrence J. Spiwak
*Attorney's signature*

Lawrence J. Spiwak (D.C. Bar No. #430335)
*Printed name and bar number*

5335 Wisconsin Avenue, NW
Suite 440
Washington, D.C. 20015
*Address*

lspiwak@phoenix-center.org
*E-mail address*

(202) 274-0235
*Telephone number*

*FAX number*