IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>DEUTSCHE TELEKOM AG, et al.,<br><br>*Defendants.* | Case No. 1: 19-cv-02232 (TJK) |

**MOTION FOR LEAVE TO PARTICIPATE IN BRIEFING AS AMICUS CURIAE**

Pursuant to LCvR 7(o), the Phoenix Center for Advanced Legal and Economic Public Policy Studies (the Phoenix Center), by and through undersigned counsel, respectfully seeks leave to participate as amicus curiae supporting DISH Network Corporation's motion for relief from judgment (ECF 94).

Counsel for Amicus has sought the position of the parties as to the motion for leave to file an amicus brief and received the following responses: the United States Department of Justice consents; the States of Arkansas, Kansas, Ohio, and Colorado take no position; the State of Florida consents; DISH consents; and T-Mobile takes no position.

I.   **NATURE OF MOVANT'S INTEREST**

The Phoenix Center is a non-profit 501(c)(3) research organization that studies the law and economics of the digital age. The Phoenix Center has conducted significant scholarly research about the relationship between spectrum availability and the structure of U.S wireless markets, some of which has been published in academic journals. Given our extensive academic research

on the questions pending before this Court, the Phoenix Center believes that its perspective on the issues will assist the Court to decide the motion before it.

## II. REASONS FOR GRANTING LEAVE TO FILE

The Phoenix Center is unaware of any other party who has conducted similar academic research about the issues raised in this proceeding. As such, the Phoenix Center will bring a unique insight to aid the Court in its deliberations. For the foregoing reasons, the Court should grant the Phoenix Center leave to file an amicus brief supporting DISH's motion for relief from the judgment.

Respectfully submitted,

*/s/ Lawrence J. Spiwak*

Lawrence J. Spiwak, Esq.
President and General Counsel
Phoenix Center for Advanced Legal and
Economic Public Policy Studies
5335 Wisconsin Avenue, NW
Suite 440
Washington, D.C. 20015
Tel: (202) 274-0235
Email: lspiwak@phoenix-center.org

Date: September 1, 2023

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7(o)(5), Rule 29(a)(4) of the Federal Rules of Appellate Procedure, and Rule 26.1(a) of the Federal Rules of Appellate Procedure, I, the undersigned, counsel of record for the Phoenix Center for Advanced Legal and Economic Public Policy Studies certify that, to the best of my knowledge and belief, the following is accurate:

The Phoenix Center is a non-profit 501(c)(3) non-stock corporation organized under the laws of Maryland. As such, the Phoenix Center has no parent companies and no one holds an ownership interest in the Phoenix Center.

/s/ Lawrence J. Spiwak

Lawrence J. Spiwak, Esq.
President and General Counsel
Phoenix Center for Advanced Legal and
Economic Public Policy Studies
5335 Wisconsin Avenue, NW
Suite 440
Washington, D.C. 20015
Tel: (202) 274-0235
Email: lspiwak@phoenix-center.org

Date: September 1, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record via electronic mail.

/s/ Lawrence J. Spiwak

Lawrence J. Spiwak, Esq.
President and General Counsel
Phoenix Center for Advanced Legal and
Economic Public Policy Studies
5335 Wisconsin Avenue, NW
Suite 440
Washington, D.C. 20015
Tel: (202) 274-0235
Email: lspiwak@phoenix-center.org