IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>DEUTSCHE TELEKOM AG, et al.,<br><br>*Defendants.* | Case No. 1: 19-cv-02232 (TJK) |

**[PROPOSED] ORDER GRANTING PHOENIX CENTER FOR ADVANCED LEGAL AND ECONOMIC PUBLIC POLICY STUDIES'
MOTION FOR LEAVE TO PARTICIPATE IN BRIEFING AS AMICUS CURIAE**

Upon consideration of the Motion the Phoenix Center for Advanced Legal and Economic Public Policy Studies for Leave to Participate in Briefing as Amicus Curiae in the above-captioned matter, for good cause shown, it is this _____ day of _____, 2023, hereby

**ORDERED**, that the Motion for Leave to Participate in Briefing as Amicus Curiae is **GRANTED**. The Phoenix Center for Advanced Legal and Economic Public Policy Studies shall be permitted to file an amicus brief supporting DISH Network Corporation's Motion for Relief from Judgment.

_____
Hon. Timothy J. Kelly
United States District Court Judge
District of Columbia