IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1:19-cv-02232-TJK |
| | ) | |
| DEUTSCHE TELEKOM AG, et al.; | ) | |
| | ) | |
| Defendants. | ) | |

_____

**MOTION FOR LEAVE T PARTICIPATE AS AMICI CURIAE**

Pursuant to LCR 7(o), the Benton Institute for Broadband & Society, New America's Open Technology Institute and Public Knowledge respectfully seek leave to participate as amici curiae in support of DISH Network Corporation's (DISH) motion for relief from judgment (ECF 94). A copy of the proposed brief is provided as Exhibit 1 hereto. A proposed order is provided as Exhibit 1= hereto.

Counsel for the amici has solicited the positions of the parties as to this motion. DISH, the State of Florida and the United States have consented to grant of this motion. T-Mobile, Deutsche Telekom, and the Sates of Arkansas, Colorado, Kansas, Oklahoma, South Dakota and Texas do not object or have taken no position with respect to this motion. As of the time of this filing counsel has not received any responses from the States of Nebraska and Ohio.

## THE AMICI

As public interest organizations with subject matter expertise and long histories of representing the interests of consumer interests, proposed amici believe they can provide useful information and perspectives that can assist this Court in consideration of the pending motion.

The Benton Institute for Broadband & Society (Benton) is a non-profit, operating foundation with a mission to bring open, affordable, high-capacity and competitive broadband to all people in the U.S. to ensure a thriving democracy. For over 40 years Benton has provided information and analysis about communications policy, including universal service. In recent years, Benton's activities strengthen local, state, and national leadership by providing the timely information, rigorous evidence, practical guidance, and advocacy support needed to articulate and implement a broadband for all agenda

.    New America's Open Technology Institute ("OTI") is a 501(c)(3) public interest organization dedicated to closing the digital divide and ensuring that all Americans have equitable access to open and secure communications networks. OTI advocates for competitive markets.  It  has worked with the FCC and the U.S. Department of Justice on numerous regulatory matters pertaining to the wireless industry, including other proceedings that involved T-Mobile, Sprint, and DISH

Network Corp. ("DISH").  OTI advocates for competitive markets.  It was a signatory to a Petition to Deny filed with the FCC opposing the proposed sale of Sprint to T-Mobile.  Along with Public Knowledge, OTI joined in the submission of Tunney Act comments to the Department of Justice opposing approval of the T-Mobile/Sprint Transaction.  It was previously granted leave by this Court to appear as an amicus curiae in opposition to approval of the then-Proposed Final Judgment. (ECF 71).

Public Knowledge (PK) is a non-profit organization that promotes freedom of expression, an open internet, and access to affordable communications tools and creative works.  PK's advocacy work encompasses a wide array of technology-based issues, including spectrum management.  Public Knowledge carefully considers the consequences of how spectrum access is managed and advocates for diverse approaches to spectrum access that expand unlicensed use, encourage competition, and prevent the largest companies from hoarding spectrum access at the public's expense. . It was a signatory to a Petition to Deny filed with the FCC opposing the proposed sale of Sprint to T-Mobile and joined in the aforementioned Tunney Act comments.

## REASONS FOR GRANTING LEAVE TO FILE

As organizations that were opposed to the acquisition of Sprint by T-

Mobile, the reasons that proposed amici now support the DISH motion can be instructive for the Court. Just as they have been invested in the competitive success of T-Mobile once AT&T was barred from acquiring it, the proposed amici now very much wish to insure that DISH is positioned to become a robust competitor through the deployment of a greenfield fourth national facilities-based wireless network. The proposed amici are well-positioned to explain why other alternatives will not promote competition or otherwise benefit the public interest.

## CONCLUSION

For the foregoing reasons, the Court should grant leave to the Benton Institute for Broadband & Society, New America's Open Technology Institute and Public Knowledge to participate in this proceeding as amici curiae, and grant all such other relief as may be just and proper.

>Respectfully submitted,
>
>*/s/ Andrew Jay Schwartzman*
>
>Andrew Jay Schwartzman
>D.C. Bar. No. 210096
>525 Ninth Street, NW
>Seventh Floor
>Washington, DC 20004
>Telephone: (202) 812-3210
>andyschwartzman@gmail.com
>*Counsel for the Benton Institute for Broadband & Society, New America's Open Technology Institute and Public Knowledge*

September 1, 2023

## CORPORATE DISCLOSURE STATEMENTS

Pursuant to Local Rule 7(o)(5) and Rules 29(a)(4)(A) and 26.1 of the Federal Rules of Appellate Procedure, the Benton Institute for Broadband & Society, New America's Open Technology Institute and Public Knowledge Computer state that they are non-profit organizations under 501(c)(3) of the Internal Revenue Code that have not issued shares or debt securities to the public.

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, I electronically filed the foregoing Motion For Leave To Participate as Amici Curiae via the Court's CM/ECF system, which effected service of the document upon all counsel of record.

*/s/ Andrew Jay Schwartzman*
Andrew Jay Schwartzman