# EXHIBIT 2

## Proposed Order

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:19-cv-02232-TJK |
| ) | |
| DEUTSCHE TELEKOM AG, *et al.*; ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING MOTION FOR**
**LEAVE TO PARTICIPATE AS AMICI CURIAE**

Upon consideration of the Motion for Leave to Participate As Amici Curiae submitted by the Benton Institute for Broadband & Society, New America's Open Technology Institute and Public Knowledge in the above-captioned matter, it is this ____ day of _____, 2023, hereby GRANTED.

_____
United States District Judge