UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE TELECOM AG, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-02232 (TJK) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(c), I hereby move this Court for an order for admission *pro hac vice* for Stephanie A. Joyce to appear as counsel for Computer & Communications Industry Association in the above captioned action.

In support of this motion, please find attached as Exhibit A the required declaration of Ms. Joyce and as Exhibit B the required Certificate of Good Standing from the D.C. Bar.

Dated: September 6, 2023              Respectfully submitted,

                                      /s/ Gregory L. Ewing
                                      Gregory L. Ewing Esq. (D.C. Bar No. 484684)
                                      Potomac Law Group, PLLC
                                      1717 Pennsylvania Avenue NW, Suite 1025
                                      Washington, DC 20006
                                      Phone: 202-558-5557
                                      Email: gewing@potomaclaw.com

                                      *Attorneys for Computer & Communications Industry Association*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I filed this motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

                                              /s/ *Gregory L. Ewing*
                                              Gregory L. Ewing Esq. (D.C. Bar No. 484684)
                                              Potomac Law Group, PLLC
                                              1717 Pennsylvania Avenue NW, Suite 1025
                                              Washington, DC 20006
                                              Phone: 202-558-5557
                                              Email: gewing@potomaclaw.com

                                              *Attorneys for Computer & Communications Industry Association*