AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br>*Plaintiff*<br>v.<br>DEUTSCHE TELEKOM AG, et al.,<br>*Defendant* | )<br>)<br>) Case No.  1:19-cv-02232-TJK<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Kansas

Date: 09/11/2023

/s/ Sarah M. Dietz
*Attorney's signature*

Sarah M. Dietz, KS #27457
*Printed name and bar number*
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612

*Address*

sarah.dietz@ag.ks.gov
*E-mail address*

(785) 296-3751
*Telephone number*

(785) 291-3699
*FAX number*