UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE TELECOM AG, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-02232 (TJK) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(c), I hereby move this Court for an order for admission *pro hac vice* for Stephanie A. Joyce to appear as counsel for Computer & Communications Industry Association in the above captioned action.

In support of this motion, please find attached as Exhibit A the required declaration of Ms. Joyce and as Exhibit B the required Certificate of Good Standing from the D.C. Bar.

Dated: September 12, 2023          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Gregory L. Ewing
　　　　　　　　　　　　　　　　　　Gregory L. Ewing Esq. (D.C. Bar No. 484684)
　　　　　　　　　　　　　　　　　　Potomac Law Group, PLLC
　　　　　　　　　　　　　　　　　　1717 Pennsylvania Avenue NW, Suite 1025
　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　Phone: 202-558-5557
　　　　　　　　　　　　　　　　　　Email: gewing@potomaclaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Computer & Communications Industry Association*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I filed this motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

          */s/ Gregory L. Ewing*
Gregory L. Ewing Esq. (D.C. Bar No. 484684)
Potomac Law Group, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Phone: 202-558-5557
Email: gewing@potomaclaw.com

*Attorneys for Computer & Communications Industry Association*