AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    1:19-cv-02232 (TJK) |
| DEUTSCHE TELEKOM AG, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arkansas, ex rel. Attorney General Tim Griffin                                         .

Date:      09/14/2023

_____
*Attorney's signature*

Amanda J. Wentz, Ark. Bar No. 2021066
*Printed name and bar number*

323 Center St. Suite 200
Little Rock, AR 72201

_____
*Address*

Amanda.Wentz@ArkansasAG.gov
*E-mail address*

(501) 682-1178
*Telephone number*

(501) 682-8118
*FAX number*