## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, et al.,<br><br>*Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), Lynette R. Bakker hereby gives notice of her withdrawal as counsel of record for the Plaintiff State of Kansas in the above-captioned action. The State of Kansas will continue to be represented in this matter by Sarah Dietz and will not be without representation.

Dated: September 18, 2023

Respectfully submitted,

By: */s/ Lynette R. Bakker*
Lynette R. Bakker, First Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-3751
lynette.bakker@ag.ks.gov

*Counsel for the Plaintiff State of Kansas*

1