## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.,

*Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, et al.,

*Defendants*.

Civil Action No. 1:19-cv-02232-TJK

## [PROPOSED] ORDER GRANTING PLAINTIFF UNITED STATES' MOTION FOR MODIFICATION OF FINAL JUDGMENT

Having considered Plaintiff United States' Motion for Modification of Final Judgment, the Court hereby **GRANTS** the Motion and **ORDERS** as follows:

1. Section IV.B.1 of the Final Judgment (ECF No. 85) is hereby **MODIFIED** by replacing "within three (3) years after the closing of the divestiture of the Prepaid Assets or within five (5) business days of the approval by the FCC of the transfer of the 800 MHz Spectrum Licenses, whichever is later" with "by April 1, 2024 or within five (5) business days of the approval by the FCC of the transfer of the 800 MHz Spectrum Licenses, whichever is later."

2. The Court further **CLARIFIES** that pursuant to Section XVI.D of the Final Judgment, T-Mobile may not terminate its License Purchase Agreement with DISH without obtaining the consent of the United States in its sole discretion.

3. No further modifications of Section IV.B.1 will be considered.

   **IT IS SO ORDERED**.

Date: _____, 2023

_____
The Honorable Timothy J. Kelly
United States District Judge