AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-02232 (TJK) |
| DEUTSCHE TELEKOM AG, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Oklahoma.

Date:   08/29/2023

*Attorney's signature*

Robert J. Carlson, OBA #19312
*Printed name and bar number*
Oklahoma Office of the Attorney General
15 West 6th Street
Suite 1000
Tulsa, OK  74119

*Address*

Robert.Carlson@oag.ok.gov
*E-mail address*

(918) 269-6308
*Telephone number*

(918) 938-6384
*FAX number*