UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiffs*, v. DEUTSCHE TELEKOM AG, et al., *Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

**NOTICE OF SUBMISSION OF
CLARIFIED PROPOSED ORDER FOR UNITED STATES'
RESPONSE TO DEFENDANT DISH NETWORK CORP.'S MOTION FOR RELIEF
FROM JUDGMENT AND MOTION FOR MODIFICATION OF FINAL JUDGMENT**

With this Notice, the United States of America respectfully submits a revised Proposed Order to clarify the relief sought by the United States' Response to Defendant DISH Network Corp.'s Motion for Relief from Judgment and Motion for Modification of Final Judgment (Dk.132, Dk. 132-1).

The revised order clarifies that T-Mobile may terminate the License Purchase Agreement after April 1, 2024, without the consent of the United States.

Dated: September 21, 2023		Respectfully submitted,

		<u>/s/ Jared A. Hughes</u>
		Jared A. Hughes
		Assistant Chief
		Frederick S. Young (D.C. Bar No. 421285)
		Ashley Kaplan
		Trial Attorneys
		Antitrust Division
		Media, Entertainment & Communications Section

		U.S. Department of Justice
		450 Fifth Street NW, Suite 7000
		Washington, D.C. 20530
		Telephone: (202) 307-2869