UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Case No. 1:19-cv-02232 (TJK) |

**DECLARATION OF SEAN P. FULTON**

Sean P. Fulton makes the following declaration under penalty of perjury:

1. I am a member of good standing of the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court. I am associated with the law firm of Sullivan & Cromwell LLP, counsel for defendant DISH Network Corporation ("DISH") in the above-captioned action.

2. I respectfully submit this declaration in support of the *Memorandum of Law in Reply to the Briefs Filed by the United States and Plaintiff States* ("Reply"), filed concurrently herewith, to place before the Court certain documents referenced in the Reply.

3. Attached hereto as Exhibit 1 is a true and correct copy of the corrected transcript from an interview of Michael Sievert, the President, CEO, and Director of T-Mobile US, Inc., which occurred during the Goldman Sachs Communacopia + Technology Conference on September 6, 2023.

4. Attached hereto as Exhibit 2 is a true and correct copy of the corrected transcript from an interview of Peter Osvaldik, Executive Vice President and CFO of T-Mobile US, Inc., and Jonathan Freier, President-Consumer Group of T-Mobile U.S., Inc., which occurred

-1-

-2-

during the Bank of America Media, Communications, and Entertainment Conference on September 13, 2023.

   5.  Attached hereto as Exhibit 3 is a true and correct copy of a research report from Lightshed Partners entitled "Is T-Mobile Pivoting To ARPU growth?" and published on August 21, 2023.

Executed on September 22, 2023
Holmdel, New Jersey

                */s/ Sean P. Fulton*
                Sean P. Fulton