# Exhibit 2



13-Sep-2023
# T-Mobile US, Inc. (TMUS)

Bank of America Securities Media, Communications and Entertainment Conference

FACTSET: callstreet
1-877-FACTSET   www.callstreet.com

Total Pages: 15
Copyright © 2001-2023 FactSet CallStreet, LLC

Case 1:19-cv-02232-TJK   Document 136-3   Filed 09/22/23   Page 3 of 16

T-Mobile US, Inc. *(TMUS)*  Corrected Transcript
Bank of America Securities Media, Communications and Entertainment Conference  13-Sep-2023

## CORPORATE PARTICIPANTS

**Peter Osvaldik**
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*

**Jonathan A. Freier**
*President-Consumer Group, T-Mobile US, Inc.*

## OTHER PARTICIPANTS

**David W. Barden**
*Analyst, BofA Securities, Inc.*

## MANAGEMENT DISCUSSION SECTION

**David W. Barden**
*Analyst, BofA Securities, Inc.*

Hey, everybody. Thanks and welcome again to the 2023 BofA Telco and Media Conference. I'm Dave Barden, I head up telecommunications and comm infrastructure research for the bank here in New York for the US and Canada. Obviously, we're super-pleased to have with us today T-Mobile. And representing T-Mobile today is Chief Financial Officer, Peter Osvaldik; and President of the Consumer group, Jon Freier. So, thank you, guys, for coming and really appreciate it. You guys have to do any Safe Harbor?

**Peter Osvaldik**
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*

Yeah, let's go ahead and do it. Just for the record, we may make forward-looking statements, speak about non-GAAP metrics, so please look at our filings for risks and reconciliations.



# QUESTION AND ANSWER SECTION

**David W. Barden**  Q
Analyst, BofA Securities, Inc.

I'll do that after. So, all right, so thank you guys for being here. Before we kind of jump into kind of the core business stuff and an update, I think we want to maybe talk about some of the headlines that have been coming out. The one that kind of had people scratching their heads a little bit was the Comcast 600 megahertz spectrum announcement, and I think there was a couple things that struck people about it. Number one was the mere fact that telcos and cables are actually talking to one another, and the second was that the deal was structured in a way that goes out to 2028 which people don't really understand. And then the third piece was that there's some sort of leasing something in there where Comcast can choose not to sell you licenses but there's a lease and it was unclear what that was all about.

If you could kind of elaborate a little bit on the filing and the origin story of this and what it's all about.

**Peter Osvaldik**  A
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.

Yeah, absolutely. Well, as you know, part of the breadth of the layer cake story of the where our network is is that tremendous low-band that we have in place, and so this was a natural place for 600 megahertz to really allow us to deploy it for the good of consumers. This is 600 megahertz that's not deployed currently, and so when the deal opportunity came up, it really is structured, as you said, in two ways and it's really focused on operating markets for Comcast and non-operating markets, right? In non-operating markets, those aren't subject to any clawback but the operating markets potentially are. This encompasses all of the 600 megahertz with the exception of Philadelphia that's not part of the deal.

And it is structured in the form of a long-term lease so we can go and deploy that 600 megahertz immediately for the benefit of consumers with the option, of course, then to purchase it in 2028. So, yeah, we're fabulously excited by this and continues to allow us to deploy for consumer benefit what is kind of a bedrock of that low-band strategy for us.

**David W. Barden**  Q
Analyst, BofA Securities, Inc.

So you will be able to deploy the 600 megahertz spectrum...

**Peter Osvaldik**  A
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.

Immediately

**David W. Barden**  Q
Analyst, BofA Securities, Inc.

...immediately across all of this?

**Peter Osvaldik**  A
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.

Across all.

**David W. Barden**
Analyst, BofA Securities, Inc.
Q

Then there's a non-cancellable option to purchase in the non-operating markets.

**Peter Osvaldik**
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.
A

Right.

**David W. Barden**
Analyst, BofA Securities, Inc.
Q

There's a cancellable option to purchase in the operating markets except for Philly.

**Peter Osvaldik**
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.
A

Exactly.

**David W. Barden**
Analyst, BofA Securities, Inc.
Q

And then the – so that doesn't require any FCC approval for the lease piece of it that would occur in the 2027 timeframe with the closing in 2028?

**Peter Osvaldik**
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.
A

Our closing expected in 2028.

**David W. Barden**
Analyst, BofA Securities, Inc.
Q

Okay. That makes sense.

**Peter Osvaldik**
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.
A

Yeah.

**David W. Barden**
Analyst, BofA Securities, Inc.
Q

Okay. So this is just – so this actually is accretive to the business today?

**Peter Osvaldik**
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.
A

It'll be accretive to the business today and accretive for consumer good as really that spectrum is not out there being deployed at the moment, and we'll be – we have the radios ready to go.

**T-Mobile US, Inc.** (TMUS)
Bank of America Securities Media, Communications and Entertainment Conference

**Corrected Transcript**
13-Sep-2023

**David W. Barden** Q
Analyst, BofA Securities, Inc.

And so, this will just deepen your existing 600 megahertz layer where you are. Is this being done out of a necessity to address capacity concerns or is this an abundance of caution and opportunity to exploit future opportunities?

**Peter Osvaldik** A
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.

No, it's not out of a capacity concern and immediate need. But any time you can get access to, again, what is the bedrock of your low-band strategy, this 600 megahertz is fabulous from not only just the amount of coverage that it has in play but the ability to penetrate buildings, so it's a great spectrum band. I mean, we are the obviously the ones that have it deployed across the board, and so when you have an opportunity like this knock on your door, that can be value-accretive for the business. Of course, that cash outlay is way in the future but allows you to lease it at a rational rate in between and put it to good use for consumers. Made a lot of sense to us.

**David W. Barden** Q
Analyst, BofA Securities, Inc.

I guess just two quick follow-up questions on that. One would be as an outside observer, I think one of the conclusions we draw is that this is a clear statement that Comcast has no interest in being in the kind of mobile business at a national level. Would you agree with that kind of perspective?

**Peter Osvaldik** A
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.

I mean, it's not for me really to speculate what Comcast...

**David W. Barden** Q
Analyst, BofA Securities, Inc.

I'll ask them later.

**Peter Osvaldik** A
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.

You'll have to ask them later.

**David W. Barden** Q
Analyst, BofA Securities, Inc.

And I guess the second piece is with respect to the clawback. What do you imagine they might choose – why they might choose to claw back the spectrum at some future time?

**Peter Osvaldik** A
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.

I think they wanted the options. So, again, I ask that you ask them, but it's in their operating markets and they're retaining Philly. So probably to see what develops over the longer-term. Options are smart.

**David W. Barden** Q
Analyst, BofA Securities, Inc.

Case 1:19-cv-02232-TJK   Document 136-3   Filed 09/22/23   Page 7 of 16

| T-Mobile US, Inc. (TMUS) | Corrected Transcript |
|---|---|
| Bank of America Securities Media, Communications and Entertainment Conference | 13-Sep-2023 |

Okay. Second is with respect to the new capital return announcement. Could've waited a week, I'm just saying, but so I want to talk a little bit about it. So the $19 billion, there's a lot of interesting things that come out of that. So we get to $33 billion total, we're left with $27 billion that theoretically would then be part of that capital return program, and Mike said it might spill into 2026, so I'm just going to say it's like a five-quarter-type of program. That's a huge number, but then you've got this SoftBank, instead of shares, the $48.8 million which, round numbers, is a $7 billion [ph] nut (00:05:45). And if I kind of say, well, maybe what T-Mobile is doing is looking at that $27 billion and saying okay, let's just set the $7 billion aside and really it's a $20 billion, so then we've got $19 billion in the five quarters from 2023 to 2024, another $20 billion kind of core type of capital return in 2025 to first quarter 2026.

And then we've got that [ph] nut (00:06:06) separate. Is that how you're thinking about it? Is that how we should think about it?

**Peter Osvaldik**  A
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*

No, that's really not how we're thinking about it.

**David W. Barden**  Q
*Analyst, BofA Securities, Inc.*

Okay. Well, I tried.

**Peter Osvaldik**  A
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*

I mean, it's great. Look, there's a number of things to unpack in there. One of those is with respect to the SoftBank option, we've said we're open and if there's a win-win situation here that we can take it out, of course we would consider that. But in the pendency of our plan, we had always anticipated that this would come, right? With the threshold price where it is and what this business is going to generate from a core EBITDA perspective and a free cash flow perspective, we always thought this dilution event would come. So, yeah, if there's a rational way and that's a win-win, of course we'll talk about it. But in our planning horizon, it was always that dilution event will come naturally with the share price development as the business performs.

And with respect to the remaining $33 billion, we really looked at it is just what's the next five-quarter program that the board is going to authorize that we would present to them. And to be at a place – as you think about the journey of how we've come through the merger integration, we said we would arrive at a place that gives you significant free cash flow and gives you industry-leading conversion of service revenue into free cash flow. And if you look in this year, we're already in the – $13.2 billion to $13.6 billion is our current guidance. Our guidance at DTs Capital Markets Day was for a $16 billion to $18 billion next year and ultimately ramping to $18 billion-plus of free cash flow.

And so as we looked at the next five quarters, we said we were at a place where this business and the confidence we have in the continued growth profile and the continued ability to generate the profitability allows us to do a number of things. One of those is as we think about the capital allocation priorities of the business, of course it's how do you fully fund the growth, the network build, the growth that we want to do, how do you find value-accretive opportunities. And in this case, there's a couple things happening next year as part of this plan, and that amounts to about $4.5 billion of spectrum-related purchases. One of those is Columbia Capital, the 600 megahertz deal that was announced a while back, as well as the last tranche of our C-band payment.

Case 1:19-cv-02232-TJK   Document 136-3   Filed 09/22/23   Page 8 of 16

| T-Mobile US, Inc. (TMUS) | Corrected Transcript |
|---|---|
| Bank of America Securities Media, Communications and Entertainment Conference | 13-Sep-2023 |

So we've got $4.5 billion of incremental investment in this plan for spectrum that is the lifeblood of this business and really fuels the network leadership that we have. We have a small, I'd say, placeholder for any other accretive opportunities that we may find. And despite those things, we can still have a $19 billion return program and de-lever to about 2.5x which is the target right now which is prudent, I think, in this environment and of course, in and of itself, creates optionality should something arise in the future and it's just a prudent step. So it really is the expression of the confidence in this business plan, how it's developing, and how it's going to develop in 2024 and, beyond that, allowed us to do what we did and, at the same time, introduce a small dividend which we thought it was the right thing to do to start looking at how do you diversify the capital returns to shareholders but yet still have a preponderance of the program going towards share buybacks given again where we believe the profile of this business is going.

**David W. Barden**  Q
Analyst, BofA Securities, Inc.

All right. Let me take another stab at this. So getting to that $27 billion, we have an $18 billion of guided free cash flow number in 2025. Our model suggests kind of a $2 billion step-up in EBITDA from 2024 to 2025. If you hit your leverage goal in 2024, you can lever that incremental $2 billion and 2.5 times, that's $5 billion. I mean, that gets you most of the way to 2027, if not all the way. Is that kind of maybe how to think about...?

**Peter Osvaldik**  A
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.

I think we didn't guide for 2025 for core EBITDA, but I think what you have to look at is will there be over-performance, whether there are opportunities that present itself that may be more accretive to the business, what happens with the 800 megahertz spectrum auction. Remember, within our plan, we assumed zero from a proceeds perspective, so that's another [indiscernible] (00:10:10). So we'll see as we get through the pendency of 2024 what the board and management believe is the right thing for 2025. But the thing to remember, and we always put this in the context of through the end of 2025, this business is going to generate a significant amount of free cash flow, affording this opportunity to have the significant return program. And then we roll into 2026 at which felt like forever ago when we did Analyst Day.

But unfortunately, for me and my aging, it happens quick. In 2026, this business continues to generate significant amounts of free cash flow which creates a great set of optionality in the future. So I think the more you think about what happens beyond 2025 and whether this is a end 2025 or the first quarter of 2026, we'll see how things develop. But there's a lot of free cash flow generation behind that timeframe as well.

**David W. Barden**  Q
Analyst, BofA Securities, Inc.

Just a couple more questions on this program. One is Deutsche Telekom went out of their way to say that they're not going to participate in the buybacks but that they'll be selling shares into the open market. I think that there's a tax reason for that, but could you elaborate a little bit on how does that kind of work with the buyback? And can you coordinate it in any way with Deutsche Telekom selling their shares in the open market?

**Peter Osvaldik**  A
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.

Yeah. So, no, we're not coordinating with Deutsche Telekom. Again, they are a separate entity from us and so that question is more pertinent for them. But what they've said is they would like to be in this level of ownership. That's what they said publicly, is for now they're comfortable, they want to retain a majority of this, they see how the business is developing. And what their plans are, really go to them.

Case 1:19-cv-02232-TJK   Document 136-3   Filed 09/22/23   Page 9 of 16

| T-Mobile US, Inc. *(TMUS)* | Corrected Transcript |
|---|---|
| Bank of America Securities Media, Communications and Entertainment Conference | 13-Sep-2023 |

**David W. Barden** *Q*
*Analyst, BofA Securities, Inc.*

Okay. So the last question on this would be with respect to the dividend. There's philosophies like oh, pay out a small dividend and grow up very fast, pay out a fat dividend and grow it slowly. You kind of have put kind of a middle dividend, about a 1.9% yield, growing at 10%. What kind of consultation did you do either with bankers, consultants or the buy-side to kind of land on that policy is the right one?

**Peter Osvaldik** *A*
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*

Yeah. I mean, we did a number of studies. We debated as a management team, as a board and concluded this was the right way to start. Again, the whole program we still want to be predominantly focused on share buybacks at this time given what the profile of this business in our mind with the guidance that we put out there is going to do. Yet we wanted to also, again, create a more diversified capital return structure and start at what is a fairly, I think, rational yield when you look across the S&P 500 and yet, more importantly, have visibility to what the growth profile of this could be over time.

**David W. Barden** *Q*
*Analyst, BofA Securities, Inc.*

Great. So you mentioned this last kind of T-Mobile idiosyncratic topic, but the Dish 800 megahertz option. Not too long ago, Mike suggested that there is a win-win possibility. Charlie Ergen, the CEO and Founder of Dish, was suggesting that there were top-level negotiations going on. And then a couple weeks later, you kind of foreclosed on the option, and now the DOJ is – sorry, Dish is asking the DOJ to kind of intervene potentially and extend the life of the option. Technically speaking, within the four corners of the document, within five days of the FCC approving the spectrum transfer which is underway, Dish is theoretically liable for funds to come to T-Mobile or forfeit. How do you – how am I supposed to, as an outsider, think about the DOJ's participation here and how you're dealing with that?

**Peter Osvaldik** *A*
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*

Yeah. Well, so first, yes, of course. In any prudent businesses, right, if there's a win-win solution to find, you always try to find that. And then ultimately, as a result of filings, you can see we couldn't get to a win-win situation as of yet. And so from that perspective, the license purchase agreement is fairly clear from our perspective as to what Dish's opportunities are. I mean, they could either purchase the spectrum for a set price, or the other way to perform of course is just to pay the termination fee should they choose not to do that. So that – really, the ball is in their court. With respect to the DOJ, remember, this was all part of a consent decree as well, so we're just going to have to let that play out how it plays out.

But we think it's very clear in terms of the agreement, in terms of the consent decree itself as to what Dish's options are and now, really, the ball is in their court with respect to that.

**David W. Barden** *Q*
*Analyst, BofA Securities, Inc.*

Okay. So let's kind of transition a little bit with let's start with the iPhone launch this week, fortuitous timing. So I said this earlier today, but the press seems to have a short memory about what's happening in the world. And they kind of splash $1,000 discounts and make it sound like this is something that's quite novel and it plays into the thematic negativity, I think, of the market around the wireless space. Could you kind of describe how you see

**T-Mobile US, Inc.** *(TMUS)*
Bank of America Securities Media, Communications and Entertainment Conference

 **Corrected Transcript**
13-Sep-2023

now couple days after everyone's kind of come out with their promotions the landscape looks and how T-Mobile is positioned in it?

**Peter Osvaldik**  A
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*

Yeah, Jon.

**Jonathan A. Freier**  A
*President-Consumer Group, T-Mobile US, Inc.*

Yeah, so glad to talk about that. So we're in iPhone season. This is always an exciting time for us in our space. And, yeah, when you look at what's happening competitively, there's always things that are happening promotionally in the marketplace, meaning that in some periods of time it's a little bit more promotional on plans and other periods of time it's a little bit more promotional on devices. This is one of those periods of time over the last couple years where it's been a little bit more promotional on devices specifically. And when we look at [indiscernible] (00:15:58) in terms of what we're doing or what we announced, what AT&T and Verizon has announced, it's generally stable.

When you really look at the offers today in terms of what's happening with the iPhone in terms of pre-sale, retail launch availability next Friday, relative to those offers and the offers that were happening in the summer or the offers that were happening this past year, it's really stable, it's very competitive. Don't get me wrong, it's a competitive space that's out there. But in terms of the overall competitive environment, we see that being very, very stable. From our perspective, what we've been focused on is earlier this year, we launched a new Un-carrier move that was called Phone Freedom and we put out new rate plans out into the marketplace, one. Two, we introduced an easy unlock switching offer for those locked devices stuck in three-year contracts and trapped with our competitors and an easy way to move to T-Mobile.

And then two (sic) [three] (00:16:52), really put a point of differentiation out in the marketplace around two-year device agreements versus three-year contracts, and that's been very, very positive. And you've seen in terms of our results that we delivered in Q2, it's inspired us to move to other offers that we might be able to talk about later. But this overall competitive environment, we've been very comfortable. We've been playing in this, navigating it beautifully. I would say what is happening in the market today is really not all that different than what we've seen so far this year. And just think about like in Q2, we delivered our highest postpaid phone net additions in eight years since the second quarter of 2015 with our lowest phone churn rate, postpaid phone churn rate in the history of our company and, for the first time, the lowest in the entire industry.

So relative to the entire environment, we feel very, very comfortable and love the stability of it.

**David W. Barden**  Q
*Analyst, BofA Securities, Inc.*

I think people noted that I think that your richest offer is actually tied to taking your highest plan, your richest plan, the Go5G Next plan.

**Jonathan A. Freier**  A
*President-Consumer Group, T-Mobile US, Inc.*

Right.

**David W. Barden**    Q
*Analyst, BofA Securities, Inc.*

Do I get points for that?

**Jonathan A. Freier**    A
*President-Consumer Group, T-Mobile US, Inc.*

Well done.

**David W. Barden**    Q
*Analyst, BofA Securities, Inc.*

And that that is actually a much more expensive plan than the quantum of dollars on a monthly basis than, a year ago, the plans that were tied to the richest offer. So in a way, has T-Mobile maybe gotten less competitive or are you feeling comfortable that being in that position in the market, you've got the tools to make everything work?

**Jonathan A. Freier**    A
*President-Consumer Group, T-Mobile US, Inc.*

Yeah. We feel very, very comfortable in this because we have – as the Un-carrier, earlier this year we celebrated the 10th anniversary of our fourth Un-carrier move. And when you think about all of the innovation and disruption that we've brought into the space on behalf of customers, the hallmark of that is to listen to our customers. And what our customers have told us is they want more choice. When you think about entry level plans like Essentials, really kind of basic plans, all the way to our premium plans of Go5G Plus and Go5G Next, there's a lot of optionality out there for customers based on what they need, and that's what we've heard time and time again.

Customers have really told us this three-year device agreements and being told by the carriers when you can upgrade and maybe in three years in the second half of this decade you can upgrade, that's been a big pain point. And one pain point – I knew it was going to be big when we launched it in the marketplace, but it's actually been bigger than I would have expected. When you think about when we launched Go5G Plus [indiscernible] (00:19:21) ratios against each one of our competitors improving month-over-month, all the way into July which is what we said during our second quarter earnings calls. It's been really, really good because we think about these three-year device contracts. I mean, just we're in football season, think about this metaphor. That's like Tom Brady winning the Super Bowl, Tom Brady retiring, Tom Brady un-retiring.

Tom Brady playing another year, Tom Brady retiring, and then having more than a year left to start paying for that three-year device contract; it's a long time is my point. And so customers don't like that, they don't want to be trapped in those long-term agreements. So our innovation has been to have two-year and then with Go5G Next having a one-year option. It's going to be not for every single person, minority of customers for sure in Go5G Next. But that optionality to give customers that choice to upgrade when they want is a hallmark of what this Un-carrier move is all about.

**David W. Barden**    Q
*Analyst, BofA Securities, Inc.*

So let me kind of push back on that a little bit which is to say that as phones have gotten more and more and more expensive, the extension of the payment terms was not intended to trap people – that might have been a side benefit – but to lower the quantum of dollars and make it an easier purchase for people to get access to the most advanced devices, and therefore it was supposed to be a customer-enabler. By shrinking the timeframe, you're actually raising the bill, raising the bar for people to get access to the best devices. Why is that working for T-Mobile in a way that other guys have decided that doesn't work?

Case 1:19-cv-02232-TJK   Document 136-3   Filed 09/22/23   Page 12 of 16

T-Mobile US, Inc. *(TMUS)*
Bank of America Securities Media, Communications and Entertainment Conference

Corrected Transcript
13-Sep-2023

**Jonathan A. Freier** 
*President-Consumer Group, T-Mobile US, Inc.*

Actually not. It's actually not in favor of the customer, it's in favor of the carrier. As we think about the trade-in, the promotional offers and being able to extend those credits over three years versus two years, that's in favor of our competitors, not necessarily a customer because the customer, assuming that they're on the right plan, they're trading-in the right qualifying device, they don't see a difference. The only difference they see with our competitors is that they'll wait a year longer to potentially upgrade to the next iPhone to the next Samsung or the next Google device versus at T-Mobile it's two years and perhaps for the first time, and the only plan in the industry at T-Mobile, in as little as one year.

**Peter Osvaldik** 
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*

They just can't help themselves. Dave, right? I mean, let's be honest, but the proof is in the results. We've arrived at the station now with third party-validated, instead of just everybody saying it up on stage, the best network. We've long been known for the best customer value and, of course, the best experiences. And when you put customer choice out there and go break these pain points, remember, this was one of the original pain points that we broke as the Un-carrier. This whole subsidy contract model, be feeling trapped, and Jon and team did it again and we've seen the results in Q2. Not only do you have the best postpaid phone churn in our history as a company, but you have the highest postpaid phone net adds in the industry and actually the highest gross adds in the industry as well.

So customers are coming, they're staying, and that's just a proof point of what's actually happening. You give them the choice, you give them the option, they are buying up towards the higher-tier rate plans in a self-selection methodology with us versus what the carriers are doing to them. So, I mean, the formula works; we've proven it and we're delivering the profitability, like we said, associated with all of that. Now, of course, second half of the year is always more promotional and more switching and so churn is a little different than Q2, but we love that because you create switching moments, you create consideration.

**David W. Barden** Q
*Analyst, BofA Securities, Inc.*

Okay. So I want to talk about something, addressing this kind of sense that we've had couple – 2021-2022 were great postpaid phone net add years, best in a decade. Price has been rising for 18 months straight and the whole industry, all the players, cable and telecom have been coexisting as opposed to kind of coextincting thing each other as I think Mike has said, and everybody hates the wireless industry and I don't get it. And so, I want to talk a little bit about kind of hear your thoughts on some of these things. So there's really three things I think that people are worried about. Number one is industry net adds are contracting. Number two, cable has kind of asserted a very strong presence in the market, shrinking the pool of opportunity for the telco carriers.

And then three, as the telco carriers are kind of watching the water evaporate in the desert, someone is going to be forced to do something irrational to survive. So let's take those in order and start with number one. The market has been contracting from about 9 million net adds to looks like we're on track to do 7 million-something in 2023. You guys are having record net adds. How is that possible?

**Peter Osvaldik** 
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*

Well, it's – so full-on, at the macro industry level, I mean, it's almost like a privilege to be in this industry. When you step back and really examine what's happening, you have growing service revenues, you have growing free

Case 1:19-cv-02232-TJK   Document 136-3   Filed 09/22/23   Page 13 of 16

| T-Mobile US, Inc. (TMUS) |  Corrected Transcript |
|---|---|
| Bank of America Securities Media, Communications and Entertainment Conference | 13-Sep-2023 |

cash flows, and you have growing customers. Everybody approaches that a little bit differently, right? But at the industry level, you've also shown, which was very interesting during the pendency of the pandemic, the economic turmoil that this is a tremendously resilient industry because connectivity is becoming more and more central to people's lives, how the economy works. It's permeating more throughout businesses, and the advent of 5G is going to create more TAM or opportunities beyond phone and the traditional connected devices.

So, I mean, it's a fabulous industry from my perspective to be in. Within that industry of course as you know, we're uniquely positioned and that really was the promise of the merger that we're completely delivering on now because we have now the best network coupled with the long-standing best network validated by third party reports; you can look at Q2. Best value that's long-standing in terms of consumer sentiment and the best experiences coupled with what we always said the merger and this network was going to unlock is these under-penetrated segments. I'm sure we'll get into some of them, smaller markets, rural areas, enterprise, government, one that we didn't even foresee at the time of Analyst Day when we said it.

But this network has opened up the opportunity to continue share-taking in top 100 markets where network is just the prime choice, network-seekers, as we call them. And of course, fixed wireless and the opportunity that that's brought and how we've been able to capitalize on that. So I think it's a fabulous industry, but our opportunity when you couple the best product with the best value and the best experiences, of course that's how you arrive at the station of not only having industry-leading churn. And again, we're still going to trade here and there before we get all the way through there, but also how you have the best net adds while delivering all of this enhanced service revenue growth as well as free cash flow.

So I couldn't be happier to be in this industry, but more so the differentiated position that we enjoy within that industry.

**David W. Barden**   Q
*Analyst, BofA Securities, Inc.*

And so – but as we kind of go from an industry that used to grow at 5 million to 6 million, peaked at 9 million, maybe 7 million this year, it's probably heading back to 5 million to 6 million net adds, as that pool shrinks can T-Mobile still perform?

**Peter Osvaldik**   A
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*

Well, first off, we demonstrated that. So in Q2, you already saw net adds on a year-over-year basis be a little bit lower. Yeah, we delivered our best Q2 in eight years. I don't know where the industry from a postpaid phone perspective is going to go. I mean, there's been cable has pulled what appears to be a lot of prepaid customers into the postpaid phone, maybe expanded the total bucket as well with the free line offers that exist out there. So it's hard to know where it's going, but we're very confident. And again, if you have the best product and the best value that you can deliver, and we've proven that in Q2.

**David W. Barden**   Q
*Analyst, BofA Securities, Inc.*

So then, we go to Level 2 which is kind of the battle with cable, and it has a couple different levels to it. One of the basic ones is doesn't seem like a terrible idea if you can put wireline broadband and mobile broadband together in one discounted price. That seems like a pretty strong advantage over the wireless industry which can do pretty much wireless-only and then in some places can add fixed wireless access for a period of time. I think Mike last week kind of highlighted he doesn't think fixed wireless access is going to revolutionize the broadband industry,



and if I'm a cable investor I'm pretty happy to hear Mike say that. So how does telecom and cable evolve in that context?

**Peter Osvaldik**
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*
A

Well, let me start and maybe Jon can add some color around what he's actually seeing from consumers. But we always said in regards to fixed wireless, remember, this was always a fallow capacity model, so how do you take this massive capacity of the network and utilize that fallow capacity in a very smart way, protecting mobile phone traffic to generate great returns. And so, it was always going to be our target was the 7 million to 8 million and it was always going to be mid-single-digit penetration. It wasn't going to be the substitute for 90% of customers. Where we're growing, it's going great. And maybe Jon can touch on what we're seeing from consumer NPS scores and beyond that.

In regards to this whole concept of the bundle, I don't think we've seen – and Mike said that last week as well – anything from a consumer utility perspective. I mean, maybe way back when, a bundle was great because you could write one check to one provider. That's not how consumers shop anymore. I mean, the vast majority of consumers are on auto-pay anyway, so that maybe comes up. Well, am I getting greater utility from the combination of the two, and the answers is no, not really, right? Every phone basically offloads to Wi-Fi in your home. Really, I think what we're seeing from consumers is the wireless purchase is very much a considered purchase that has to work for them in their moment of truth, on the breadth, on the reliability, all of that.

And that's why, frankly, we just don't see this as any more than a discounting mechanism. And then, I'll take you back to the best product and the best value category which is why despite what cable's done with their free line promos and all of that, we've been able to deliver what we did. And I keep going back to Q2 as an example.

**David W. Barden**
*Analyst, BofA Securities, Inc.*
Q

Yeah.

**Peter Osvaldik**
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*
A

Jon, maybe you can speak to what you're seeing out there?

**Jonathan A. Freier**
*President-Consumer Group, T-Mobile US, Inc.*

A

Yeah. We just couldn't be more excited about these trends that we're seeing. This is the – Q2 was our [ph] fifth (00:29:29) quarter of 500,000 or more high-speed Internet net additions. And for the last five quarters, it's been more than AT&T, Verizon, Comcast, and Charter combined, so the overall growth rates have been fantastic. When you look at the NPS scores, they're 30 points higher than the average of DSL, cable, satellite and actually higher than the average fiber category as well, so customers are loving this. They love the utility of it, they love the simplicity of it. You don't have to do truck rolls; big, huge guy running through your house and hooking up all these cables. You just plug it in, the app walks you through the whole thing, customers really love it.

And when you think about what's happening, too, within this business, it's actually given us the front door in small markets and rural areas as well because when you look at those particular customers and the lack of choice, a lot of DSL-like products in those markets, it's given us a front door and a catalyst to establish household relationships in ways that we didn't really count on I would say two, three years ago. So it's been a nice catalyst for us.

**T-Mobile US, Inc.** *(TMUS)*
Bank of America Securities Media, Communications and Entertainment Conference

 Corrected Transcript
13-Sep-2023

**David W. Barden**
Analyst, BofA Securities, Inc.

Q

So if we look at the third level then, the interplay between the telco carriers and whatever non-cable part of the market is open for you guys. Right now, let's just say run rate, round numbers, T-Mobile is running 700,000, AT&T is running 300,000, Verizon is running zero. Do you feel that that's a comfortable, sustainable way for this industry to continue to operate or is T-Mobile over-earning? Does T-Mobile maybe have to accept that maybe 500,000 for T-Mobile and 350,000 for AT&T and 150,000 for Verizon is a more normal, natural, stable, sustainable, disciplined, rational way for this industry to look rather than the way it looks now? How do you think about that?

**Peter Osvaldik**
Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.

A

Yeah. Well, first off, the first premise of your question, was there some non-cable pull? And frankly, again, because wireless is such a considered purchase, the step-change growth you saw in cable correlates with the first free line promo, right? And we've said that we've seen some interesting things in terms of port/non-port ratios, so we think the pull, overarchingly, consumers are looking at what's the right wireless carrier for them. And within that, our job and our aspirations are we are in a moment where – think about any other industry. If you have the best product at the best value, you should be rationally taking a large portion of the share

**David W. Barden**
Analyst, BofA Securities, Inc.

Q

[indiscernible] (00:31:57) with dollars, no doubt.

**Jonathan A. Freier**
President-Consumer Group, T-Mobile US, Inc.

A

Yeah. Well, yeah, coupled with, again, the under-penetrated opportunities that we have that others don't have. And also, in a lot of those under-penetrated segments where our network is completely differentiated, completely where the competitors don't even have mid-band 5G and we do, coming from low penetration rate, so I don't know where the industry is going in terms of total again because there's so much prepaid, the postpaid displacement, there's kind of the expansion of the TAM with these free lines and we'll see how those exist in the future. But our job is to continue to deliver against this plan that we put out there which we've been doing fabulously against.

And when you have the best network and the best value, that's what I keep going back to, you have a great mechanism to continue to attract customers. And we're doing it on acquisition, we're doing it on retention, we have the customer value metrics that we continue to enjoy a separation from and the consumer network equities that continue to rise.

**David W. Barden**
Analyst, BofA Securities, Inc.

Q

As we think about just that kind of interplay between the carriers, so the iPhone creates a switching environment where T-Mobile has had demonstrable success in the switcher pool. We've got Verizon has rolled through a new price hike that just went through, I think, yesterday or the day before, so that's going to roll through the third quarter and the fourth. We've got the Spectrum One promotion is going to come up for its annual kind of refresh and we're going to see what happens there. We don't really know what's going on in ACP with Charter, but it's not going to be a big positive for them. So there's going be a lot of events in the second half which are going to create switching opportunities potentially. How excited should I be about the sub growth opportunity for T-Mobile in 2H 2023?

# T-Mobile US, Inc. (TMUS)
### Bank of America Securities Media, Communications and Entertainment Conference



**Corrected Transcript**
13-Sep-2023

**Peter Osvaldik**
*Executive Vice President & Chief Financial Officer, T-Mobile US, Inc.*

A

Well, maybe I'll switch to Jon about how excited he is in terms of any time. This period of the year when you have the new iPhone come out where you have holiday promotions and our job is to capture switchers, we're not going to give you a number. We can't give you the quarter-by-quarter plan, but it goes back to the fundamental network value equation. I don't know, Jon. Are you excited?

---

**Jonathan A. Freier**
*President-Consumer Group, T-Mobile US, Inc.*

A

I am excited, yeah, as you would hope that I would be excited about this. But I'm tremendously excited for exactly these reasons when you think about it. I mean, in a couple of days, it'll be my 30th year associated with this company between T-Mobile, VoiceStream, and the predecessor company of Western Wireless. And across kind of these – my 29th yeah I should say, my 30th year next year. But across almost three decades, we've never been in a more winning position from those elements that Peter talked about just for a few moments. I mean, the majority of our time is being scrapping with an inferior network; now, we have a superior network. The majority of our time has been kind of being contained to the top 100 markets. We didn't have coverage really in rural America.

When you think about small markets or rural America, the way we define it, outside of the top 100 markets, 40% of the US population where we still have a 16.5% share as of Q1, tremendous more opportunity there. You think about the business sector and what's happening in enterprise and government and small business, more opportunity there. And to your point, with a lot of interesting things happening in the competitive environment in terms of what others are doing, we feel great about our hand. We feel great about where our equity sit with customers, how they feel about our value leadership, how they feel about our network leadership and continuing

[Abrupt end]

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2023 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.