# Exhibit 3



RESEARCH     LIGHTNING     PODCAST     LIGHTSHED LIVE     MEDIA

ABOUT     DISCLOSURES     HELP     LOGOUT

MENU

# Is T-Mobile Pivoting To ARPU growth?

**WALTER PIECYK AND JOE GALONE**    AUGUST 21, 2023

T-Mobile announced a new rate plan today called Go5G Next. The company highlighted the annual phone upgrade feature. But it's hard not to see the resemblance to something out of a legacy carrier's playbook.

Annual phone upgrade offers by operators bring back memories of a time when consumers actually cared about upgrading their iPhone every year. Or when operators actually offered generous subsidies. Those days have largely passed. The replacement cycle continues to lengthen as marginal improvements in camera quality and battery life fail to stimulate consumer interest. And to be clear, there are no incremental generous subsidies offered by this new T-Mobile plan.

It's doubtful that T-Mobile's new plan will move the needle on gross adds or upgrades. It's also not exactly new for the T-Mobile subscriber base. A decade ago at Un-carrier 2.0, former CEO John Legere introduced Jump! which offered subscribers annual upgrades in exchange for a similar monthly fee. Except, Legere's version did not require subscribers to have paid off 50% of the device cost. Some T-Mobile subscribers are probably still on those plans.



This is not a major move by T-Mobile, but it underscores a pivot to ARPU growth already underway at T-Mobile. This "new rate plan" could have been executed with a $10/month add-on feature to the existing Go5G Plus plan. But features aren't as sticky as new rate plans and more importantly they don't enable the classic 2-step move implemented by countless legacy carriers to increase ARPU.

- Step 1: introduce higher priced rate plans with "more stuff".
- Step 2: Eliminate the lower priced versions of that plan.

Driving higher ARPU is the logical next step for T-Mobile. Market share gains in the paltry growth of a mature industry have not been enough to deliver more than low single digit revenue growth for T-Mobile. Net subscriber additions may be great for confetti cannon press releases, but it's getting harder for T-Mobile to distract investor attention from its pedestrian wireless service revenue growth, especially since it has been trailing AT&T's growth.

AT&T and Verizon have implemented multiple price increases without experiencing abnormally high churn. And they aren't stopping. Verizon raised price on legacy Mix and Match subscribers in a move that we estimate will lift revenue by over $550 million. And AT&T raised price on

Legacy Elite subscribers to offset the cost of HBO Max, a minor move that we estimate adds $200 million to service revenue, both at very high incremental margins.



It might be harder for T-Mobile to increase price given its market positioning as the price leader and its #Uncarrier consumer friendly brand. But the moves to increase price are logical, inevitable and have already begun. Back in April, T-Mobile introduced the Go5G rate plans, which were a $5/line price increase vs Magenta. Those Magenta plans have been relegated to an additional click-through to find. And last year they layered on fee increases to a portion of its subscriber base.

If anything, perhaps T-Mobile should be even more aggressive since it's uncertain how long the market can sustain increases. Ultimately the deliverable to investors will be an ARPU guidance that is no longer "plus or minus 1%" or perhaps they just keep guiding that way and it becomes the upside to future quarters.

9/21/23, 5:50 PM
Case 1:19-cv-02232-TJK   Document 136-4   Filed 09/22/23   Page 5 of 5
Is T-Mobile Pivoting to ARPU growth? - LightShed Partners



---

PREVIOUS
Is Las Vegas the First of Many Spheres?

NEXT
Lina Khan Does Not Understand the Media Biz

Copyright © 2023 LightShed Partners

powered by: Analyst Hub