## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiffs*, v. DEUTSCHE TELEKOM AG, et al., *Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

### [PROPOSED] ORDER GRANTING CONSENT TO MODIFY FINAL JUDGMENT

Having considered the Consent Motion to Modify Final Judgment ("Consent Motion") filed by Plaintiff United States, Defendants T-Mobile US, Inc. ("T-Mobile"), Defendants T-Mobile USA, Inc. ("T-Mobile"), Deutsche Telkom AG ("Deutsche Telekom") and Defendant DISH Network Corporation ("DISH"), and with no party to this action opposing the requested relief, the Court hereby **GRANTS** the Consent Motion and **ORDERS** as follows:

1. The Court approves the Proposed Amended Final Judgment attached as Exhibit 1 to the Consent Motion and directs the clerk to enter it as an Order of the Court;

2. Defendant DISH Network Corporation's Opposed Motion for Relief from Judgment (Dk. 94) is **DENIED AS MOOT**; and

3. The request for relief in the United States' Response to Defendant DISH Network Corporation's Opposed Motion for Relief from Judgment (Dk. 132) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Date: October 23, 2023

_____
The Honorable Timothy J. Kelly
United States District Judge