## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                *Plaintiff*,

v.

DEUTSCHE TELEKOM AG, *et al.*,

                *Defendants*.

Case No. 1:19-cv-02232

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 83.6(b), the undersigned withdraws his appearance as counsel of record for Defendant DISH Network Corporation. Sullivan & Cromwell LLP represents Defendant in the above-referenced matter, and the basis for this withdrawal is that Mr. Fulton will be leaving Sullivan & Cromwell LLP effective March 26, 2024. Other attorneys of Sullivan & Cromwell LLP, including Steven L. Holley, Adam S. Paris, and Bradley P. Smith who have appeared as counsel of record in this matter, will continue to represent Defendant, and Mr. Fulton's withdrawal will not delay resolution of this matter or unfairly prejudice any party.

Dated:  March 25, 2024
        New York, New York

Respectfully submitted,

  */s/ Sean P. Fulton*
Sean P. Fulton
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Email:  fultons@sullcrom.com