AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-02232-TJK |
| Deutsche Telekom AG et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Nebraska                                                                                                    .

Date:     04/25/2024                                    /s/ Colin P. Snider
                                                        *Attorney's signature*

                                                Colin P. Snider (NE# 27724)
                                                *Printed name and bar number*

                                                2115 State Capitol
                                                P.O. Box 98920
                                                Lincoln, NE 68509
                                                *Address*

                                                colin.snider@nebraska.gov
                                                *E-mail address*

                                                (402) 471-7759
                                                *Telephone number*

                                                *FAX number*