IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:19-cv-02232-TJK |
| v. | |
| DEUTSCHE TELEKOM AG, *et al.*, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Joseph M. Conrad hereby withdraws as attorney of record for Plaintiff State of Nebraska in the above-captioned matter. Plaintiff State of Nebraska will be represented by Colin P. Snider, who has filed appearance in this matter.

Date: April 25, 2024

Respectfully Submitted,

*/s/ Joseph M. Conrad*
Joseph M. Conrad
Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, NE 68509

*Counsel for Plaintiff State of Nebraska*