**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEUTSCHE TELEKOM AG, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

**UNOPPOSED MOTION OF THE UNITED STATES**
**TO APPOINT MONITORING TRUSTEE**

Pursuant to Section XII.A of the Amended Final Judgment entered by the Court on October 23, 2023 (Dkt. No. 139), Plaintiff United States, after having consulted with the Plaintiff States, respectfully moves this Court for entry of an order appointing Edward E. McNally, Esq., as Monitoring Trustee to succeed Theodore W. Ullyot, Esq., who has submitted his resignation effective no later than April 18, 2025.  This motion is unopposed.

To avoid any disruption in the important work of the Monitoring Trustee that may arise should Mr. Ullyot depart his position before Mr. McNally's appointment is approved, the United States respectfully requests that any order approving this appointment be entered on or before April 18, 2025, or in the alternative, that any order entered after that date be entered *nunc pro tunc* to be effective as of April 18, 2025.

In support of this motion, the United States files herewith the Memorandum of Points and Authorities in Support of Unopposed Motion of the United States to Appoint Monitoring Trustee and a proposed Order.

Dated: April 15, 2025

Respectfully submitted,

/s/  *Frederick S. Young*
Frederick S. Young
D.C. Bar. No. 421285
Trial Attorney
Antitrust Division, U.S. Department of Justice
450 Fifth Street NW, Suite 7000
Washington, D.C. 20530
Telephone: (202) 725-2503

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I caused a copy of the foregoing Unopposed Motion of the United States to Appoint Monitoring Trustee, along with the memorandum in support and accompanying materials, to be served by ECF on all counsel who have appeared in this matter.

/s/   *Frederick S. Young*
Frederick S. Young
D.C. Bar. No. 421285
Trial Attorney
Antitrust Division, U.S. Department of Justice
450 Fifth Street NW, Suite 7000
Washington, D.C. 20530
Telephone: (202) 725-2503