# TWU Professional Services LLC

Theodore W. Ullyot
President

April 15, 2025

Hon. Frederick S. Young, Esq.
U.S. Department of Justice, Antitrust Division
450 Fifth Street NW, Suite 7000
Washington, D.C. 20530

      Re:    *U.S. v. Deutsche Telekom AG, et al.*, Case No. 1:19-cv-02232 (D.D.C.)

Dear Mr. Young:

Following up on our recent discussions, I am respectfully submitting this letter to the United States Department of Justice, the Antitrust Division, and your office regarding my service as the Monitoring Trustee in the above-captioned action.

As we discussed, and as has been separately conveyed to T-Mobile and to DISH by both your office and myself, I will begin my service as General Counsel of the National Football League on Monday, April 21, 2025. Accordingly, this letter is respectfully submitted as my formal resignation from the position of Monitoring Trustee in the above-captioned matter, a resignation that will be effective as of Friday, April 18, 2025, at 5:00 p.m. EDT or at the time the Court approves and grants a motion by the Department to name a successor as Monitoring Trustee, whichever occurs earlier.

I want to express my thanks to the Department, T-Mobile, DISH, your office, and all others concerned for a productive collaboration over the past five years in addressing the important matters presented by this case and by the Final Judgment. It has been an honor to serve as Monitoring Trustee. Beyond that, please feel free to contact me if you need additional information or if I can further assist this week in any appropriate way.

Respectfully,

Theodore W. Ullyot

cc:    Ashley Kaplan, Esq.
       Jared Hughes, Esq.