# **Edward E. McNally**

## **Partner & Trial Lawyer – Kasowitz Benson Torres LLP – New York – (2009 – present)**

https://www.kasowitz.com/people/all/edward-e-mcnally/

| | |
|---|---|
| **2020-25** | **Outside Counsel for the Monitoring Trustee – T-Mobile/Sprint Merger** |
| **2016-17** | **Transition Team for President Donald J. Trump** |
| **2005-09** | **Senior Counsel to the Assistant Attorney General – Criminal Division** (SES) |
| | *Criminal Division HQs, U.S. Department of Justice, Washington, DC* |
| **2005-06** | **United States Attorney – Southern District of Illinois** |
| **2001-05** | **Senior Associate Counsel to the President**, and **General Counsel – Homeland Security Council** – Washington, DC |
| | *After Sept. 11th attacks, appointed by the President as the first General Counsel for homeland security and counter-terrorism at the White House.* |
| **1995-01** | **Litigation Partner – Altheimer & Gray** – Chicago (400 lawyers in 9 countries) |
| | *Federal and state civil & criminal appeals, trials and complex litigation, grand jury investigations in a dozen Districts on antitrust, tech, energy, corporate fraud, finance, SEC.* |
| **1994** | **The Deputy Attorney General for the State Of Alaska** |
| | *Chief of the Criminal Division for the Alaska Dept. of Law (approx. 300 attorneys), the state's top criminal justice official, supervising 12 DAs across the state.* |
| **1991-94** | **District Attorney (Anchorage) and Special Assistant U.S. Attorney** |
| | *At 34, tapped to lead a team of sixty, w/ 3,000 cases & over 100 Superior Court criminal trials & appellate cases a year, from murder one to the Exxon Valdez.* |
| **1989-91** | **Speechwriter to the President of the United States** |
| | *Senior White House speechwriter for presidential speeches on law, crime, law enforcement, crime victims, the Constitution (on detail from SDNY).* |
| **1986-91** | **Assistant U.S. Attorney – Southern District of New York** |
| | *Prosecutor under U.S. Attorney Rudy Giuliani, including U.S. District Court trials, briefs and arguments before U.S. Court of Appeals for the Second Circuit.* |
| **1985-86** | **Luce Scholar & Visiting Professor Of Law** – Beijing, China |
| | *One of America's 15 Henry Luce Scholars, and the first Luce Scholar in China; lecturer on U.S. Constitutional law at China's oldest law school.* |
| **1982-85** | **United States Department of Justice** – Washington, DC |
| | *Special Assistant to the Attorney General's Chief of Staff; Attorney-Advisor, Office of Legal Policy under President Ronald Reagan.* |
| **1979** | **Yale University** (BA) |
| **1982** | **University of Notre Dame Law School** (JD) |
| **1980-81** | **The London School of Economics** (LLM level legal studies) |

Admissions: *New York, Illinois, Alaska; U.S. District Courts for SDNY, EDNY, NDIL (trial bar), EDMI; U.S. Court of Appeals for the First, Second, Third, Sixth, Seventh, Eighth & Eleventh Circuits; U.S. Supreme Court.*