UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-02232-TJK |

**[PROPOSED] ORDER**

The Court GRANTS the Unopposed Motion of the United States to Appoint Monitoring Trustee and hereby appoints Edward E. McNally, Esq., as Monitoring Trustee to succeed Theodore W. Ullyot, Esq., effective [*nunc pro tunc*] as of April 18, 2025.

IT IS SO ORDERED by the Court, this ___ day of _____.

_____
United States District Judge