AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:19-cv-02232 |
| Deutsche Telekom AG, et al. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DISH Network Corporation                                                                                            .

Date:     07/23/2025

/s/ Teresa E. Griego
*Attorney's signature*

Teresa E. Griego (D.D.C. Bar No. 90017741)
*Printed name and bar number*

Sullivan & Cromwell LLP
1700 New York Ave. NW
Suite 700
Washington, DC 20006
*Address*

griegot@sullcrom.com
*E-mail address*

(202) 956-6945
*Telephone number*

(202) 956-7676
*FAX number*