**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

DEUTSCHE TELEKOM AG, *et al.*,

*Defendants*.

Case No. 1:19-cv-02232

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 83.6(b), the undersigned withdraws his appearance as counsel of record for Defendant DISH Network Corporation.  Sullivan & Cromwell LLP represents Defendant in the above-referenced matter, and the basis for this withdrawal is that Mr. Smith will be leaving Sullivan & Cromwell LLP effective August 1, 2025.  Other attorneys of Sullivan & Cromwell LLP, including Adam S. Paris, Steven L. Holley, and Teresa E. Griego, who have appeared as counsel of record in this matter, will continue to represent Defendant, and Mr. Smith's withdrawal will not delay resolution of this matter or unfairly prejudice any party.

Dated:   July 23, 2025
         New York, New York

Respectfully submitted,

/s/ *Bradley P. Smith*

Bradley P. Smith
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-1660
Facsimile:  (212) 291-9623
Email:  smithbr@sullcrom.com