**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* | |
| Plaintiffs, | |
| v. | No. 1:19-CV-02232-TJK |
| DEUTSCHE TELEKOM AG, *et al.* | |
| Defendants. | |

**NOTICE OF ATTORNEY WITHDRAWAL**

The undersigned attorney for Plaintiff State of Oklahoma, Bryan Cleveland, has left employment at the Oklahoma Attorney General's Office, and hereby withdraws from this case. Robert Carlson from the Oklahoma Attorney General's Office will continue to represent the State of Oklahoma in this case.

Dated: July 23, 2025                          Respectfully submitted,


By: */s/ Bryan Cleveland*
BRYAN CLEVELAND (OK #33860)
EdChoice Legal Advocates
111 Monument Circle, Suite 2650
Indianapolis, IN 46204
(317) 986-8658
**bcleveland@edchoice.org**

**CERTIFICATE OF SERVICE**

I certify that on July 23, 2025, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

*/s/ Bryan Cleveland*
BRYAN CLEVELAND