AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:19-cv-02232-TJK |
| DEUTSCHE TELEKOM AG, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Plaintiff State of Florida                                                                    .

Date: 02/25/2026

/s/ Lee Istrail__
*Attorney's signature*

Lee Istrail FL Bar No. 119216
*Printed name and bar number*

Office of the Attorney General of Florida PL-01, The Capitol
Tallahassee, FL 32399-1050
*Address*
Lee.Istrail@myfloridalegal.com
*E-mail address*
(850) 414-3300
*Telephone number*
(850) 488-9134
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2026, I electronically filed the foregoing "Appearance of Counsel" via the Court's CM/ECF filing system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF:

/s/Lee Istrail
Lee Istrail (FL Bar No. 119216)
Assistant Attorney General
Office of the Attorney General of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Phone: (850) 414-3300
Facsimile: (850) 488-9134
E-mail: Lee.Istrail@myfloridalegal.com

*Attorney for the State of Florida*