**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

      Plaintiffs,

                                Case No. 1:19-cv-02232-TJK

v.

DEUTSCHE TELEKOM AG, *et al.*,

      Defendants.

**NOTICE OF ATTORNEY WITHDRAWAL OF APPEARANCE OF RACHEL S. BRACKETT**

The undersigned attorney for Plaintiff State of Florida, Rachel Brackett, hereby withdraws as counsel for the State of Florida in the above-captioned matter. Another attorney from the Florida Office of the Attorney General has made an appearance in this proceeding and will continue to represent the State of Florida moving forward.

Dated: February 25, 2026                    Respectfully submitted,

                                   /s/ Rachel Brackett
                                   Rachel Brackett (FBN #109775)
                                   Rachel.Brackett@myfloridalegal.com
                                   Assistant Attorney General
                                   PL-01, The Capitol
                                   Tallahassee, Florida 32399-1050
                                   Telephone: (850) 414-3856

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 25th, 2026, I filed the foregoing motion with the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record.

s/ Rachel Brackett
Rachel Brackett