**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>        *Defendants*. | Case No. 1:19-cv-02232-TJK |

## <u>UNITED STATES' EXPLANATION OF PROCEDURES</u>

The United States respectfully submits this short memorandum summarizing the procedures

it will follow regarding entry of the proposed Second Amended Final Judgment. Although the

United States does not believe that the Unopposed Motion of the United States for Partial

Termination of Amended Final Judgment ("Motion") is subject to the Antitrust Procedures and

Penalties Act ("Tunney Act"), 15 U.S.C. § 16(b)-(h), it intends to follow procedures similar to

those set out in the Tunney Act to allow interested parties to submit comments to the United States

prior to the Court's determination of whether the entry of the Second Amended Modified Judgment

is in the public interest.

1. Today, the United States filed the Motion along with a memorandum in support, the

    proposed Second Amended Final Judgment, a blackline showing changes between the

Amended Final Judgment and the Second Amended Final Judgment, this Explanation of Procedures and a Proposed Order.

2. Plaintiff United States will post this entire filing on the Antitrust Division's website along with a notice announcing this filing and inviting any person wishing to submit comments concerning the proposed partial termination to the United States Department of Justice, Antitrust Division within 30 days of publication. Comments may be sent by mail to:

> Jared A. Hughes
> Acting Chief, Media, Entertainment & Communications Section
> Antitrust Division
> U.S. Department of Justice
> 450 Fifth Street N.W., Suite 7000
> Washington, DC 20530

3. After the 30-day period expires, the United States will file with the Court its response to any comments received, along with a compilation of all such comments and its motion for entry of the proposed order, unless the United States withdraws its motion.

4. The United States requests that the Court not rule upon the Motion or enter the proposed order until the United States submits its response to comments and the comments received and moves for entry of the proposed order.

5. The United States reserves the right to withdraw its consent to the motion at any time prior to entry of an order partially terminating the Amended Final Judgment.

These procedures are intended to notify all potentially interested persons that a motion to terminate EchoStar's radio network obligation is pending and provide them with an opportunity to comment on this partial termination.

Dated: May 19, 2026                    Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA

_____/s/_____
Frederick S. Young (D.C. Bar No. 421285)
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7000
Washington, D.C. 20530
(202) 725-2503
Frederick.young@usdoj.gov