**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

     *Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, *et al.*,

     *Defendants*.

Case No. 1:19-cv-02232-TJK

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION OF THE UNITED STATES FOR
PARTIAL TERMINATION OF AMENDED FINAL JUDGMENT**

Having considered the Unopposed Motion of the United States for Partial Termination of Amended Final Judgment ("Motion"), and with no party to this action opposing the requested relief, the Court hereby **GRANTS** the Motion and **ORDERS** as follows:

1.  The Court approves the Proposed Second Amended Final Judgment attached as Exhibit 1 to the Motion and directs the clerk to enter it as an Order of the Court;

2.  The obligations stated in the second sentence of Section VIII.A and in Sections VIII.B-VIII.C of the Amended Final Judgment are hereby terminated; and

3.  All other provisions of the Amended Final Judgment shall remain in effect until the Second Amended Final Judgment expires or as the Court may otherwise order.

So ordered this __ day of _____, 2026.

_____
The Honorable Timothy J. Kelly
United States District Judge