**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

        *Plaintiffs,*

v.

DEUTSCHE TELEKOM AG, *et al.*,

        *Defendants.*

Case No. 1:19-cv-02232-TJK

**ORDER GRANTING**
**UNOPPOSED MOTION OF THE UNITED STATES FOR**
**PARTIAL TERMINATION OF AMENDED FINAL JUDGMENT**

Having considered the Unopposed Motion of the United States for Partial Termination of

Amended Final Judgment ("Motion"), and with no party to this action opposing the requested

relief, the Court hereby **GRANTS** the Motion and **ORDERS** as follows:

1. The Court approves the Proposed Second Amended Final Judgment attached as Exhibit 1 to

   the Motion and directs the clerk to enter it as an Order of the Court;

2. The obligations stated in the second sentence of Section VIII.A and in Sections VIII.B-

   VIII.C of the Amended Final Judgment are hereby terminated; and

3. All other provisions of the Amended Final Judgment shall remain in effect until the Second

   Amended Final Judgment expires or as the Court may otherwise order.


So ordered this 14th day of July 2026.

Timothy J. Kelly
United States District Judge